IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHULTZ,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION, et al.,<br><br>    Defendants. | Case No. 20-cv-04058-MMC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; DISMISSING PLAINTIFF'S AMENDED COMPLAINT WITH LEAVE TO AMEND** |

Before the Court is Magistrate Judge Jacqueline Scott Corley's Report and Recommendation, filed September 16, 2020, whereby Magistrate Judge Corley recommends the Court dismiss plaintiff's amended complaint with leave to amend. On June 29, 2021, plaintiff filed a Response,[1] in which, as to dismissal, he neither sets forth his objection to or acceptance of the recommendation, but does state his agreement with the recommendation that he be afforded leave to amend and requests thirty days to file a second amended complaint.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

//

//

---

[1] On September 25, 2020, the Court stayed all proceedings in the above-titled action to afford the Federal Pro Bono Project the opportunity to locate volunteer counsel for plaintiff. On June 14, 2021, the Court lifted the stay, the Federal Pro Bono Project having been unsuccessful in locating such counsel.

Accordingly, the amended complaint is hereby DISMISSED with leave to amend. Plaintiff shall file his Second Amended Complaint no later than July 30, 2021.

**IT IS SO ORDERED.**

Dated: June 30, 2021

_____
MAXINE M. CHESNEY
United States District Judge