IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN SCHULTZ,<br><br>    Plaintiff,<br><br>  v.<br><br>THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION,<br><br>    Defendant. | Case No. 20-cv-04058-MMC<br><br>**ORDER STRIKING FIFTH AMENDED COMPLAINT; EXTENDING DEADLINE TO AMEND**<br><br>Re: Dkt. No. 80 |

On March 31, 2023, the Court issued its Pretrial Preparation Order in the above-titled case, whereby it set, <u>inter alia</u>, June 30, 2023, as the deadline to amend pleadings. On June 30, 2023, plaintiff filed a Fifth Amended Complaint. Such filing is not in compliance with the Federal Rules of Civil Procedure, under which plaintiff was required to first obtain either "the opposing party's written consent or the court's leave." <u>See</u> Fed. R. Civ. P. 15(a).

Accordingly, plaintiff's Fifth Amended Complaint is hereby STRICKEN. The deadline to amend pleadings is, however, hereby EXTENDED to July 20, 2023, to afford plaintiff the opportunity to either (1) obtain and file by said date defendant's consent to the filing of the above-referenced amended complaint or (2) file by said date a motion seeking the Court's approval for the filing of such amended complaint.

**IT IS SO ORDERED.**

Dated: July 6, 2023

MAXINE M. CHESNEY
United States District Judge