ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7031
    FAX: (415) 436-6748
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN SCHULTZ,<br><br>    Plaintiff,<br><br>v.<br><br>THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION,<br><br>    Defendant. | CASE NO. 3:20-CV-04058-MMC<br><br>**JOINT STIPULATION AND REQUEST FOR CASE MANAGEMENT CONFERECE** |

Since the parties appeared before the Court on February 23, 2024, they have conferred regarding Plaintiff's current health status and the impacts on this case's schedule. The parties agree that an extension of some discovery deadlines is warranted to provide accommodations to Plaintiff because of his health and such an extension would also require continuing the dispositive motion, pretrial conference, and trial dates. The parties request a case management conference on March 22, 2024, to discuss dates that work for both parties and the Court and to resolve any disputes the parties may have about the scope of an extension. The parties remain in discussions and hope to come to a joint proposal but anticipate that there may be some issues on which the Court's guidance will be necessary.

The parties therefore jointly request to stay the dispositive motion deadline that is otherwise set for March 15, 2024, and request that the Court set a case management conference for March 22, 2024, at

10:00 a.m., via Zoom.  The parties further request that they be permitted to submit a joint case management statement on March 19, 2024, (rather than March 15) to permit them time to conclude their discussions before updating the Court on any disputes that may remain.

DATED: March 13, 2024                                                Respectfully submitted,

*/s/ Brendan Schultz*[1]  
BRENDAN SCHULTZ  
Plaintiff

ISMAIL J. RAMSEY  
United States Attorney

*/s/ Adrienne Zack*  
ADRIENNE ZACK  
Assistant United States Attorney  
Attorneys for Defendant

## ~~[PROPOSED]~~ ORDER

Pursuant to the parties' request, IT IS SO ORDERED.  The dispositive motion deadline is stayed.  A case management conference is set for March 22, 2024, at 10:00 a.m. via Zoom.  The parties shall submit a joint case management conference statement on or before March 19, 2024.

DATED:  March 13, 2024

_____  
HON. MAXINE M. CHESNEY  
United States District Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

JT. STIP. & REQUST FOR CMC  
CASE NO. 3:20-CV-4058-MMC