IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRENDAN SCHULTZ,

    Plaintiff,

    v.

THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION,

    Defendant.

Case No. 20-cv-04058-MMC

**ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO APPEAR AT PRE-TRIAL CONFERENCE REMOTELY AND ADJUST PRE-TRIAL DEADLINES**

Before the Court is plaintiff's administration motion, filed May 22, 2024, "to Appear at Pre-Trial Conference Remotely and Adjust Pre-Trial Deadlines," whereby plaintiff seeks, in light of various health considerations, an extension of the deadlines for his proposed witness statements, motions in limine, and exhibits. On May 23, 2024, defendant filed a response in which it takes no position on plaintiff's request to appear at the pretrial conference remotely but opposes plaintiff's request to extend the pretrial deadlines. The Court, having read and considered the parties' respective written submissions hereby rules as follows.

First, although delayed submission of the witness statements is not optimal, defendant has not pointed to any particular prejudice arising therefrom.

Next, as defendant points out, its responses to plaintiffs' motions in limine "would not be due until the day before the pretrial conference," which, defendant anticipates, will not afford the Court adequate time to consider the parties' arguments. Even if the Court is unable to rule at the time of the pretrial conference, however, the Court finds it preferable to have the parties' respective positions on significant evidentiary issues presented prior to trial rather than having them raised in the first instance in the course of the trial

proceedings.

Lastly, the Court finds it preferable to have the parties exchange proposed exhibits in advance of trial. As defendant points out, however, the requested extension leaves insufficient time for defendant to determine, by the date of the pretrial conference, objections and stipulations to plaintiffs' exhibits, and, in light thereof, defendant need not make such determinations prior to the exhibits' being offered in evidence.

Accordingly, plaintiff's motion is hereby GRANTED. Plaintiff may appear remotely at the pretrial conference, and the deadlines for plaintiff's witness statements, motions in limine, and exhibits is hereby extended to May 27, 2024.

**IT IS SO ORDERED.**

Dated: May 24, 2024

MAXINE M. CHESNEY
United States District Judge