ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
J. WESLEY SAMPLES (CABN 321845)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7031
   Fax: (415) 436-6748
   adrienne.zack@usdoj.gov
   wes.samples@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN SCHULTZ, <br><br> Plaintiff, <br><br> v. <br><br> THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION, <br><br> Defendant. | CASE NO. 3:20-cv-04058-MMC <br><br> **JOINT CERTIFICATION REGARDING TRIAL EXHIBITS ADMITTED** <br><br> Trial: June 17 to 25, 2024 <br><br> Honorable Maxine M. Chesney <br> United States District Judge |

Pursuant to Local Rule 5-1(g)(1)(A), Plaintiff and counsel for Defendant hereby certify that the exhibits filed on CM/ECF as "Admitted Exhibits" and listed below are true and correct copies of the exhibits submitted to the Court in this matter.

| Ex. No. | Date Admitted | Description of Exhibit |
|---|---|---|
| G | 6/17/2024 | Schultz narrative |
| A | 6/17/2024 | Email chain between B. Schultz and T. Yglesias re initial contact<br>Subj: Response Requested: Truman Scholarship Selection Discrimination Inquiry |
| B | 6/17/2024 | Email chain between B. Schultz and T. Yglesias re initial investigation<br>Subj: Request for the Truman Foundation's Institutional Civil Rights Grievance Procedures |
| F | 6/17/2024 | Email chain between B. Schultz and T. Yglesias, T. Babcock Lumish<br>Subj: Follow-Up on Discrimination in Truman Selection Process |
| H | 6/17/2024 | Email chain between B. Schultz and T. Babcock Lumish, T. Yglesias<br>Subj: 2019 Truman Scholarship selection concerns |
| I | 6/17/2024 | Email chain between B. Schultz and T. Babcock Lumish (then forwarded to W. Murphy & T. Yglesias)<br>Subj: Response requested: Outside Legal Counsel's Contact Information |
| 10 | 6/17/2024 | Schultz application (as produced from Plaintiff) |
| 12 | 6/17/2024 | Letter from W. Murphy to T. Babcock-Lumish<br>Subj: Scholarship Applicant Brendan Schultz |
| 14 | 6/17/2024 | Enough About Me- What Do You Think About Me? Surviving the Truman Interview by Tara Yglesias |
| 17 | 6/18/2024 | Roles of the Panel Secretary |
| 18 | 6/20/2024 | Suggestions to Chairs of Selection Panels |

| Ex. No. | Date Admitted | Description of Exhibit |
|---|---|---|
| 19 | 6/18/2024 | Selection of Truman Scholars |
| 21 | 6/18/2024 | Finalist Scoring Sheet blank |
| 30 | 6/20/2024 | Email chain between S. Hamilton and T. Yglesias Subj: Question regarding 2019 Applicant |
| 31 | 6/20/2024 | Email chain between B. Allen and T. Yglesias Subj: SF Panel results |
| 33 | 6/18/2024 | T. Yglesias Notes re call w S. Hamilton |
| 36 | 6/17/2024 | Email chain between B. Schultz and S. Hamilton Subj: Truman Interview |
| U | 6/17/2024 | Interview Questions |
| 49 | 6/17/2024 | Schultz complete application (as produced by Defendant) |
| 49A | 6/20/2024 | Large Score Sheet #1 |
| 49B | 6/20/2024 | Large Score Sheet #2 |
| J | 6/20/2024 | Email chain between T. Yglesias and S. Hamilton (then fwd to W. Murphy) Subj: Truman Appeal |
| K | 6/20/2024 | San Francisco Selection Panel |
| L | 6/20/2024 | Memo to SF Scholar Selection Panelists from Yglesias |
| 3 | 6/17/2024 | 2019 Truman Scholars Announcement<br><br>As limited by Court upon admission to evidence |
| 11 | 6/17/2024 | 2020 San Francisco Regional Review Panel |
| 13 | 6/17/2024 | The Harry S. Truman Scholarship Foundation's Equal Opportunity Statement |
| 20 | 6/18/2024 | Illustrative Truman Interview Questions |
| 40 | 6/17/2024 | Schultz-Gatheru Facebook Chat<br><br>As limited by Court upon admission to evidence |
| 53 | 6/18/2024 | Murphy Email 3 |

| Ex. No. | Date Admitted | Description of Exhibit |
|---|---|---|
| 15 | 6/18/2024 | Lee-Lumish Email<br><br>As limited by Court upon admission to evidence |
| 23 | 6/18/2024 | Defendant's Response to Interrogatories<br><br>As limited by Court upon admission to evidence |
| 60 | 6/17/2024 | UNDER SEAL<br>Emma Tobin Application |
| 62 | 6/17/2024 | UNDER SEAL<br>Juliet O'Brien Application |
| 66 | 6/18/2024 | UNDER SEAL<br>Riley Minkoff Application |
| 70 | 6/20/2024 | FBI Hate Crime Statistics, 2019 |

DATED: June 28, 2024

/s/ Brendan Schultz [1]
BRENDAN SCHULTZ
Plaintiff

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/ Adrienne Zack
ADRIENNE ZACK
J. WESLEY SAMPLES
Assistant United States Attorneys
Attorneys for Defendant

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories, including those indicated by this footnote, have concurred in the filing of this document.

JOINT CERTIFICATION REGARDING TRIAL EXHIBITS ADMITTED
3:20-CV-04058-MMC                                                4