Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No.  \_\_\_\_A_____
Date Admitted _____
Signature _____

**From:** Brendan Schultz <brendan.schultz1@gmail.com>
**Sent:** Wednesday, May 1, 2019 8:14 AM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** Re: Response Requested: Truman Scholarship Selection Discrimination Inquiry

Hello Ms. Yglesias,

I hope you have had a pleasant start to your day.

I would like to follow up on my email from last week.

You mentioned in last week's email that it would be helpful for me to provide you with more information. In order for me to do so, can you please let me know what you would prefer that I submit? For example, would it be beneficial for me to send you a narrative account of the experiences that led to my concerns and specific questions I have?

Additionally, I would like to clarify the foundation's policy for investigating claims such as mine. You mentioned that the process is different from the one written on the EEO page. Is the process outlined in any foundation document? If so, can you please send me a copy of the document that details the process?

All the Best,
Brendan Schultz

On Thu, Apr 25, 2019 at 2:50 PM Brendan Schultz <brendan.schultz1@gmail.com> wrote:

> Hello Ms. Yglesias,
> Thank you for your email and response to my questions.
> What information do you need from me at this time? I would be happy to provide you a detailed explanation of the circumstances that have led me to have these concerns if it would help. Please be specific so I know what to give you.
> All the Best,
> Brendan Schultz
>
> On Thu, Apr 25, 2019 at 9:26 AM Tara Yglesias <tyglesias@truman.gov> wrote:
>
>> Dear Mr. Schultz:
>> Thank you for your email. While the Foundation is committed to running a process free from bias, some of the information on the EEO statement page relates to applicants for federal employment. That does not mean we do not have a process in place for investigating claims such as yours, but it does mean that the process is a bit different from the one included on that page.
>> To respond to your questions:
>>
>> 1. What is the process for submitting a formal complaint of discrimination?
>>     a. I consider any inquiry regarding the selection process to be sufficient to launch an investigation. Based on the information that you provide, I could begin to gather information at this stage. However, if you would

USA000004

STIP000007

   prefer that we respond to specific issues or actions, it might be helpful to provide me with more information. Email is sufficient.

2. What is the process by which the Truman Foundation settles discrimination complaints when a resolution is deemed necessary?

    a. Our process is to investigate the complaint by talking to the parties involved, gather information and then review the information. From there, we contact the parties involved with our findings. We act based on the severity of the conduct alleged and the results of our findings. Those actions may include additional instructions provided to panelists or the removal of a panelist from our process.

3. If I choose to file a formal complaint, is an investigation launched?

    a. I would investigate regardless. We take our process seriously and any claims that an applicant were treated unfairly will be investigated.

4. If there is an investigation, what is the process of such an investigation?

    a. Depending on the allegations, we would speak with the individuals involved and well as pull any relevant records. We may also speak with your Faculty Representative, if relevant. Generally, those findings would be presented to the Executive Secretary and, if necessary, to our Executive Committee and/or Board of Trustees. Again, how far the process goes depends on the conduct alleged as well as the results of the investigation.

5. Is there a mediation process to reach a remedy?

    a. We do not have a mediation process in place.

6. If there is a mediation process, when does the mediation process begin?

    a. See above.

7. Is the process conducted internally or by an entity outside of the Truman Foundation?

    a. Since I did not review your application or attend your interview, I would handle the investigation.

8. How would by identity be handled in such process?

    a. Your identity would not be divulged to anyone outside the investigation. Your identity would be known only to me and any staff at the

> Foundation who might need to assist in my inquiries (although it is unlikely I would require staff assistance). I can inquire generally of the committee members to attempt to conceal your identity, but if you require specific responses to conduct it might be necessary to disclose your identity to the committee members.
>
> 9. How long can the process be expected to last for?
>
>    a. Depending on the schedules of the interview panelists, I should expect to finish my inquires within a week to ten days.
>
> 10. Are interview panelists provided with bias training in the interview preparation process?
>
>     a. No.

Best,
Tara Yglesias
Deputy Executive Secretary
Harry S. Truman Scholarship Foundation
712 Jackson Place NW
Washington, DC 20006
202.395.7434
web|twitter|instagram
**From:** Brendan Schultz <brendan.schultz1@gmail.com>
**Sent:** Tuesday, April 23, 2019 8:00 AM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** Response Requested: Truman Scholarship Selection Discrimination Inquiry
Hello Ms. Yglesias,
I hope you are well.
I am writing to you concerning my application to the 2019 Truman Scholarship and possible antisemitic and heterosexist discrimination involved in the review of my application and during my interview.
I have read the Equal Opportunity statement published on the Truman Scholarship website. The Truman Foundation acknowledges federal laws prohibit discrimination on the bases of race, religion, color, sex, national origin, age, genetic information or disability. Furthermore, the foundation has a policy of barring discrimination on the bases of pregnancy, marital status, or sexual orientation. The foundation website also states that these protections are extended to applicants to the Truman Scholarship.
>>From the initial selection of finalists, I have been concerned that my ethnoreligious and sexual identities were considered in the evaluation of the application. These concerns were magnified after my interview experience. Now that the results have been announced, I am inquiring on the process of filing a discrimination complaint, initiating an inquiry, and beginning a mediation process to reach a resolution.
With regards to filing a formal discrimination complaint, I have the following questions:

1. What is the process for submitting a formal complaint of discrimination?

2. What is the process by which the Truman Foundation settles discrimination

complaints when a resolution is deemed necessary?

3. If I choose to file a formal complaint, is an investigation launched?

4. If there is an investigation, what is the process of such an investigation?

5. Is there a mediation process to reach a remedy?

6. If there is a mediation process, when does the mediation process begin?

7. Is the process conducted internally or by an entity outside of the Truman Foundation?

8. How would by identity be handled in such process?

9. How long can the process be expected to last for?

10. Are interview panelists provided with bias training in the interview preparation process?

I look forward to your response.
Wishing You a Pleasant Start to Your Day,
Brendan Schultz

USA000007

STIP000010