```
Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No. ____B_____
Date Admitted _____
Signature _____
```

**From:** Brendan Schultz <brendan.schultz1@gmail.com>
**Sent:** Wednesday, May 22, 2019 7:01 AM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** Re: Request for the Truman Foundation's Institutional Civil Rights Grievance Procedures

Hello Ms. Yglesias,

Thank you for your email. I would like to proceed further.

My concerns relate to differential treatment on the basis of my ethnicity, religion, and sexual orientation - not feedback on my interview.

Can you expand on what you mean by "specific details"? Would you like me to provide a series of questions, a narrative account of what occurred, or something else?

You are free to reach out to my faculty representative. Her email is <sandy_hamilton@pitzer.edu>.

Best,
Brendan

On Tue, May 14, 2019 at 11:49 AM Tara Yglesias <tyglesias@truman.gov> wrote:

> Dear Mr. Schultz:
>
> I have contacted a few members of the interview committee as well as looked into the review of your written materials.
>
> Unfortunately, I am running into some difficulty in eliciting much detail from the recollections of the panelists regarding your interview. They are able to provide me with general information – all of which has been consistent with normal handling of the selection process. Their recollection of your interview and the review of your materials was generally positive. The threshold for being selected as a Scholar, however, is much higher than just generally positive. If you are seeking feedback on your materials, there is a process in place for that. You will need to consult your Faculty Representative and have him contact me directly.
>
> If you would like to proceed further, I will need specific details regarding your grievance. To this point, I have not spoken to your Faculty Representative, but I would need to speak with them regarding your preparation for the interview as well as other questions that I may have regarding the preparation of your materials. You may wish to speak with him have you not done so already.
>
> Best,
> Tara Yglesias
> Deputy Executive Secretary
> Harry S. Truman Scholarship Foundation
> 712 Jackson Place NW
> Washington, DC 20006
> 202.395.7434
> web|twitter|instagram
>
> **From:** Brendan Schultz <brendan.schultz1@gmail.com>
> **Sent:** Thursday, May 9, 2019 2:54 PM
> **To:** Tara Yglesias <tyglesias@truman.gov>
> **Subject:** Re: Request for the Truman Foundation's Institutional Civil Rights Grievance Procedures

Hello Ms. Yglesias,

Thank you for your email.

It would be best to proceed with the second option for the time being. If my complaint can be resolved without my identity being exposed, that would be ideal. However, as you mention, if the findings of your investigation are premised on accounts that greatly differ from my own, I would then have specific questions to ask.

If you would prefer to proceed with directly with the first option, I can provide you a narrative account. However, I will need to provide you the account next week.

Best Regards,

Brendan Schultz

On Wed, May 8, 2019 at 8:18 AM Tara Yglesias <tyglesias@truman.gov> wrote:

> Dear Mr. Shultz:
>
> My apologies for not responding sooner. I was out of the office unexpectedly on a personal matter.
>
> We do not have a written policy regarding these requests. My official position description gives me responsibility for everything related to the selection process. I report directly to the Executive Secretary. Thus, once my investigation is completed I would report to the Executive Secretary for direction. We have proceeded this way for any selection process issue, no matter how trivial or serious.
>
> To move forward with your inquiry, you have two choices:
>
> 1. Either send along a narrative of the issues that you experienced during the process that you wish for me to address; or,
> 2. Permit me to conduct my own investigations and share my findings with you.
>
> Selecting option #2 would allow you to remain confidential as I would just ask general questions regarding the process. But realize that #2 may take a bit longer if I need to re-investigate or ask questions of the other parties should you provide information that contradicts their recollection. Additionally, you will not be privy to assessments or information regarding other candidates other than generalities.
>
> Best,
>
> Tara Yglesias
> Deputy Executive Secretary
> Harry S. Truman Scholarship Foundation
> 712 Jackson Place NW
> Washington, DC 20006
> 202.395.7434
>
> web|twitter|instagram
>
> **From:** Brendan Schultz <brendan.schultz1@gmail.com>
> **Sent:** Wednesday, May 8, 2019 8:00 AM
> **To:** Tara Yglesias <tyglesias@truman.gov>
> **Subject:** Request for the Truman Foundation's Institutional Civil Rights Grievance Procedures
>
> Hello Ms. Yglesias,
>
> I am emailing you to formally request a copy of the Truman foundation's institutional civil rights grievance policy.
>
> This past week, as well as the week before, I emailed you to request information to begin the process of solving this matter within the authority of the Truman Foundation. I did not

USA000002

STIP000012

receive a response either time. This makes me concerned that the Truman Foundation has a lack of interest in impartially investigating or solving this matter.

I realize there may be legitimate reasons for why I have not heard from you. If there is a reason why I have not received a response, I would be open to hearing it.

However, if the Truman Foundation would not like to investigate or resolve this matter internally, I ask that you please let me know so I may move forward with a non-internal appeal process.

Best Regards,
Brendan Schultz

USA000003

STIP000013