|        |                                                                          |
|--------|--------------------------------------------------------------------------|
| From:  | Brendan Schultz                                                          |
| To:    | Tara Yglesias                                                            |
| Cc:    | Dr. Terry Babcock-Lumish                                                 |
| Subject: | Re: Follow-Up on Discrimination in Truman Scholarship Selection Process |
| Date:  | Monday, July 15, 2019 4:42:11 AM                                         |

Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No. \_\_\_\_F_____
Date Admitted _____
Signature _____

Hello Ms. Yglesias,

Thank you for your timely response and clarifying the situation.

I would be content with waiting until August 15 for the Truman Foundation respond to my concerns.

However, unlike how this issue has been handled up until this point, I do expect the Truman Foundation to be fully transparent and objective moving forward.

Best,

Brendan Schultz

On Fri, Jul 12, 2019 at 2:17 PM Tara Yglesias <tyglesias@truman.gov> wrote:

> Dear Mr. Schultz:
>
> I have been negligent in keeping you up to date on developments here.
>
> Our normal practice is for these matters to be reviewed by the Executive Secretary.  We have been in the process of hiring a new Executive Secretary for the past several months.  Our new Executive Secretary, Dr. Babcock-Lumish will begin her tenure in early August. My findings and the information that you recently provided will be given to her for review, follow-up investigation, response and appropriate action.  Given that she was not a party to the last application cycle and will be conducting her own evaluation of our process as she takes over operations here, it seemed prudent that she should have the final decision regarding this matter.
>
> On her behalf, I am asking that you allow her until August 15th to respond to your inquiry. Please let me know if you have any questions or whether this arrangement is agreeable to you.
>
>
> Best,
>
>
> Tara Yglesias
>
> Deputy Executive Secretary

USA000038

STIP000014

Harry S. Truman Scholarship Foundation

712 Jackson Place NW

Washington, DC 20006

202.395.7434
web|twitter|instagram

**From:** Brendan Schultz <brendan.schultz1@gmail.com>
**Sent:** Thursday, July 11, 2019 4:49 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Cc:** Dr. Terry Babcock-Lumish <terrybl@truman.gov>; office <office@truman.gov>
**Subject:** Follow-Up on Discrimination in Truman Scholarship Selection Process


Hello Ms. Yglesias,

I hope you are well.

I would like to follow-up on my email from seven weeks ago - the one I have yet to receive a response to.

Attached to this email is an account of the discrimination that I experienced in my Truman Scholarship interview on March 18, 2019.

You have yet to provide me with a formal copy of your organization's equal opportunity policy for applicants, despite my multiple requests for one. Moreover, your claim that panelist could not recall my interview is clearly an attempt to obfuscate this situation. Your continued lack of communication is evidence of your lack of concern on this matter.

For now, I am asking that an impartial entity external to the Truman Foundation be appointed to fully investigate the review of my application or that we begin direct mediation to reach a resolution.

If I do not hear from your organization by 17:00 EST on Wednesday, July 17, I will take such lack of communication as a failure to investigate discrimination and will fully utilize external methods to bring justice to the manner your organization has treated me.  This issue is not going away, and it is in the best interest of all relevant parties if we work proactively to reach a resolution.

USA000039

STIP000015

Regards,

Brendan Schultz

USA000040
STIP000016