Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No. ____I_____
Date Admitted _____
Signature _____

| | |
|---|---|
| **From:** | Dr. Terry Babcock-Lumish |
| **To:** | Tara Yglesias; wmurp@comcast.net |
| **Subject:** | Fwd: Response Requested: Outside Legal Counsel"s Contact Information |
| **Date:** | Thursday, April 2, 2020 4:48:43 AM |
| **Attachments:** | Intent to Sue - Harry S. Truman Scholarship Foundation.pdf |

FYI

--
Dr. Terry Babcock-Lumish
Harry S. Truman Scholarship Foundation

**From:** Brendan Schultz <brendan.schultz1@gmail.com>
**Sent:** Thursday, April 2, 2020 7:38 AM
**To:** Dr. Terry Babcock-Lumish
**Subject:** Re: Response Requested: Outside Legal Counsel's Contact Information

Dear Dr. Babcock-Lumish,

I have significant concerns regarding the sincerity of the two internal and current external investigations that have been conducted since I first requested an inquiry in April of 2020, eleven months ago.

Despite being told that there is an established process, I have yet to receive any documentation that explains what this process is, even though I have requested such documentation multiple times. I have been rebuffed by you and your staff on multiple occasions. Your organization has consistently changed its story in an attempt to justify blatant discrimination. You have even provided false information to the Office of Congressperson Judy Chu in an attempt to justify absurd actions by members of the San Francisco selection committee. Now, you are not allowing me to contact the principal investigator for the external investigation into discrimination - an investigation that may or may not actually be taking place and has no published procedure or standard. Your organization appears to think that it can do whatever it pleases regarding civil rights matters.

The Federal Tort Claims Act provides me the right to begin legal proceedings to rectify the harm caused six months after I file a complaint with your agency. It has been eleven months since I submitted my original complaint last April. Even if we go with the date that you gave this information to your outside legal counsel, it was six months on March 3, 2020. Title VI of the Civil Rights Act of 1964 allows me to begin legal proceedings immediately.

Despite the transgressions I have faced, I am willing to negotiate a solution. However, if I do not receive a response by April 10, 2020, stating your organization's willingness to negotiate a solution to this matter bilaterally and privately, I will begin the process of having this resolved through the federal judicial system on grounds of violation of US civil rights law as proscribed by 40 U.S. Code §

USA000020

STIP000031

2000d, 20 U.S. Code § 1681, breach of contract, and the Federal Tort
Claims Act through the United States District Court for the Northern
District of California.

Can you please provide me the contact information by which I can reach
the President and legal counsel of the Harry S. Truman Scholarship
Foundation? They will need to receive a copy of my intent to sue
letter, which I have attached to this email.

All My Best,

Brendan Schultz
On Wed, Mar 11, 2020 at 5:37 PM Dr. Terry Babcock-Lumish
<terrybl@truman.gov> wrote:
>
> Dear Mr. Schultz,
>
> As soon as Ms. Yglesias received your April 23rd email, she began looking at the status of your application. As information was revealed by you during your correspondence, that changed the direction and focus of her investigation. We can confirm the process is what she described to you in her April 25th email.
>
> As I shared last autumn, our outside legal counsel will be in communication with you upon completion of his investigation. You need not do anything further, and I am not in a position to share his contact information.
>
> I trust you can understand that we are in the midst of a rapidly evolving global pandemic. As a result, the Truman Foundation's priority is ensuring our 2020 selection process is safe for all involved. Until we have ensured the safety of all participants, I am not in a position to respond to your emails.
>
> Sincerely,
> Dr. Terry Babcock-Lumish
>
> --
> Dr. Terry Babcock-Lumish
> Executive Secretary
>
> Harry S. Truman Scholarship Foundation
>
> 712 Jackson Place, NW
>
> Washington, DC 20006
>
>
> TerryBL@truman.gov
>
> www.truman.gov
>
>
> Please consider the environment before printing this email.
>
>

USA000021

STIP000032

> _____
> From: Brendan Schultz <brendan.schultz1@gmail.com>
> Sent: Wednesday, March 11, 2020 1:57 PM
> To: Dr. Terry Babcock-Lumish <terrybl@truman.gov>
> Subject: Re: Response Requested: Outside Legal Counsel's Contact Information
>
> Hello Dr. Babcock-Lumish,
>
> Do you think you will be able to provide me the information I
> requested in the previous email by the end of this week?
>
> Best,
>
> Brendan
> On Wed, Mar 4, 2020 at 1:17 AM Brendan Schultz
> <brendan.schultz1@gmail.com> wrote:
> >
> > Hello Dr. Babcock-Lumish,
> >
> > Thank you for your prompt reply.
> >
> > Can you please let me know the scope of the investigation and on which
> > date the investigation began?
> >
> > Additionally, can you please send me the documentation that outlines
> > the established process? If this documentation is not available, can
> > you please describe the established process?
> >
> > All My Best,
> >
> > Brendan Schultz
> >
> >
> >
> > On Tue, Feb 25, 2020 at 6:59 PM Dr. Terry Babcock-Lumish
> > <terrybl@truman.gov> wrote:
> > >
> > > Good morning, Mr. Schultz.
> > >
> > > I can understand this may be frustrating for you and appreciate your patience as everyone takes care to follow an established process.
> > >
> > > As I communicated last year, this process is a lengthy one, requiring us to pass your concern to our outside legal counsel. Upon it leaving our office, it became an independent review, such that I have taken care not to involve myself. Rest assured all materials have been transmitted.
> > > >
> > > No further action is required of you, and you will hear from our outside legal counsel on his timetable. I am not in a position to share contact information but trust you will hear from him when he has findings to share.
> > > >
> > > I hope this finds you well as you pursue your path in public service.
> > > >
> > > Sincerely,

USA000022

STIP000033

\>\>\> Dr. Terry Babcock-Lumish
\>\>\>
\>\>\> --
\>\>\> Dr. Terry Babcock-Lumish
\>\>\> Executive Secretary
\>\>\>
\>\>\> Harry S. Truman Scholarship Foundation
\>\>\>
\>\>\> 712 Jackson Place, NW
\>\>\>
\>\>\> Washington, DC 20006
\>\>\>
\>\>\>
\>\>\> TerryBL@truman.gov
\>\>\>
\>\>\> www.truman.gov
\>\>\>
\>\>\>
\>\>\> Please consider the environment before printing this email.
\>\>\>
\>\>\>
\>\>\> _____
\>\>\> From: Brendan Schultz <brendan.schultz1@gmail.com>
\>\>\> Sent: Monday, February 24, 2020 8:00 AM
\>\>\> To: Dr. Terry Babcock-Lumish <terrybl@truman.gov>
\>\>\> Subject: Response Requested: Outside Legal Counsel's Contact Information
\>\>\>
\>\>\> Hello Dr. Babcock-Lumish,
\>\>\>
\>\>\> I hope you had a great weekend.
\>\>\>
\>\>\> Can you please send me the contact information for you outside legal
\>\>\> council who is reviewing my discrimination complaint from last year's
\>\>\> Truman Scholarship selection process?
\>\>\>
\>\>\> Wishing You a Pleasant Start to Your Week,
\>\>\>
\>\>\> Brendan Schultz

USA000023

STIP000034