**Full name:** Brendan Schultz

**State:** California
**Selection Institution:** Pitzer College
**Candidate's e-mail address**: brendan.schultz1@gmail.com

Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 10
Date Admitted: _____
Signature: _____

**Permanent Residence**

**Address 1:** 1050 N. Mills Ave.
**Address 2:** Pitzer College - 1000
**City:** Claremont
**State:** California
**Zip:** 91711
**Phone:** 9092970368

**School Residence**

**Address 1:** 1050 N. Mills Ave.
**Address 2:** Pitzer College - 1000
**City:** Claremont
**State:** California
**Zip:** 91711
**Phone:** 9092970368

**Condition:** I Agree to the Statement Below

**How is your permanent residence established (at least two must apply)?** Home address for school registration, Place of registration to vote

**Age as of Application Deadline**: 21

**Citizenship**: U.S. Citizen

**Will you be studying abroad during the spring semester?** No

Where?

**Current cumulative GPA**: 3.879

**Your undergraduate major(s)**: Politics, Philosophy, and Sociology (self-designed major)

**Number of college credits received to date**: 28

**Total number of credits required for graduation**: 32

Expected date to receive baccalaureate degree: May 18, 2019

**Degree you will receive**: Bachelor of Arts in Politics, Philosophy, and Sociology

**Graduate degree(s) sought**: Master of Arts

**Concentration(s)**: Humanitarian Studies or Development Studies

**If selected a Truman Scholar, would you apply for the Washington Summer Institute?** No

**What are your plans for the summer after you graduate?  What are your plans for the summer after you graduate?**
I am graduating in my third year of college, a year ahead of schedule. Thus, this coming summer will be the summer after I graduate. As for this coming summer, I was recently awarded a full Davis Fellow for Peace Merit Scholarship to learn Arabic at Middlebury Language Schools. The program is commonly regarded as the world's foremost short-term intensive language immersion program. I am also a finalist for the State Department's Critical Language Scholarship program for Arabic and would consider the scholarship if awarded one. Either way, I will be spending June and July learning Arabic. Additionally, United by Love recently received a grant to implement the second version of the Bridging Backgrounds program. Thus, I will be spending much of my summer planning the program, and, after my language education, I will be returning to Macedonia in August to lead the program.

**Q1: Secondary Schools and Higher Education Institutions**

**School:** Pitzer College

STIP000035

**Location:** Claremont, California
**Attended From:** September 2016
**Attended To:** --

**School:** Nova International Schools
**Location:** Skopje, Republic of Macedonia
**Attended From:** September 2015
**Attended To:** May 2016

**School:** East Lyme High School
**Location:** East Lyme, Connecticut
**Attended From:** September 2012
**Attended To:** June 2015


**Q2a: College Activities**

**Activity:** Pitzer College Student Senate - Third Year
**From:** May 2018
**To:** --
**Offices:**  Academic Planning Committee Representative, Judicial Council Justice, and Senate Adjudication Board Justice

**Activity:** Pitzer College Strategic Planning Committee
**From:** September 2018
**To:** --
**Offices:** Senior Student Representative and Co-Chair of the Academic Sub-Committee

**Activity:** Model United Nations
**From:** September 2016
**To:** --
**Offices:** Co-Head Delegate

**Activity:** Kennedy-Lugar Youth Exchange & Study Alumni Association
**From:** August 2018
**To:** --
**Offices:** Board Member and Project Director

**Activity:** Pitzer College Student Senate - First Year
**From:** September 2016
**To:** May 2017
**Offices:** First-Year Student President and First-Year Dorm Council President

**Activity:** Pitzer College Student Senate - Second Year
**From:** February 2018
**To:** May 2018
**Offices:** Teaching and Learning Committee Representative

**Activity:** Pitzer Outdoor Adventures
**From:** September 2016
**To:** --
**Offices:** Participant


**Q2b: High School Activities**

**Activity:** U.S. State Department Kennedy-Lugar Youth Exchange and Study (YES Abroad)
**From:** June 2015
**To:** June 2016
**Offices:** Youth Ambassador to Macedonia

**Activity:** Civil Air Patrol
**From:** August 2012
**To:** August 2015
**Offices:** Spaatz Cadet (highest cadet honor), Squadron Commander, Connecticut State Encampment Executive Officer, and Connecticut State Encampment Training Officer

**Activity:** East Lyme High School Student Senate
**From:** September 2014
**To:** June 2015
**Offices:** Junior Class President

**Activity:** East Lyme High School Indoor and Outdoor Track and Field
**From:** November 2012
**To:** May 2015
**Offices:** Varsity Athlete for Three Seasons


**Q3: Public Service & Community or Civic Activities**

**Activity Role:** United by Love (Macedonia, Nepal, California) - Founder, President, and Executive Director
**From:** January 2017
**To:** --
**No. Weeks Active:** 110


**Q4: Government Activities**

**Activity Role:** Not Applicable
**From:** N/A
**To:** N/A
**No. Weeks Active:** N/A



**Q5: Jobs and Internships**

**Type of Work:** Humanitarian Volunteer - English Teacher
**Employer:** Project Hope - Palestine
**From:** June 2016
**To:** August 2016
**No. Hrs/Week:** 50

**Type of Work:** Fellow
**Employer:** Hansen Institute on Leadership and International Cooperation
**From:** June 2018
**To:** July 2018
**No. Hrs/Week:** 40

**Type of Work:** Sociological Research - Independent Researcher
**Employer:** Kweneng East Secondary School (Pseudonym)
**From:** July 2018
**To:** August 2018
**No. Hrs/Week:** 40



**Q6: Awards, scholarships, publications or special recognition**
U.S. State Department Program Alumni Grant Awardee (2017) - Led an international team to develop and implement Bright Start, a program that provides human rights skills education training to university students in Macedonia., Davis Projects for Peace Grant Fellowship (2017) - Led an international team to develop and implement Bridging Backgrounds, a first-of-its-kind inter-ethnic program for high school students in Macedonia to

foster tolerance and inter-ethnic understanding., Pitzer College Board of Trustee Scholar (2016) - Awarded most prestigious merit-based scholarship by college trustees for exemplary community involvement., Council of Europe World Forum for Democracy (2016) - Selected and funded by the Council of Europe to attend the 2016 World Forum for Democracy as the U.S. Youth Delegate., Kallick Community Service Award (2018) - Awarded Pitzer College's most prestigious community service award for implementing youth programs in the Balkans., Katie Lawson Memorial Award (2018) - Awarded funding to research initiatives that enable youth to foster tolerance in communities in Eastern Europe.

**Q7: Describe 1 specific example of your leadership**

Our students stood astonished as they looked through the open door of a railroad car used to deport countless members of their community. An hour later, as they walked out of the Holocaust Memorial Center of Macedonia, they held greater knowledge of a heinous dimension of their country's history. The tour was a field trip that was part of the training phase of Bridging Backgrounds, an inter-ethnic program for Macedonian youth that I led on a grant from Davis Projects for Peace. Later that day, I led a human rights activity to illustrate how hate lays the foundation for atrocities. At the end, participants summarized their feelings in one word. As one student uttered "betrayal," everyone sat perplexed. He explained to us how his grandfather was recruited by the Bulgarian Nazis to apprehend Macedonian Jews during the Holocaust, and he lamented how his community allowed this. Looking into the eyes of the grandson of a perpetrator of the Holocaust, I, as an American Jew, formed a bond to help ensure that an atrocity like this would never happen again. This creation of a connection is reflective of how Bridging Backgrounds helped strengthen inter-ethnic understanding in a divided country. Creating and leading the program was the most challenging and rewarding task of my life. Upon receiving the grant, I assembled the organizing team to help implement the program. I then designed the program's curriculum. I coordinated the recruitment process of our participants even as regressive politicians propagated that NGOs desired to corrupt youth. After the training, participants implemented projects to foster tolerance in their communities. Despite the repressive majority party engaging in a crackdown of foreign NGOs, I successfully facilitated the sustained mentorship and financial support for each participant to complete their project. Despite challenges, we succeeded, and Bridging Backgrounds became the first successful youth initiative of its kind in the Balkans.

**Q8: Describe a recent, particularly satisfying public service activity**

Since arriving at Pitzer, I have been actively involved in the college's unique shared governance system, from serving as first-year class president to currently serving on the strategic planning committee. During my tenure, I have successfully led my community through controversial issues, including accountability for elected officials and sexual misconduct disciplinary procedures. However, this year brought an issue to campus that would test my diplomacy. Last November, the one hundred students, faculty, and staff who comprised the Pitzer College Council met to discuss a proposal to suspend a study-abroad program in Israel due to Israeli laws banning entry for boycott leaders. The meeting was filled with division. As a professor's speech compared the Israeli State to Nazi Germany, I knew my community needed a voice for unity. After his speech, my hand was the only one raised to speak. My thesis surrounded our moral obligation to educate students on the experiences of oppressed groups and the necessity to have a standard that be applied uniformly. I quickly learned that public service is often as simple as speaking to shatter the silence of tension. The following morning, I awoke to emails offering to help advance my proposal. Support came from passionate supporters of Palestine, zealous Zionists, and people who had previously avoided involvement. Since November, I have been working to unite various groups to develop a set of principles that we can use to determine when we should suspend a study-abroad program and create an education requirement so that students studying in countries with oppressed populations learn about the experiences of such groups.

**Q9: Describe the problem or needs of society you want to address when you enter public service**

My father and I stood alongside a road filled with army trucks on a military base in the winter of 2003. Compatriots lined the streets, waving miniature American flags. One by one, the vehicles engines turned on and they were driven off into the Virginia sunset, destined for Iraq as part of the invading coalition. In the back of one of the trucks was my mother. This deployment would be the first of six. At five, I understood that my mother's deployment to Iraq was unjust. I acted with what little agency I had, attending my first of what would be many anti-war protests a few weeks after my mother left. My experience growing up as a military child during the Iraq war taught me the need for US foreign policy that creates cohesive communities. History is filled with US interventions that have resulted in inter-group violence. Although arguably necessary, the US intervention in Kosovo was conducted in a manner that irresponsibly exacerbated tensions throughout the Balkans. These tensions remain today (as asserted by the UN Special Representative of the Secretary-General at the UNSC). Moreover, US interventions on the Korean Peninsula, in Central America, and throughout the Middle East have also led to inter-group violence. I have helped create peaceful communities with my past work in the Balkans. Through my future public service, I will support communities abroad as they heal from irresponsible US interventions and ensure that

our foreign policy promotes human rights.

**Q10: List the 3 most significant courses you have taken in preparation for your career**

LEAD 142 – The objective of this course was to develop a plan for a feasible social venture. Working with leading non-profit experts, I drafted the strategic plan for United by Love and am using it to grow the organization's impact.

BTW 107 – This core course of my study abroad semester presented a myriad of social and political issues in Southern Africa from diverse perspectives. I was able to witness the complexities of social and political problems in developing countries.

PHIL 999 – This was an independent study with two components: implementing the Bright Start program on a State Department grant and conducting research on the philosophical foundation of human rights, laying the foundation for my ongoing thesis.

**Q11: Describe the graduate education program you intend to pursue if you receive a Truman**
I have identified two graduate degrees that are excellent programs for advancing my career goals of improving the lives of individuals impacted by inter-group conflict and helping nurture peaceful communities. My top-choice graduate school program is the Erasmus Mundus Joint Master's Degree Program in International Humanitarian Action (NOHA+). Taught by a coalition of eight universities throughout the European Union, the NOHA+ program is the preeminent master's degree in humanitarian studies. The degree's partnership between eight universities will provide me unparalleled access to diverse faculty and the opportunity to study at four universities during the program. In the first semester, the program curriculum provides an overview of humanitarian response, including modules such as anthropology, management, and public health. During the second semester, I would specialize in conflict, peace-building, and religion. In the second year, I would complete a master's thesis that matches my research interests of studying the impact of grassroots community development organizations in areas of inter-group conflict. The program has partner universities in the Middle East, allowing me to have advisors who specialize in the geographic area I wish to research. My second-choice graduate program is Oxford University's Master in Development Studies. The interdisciplinary social science master's degree would provide me with a holistic education in social, political, and economic development theory and research. The program would also enable me to specialize in a sub-discipline of the field through option courses. The in-depth master's thesis, based on individual field research, would allow me to conduct my desired ethnographic research in the Middle East. Additionally, the program offers a two-year doctorate extension that I would be able to opt into in my second year if I enjoy my research topic and see a Doctor of Philosophy degree as beneficial for my career.

**Q12: What do you hope to do and what position do you hope to have upon completing your graduate studies?**
Upon completion of my graduate education, I will pursue a career in social development and humanitarian response. Specifically, I see myself continuing my current work of empowering ordinary people to foster respect and understanding between groups in their communities and expanding such work from the Balkans to other regions of the world. I will do this by seeking opportunities in areas of inter-group conflict with a major international organization, such as the United Nations, Red Cross, or US State Department. I would ideally work with such an organization to revolutionize its social development programs. However, I am aware that I may develop new interests in the field of development and humanitarian response during graduate school. Thus, I am open to pursuing a career in sub-fields such as healthcare access, economic opportunity, or political consulting.

**Q13: What do you hope to do and what position do you hope to have 5 to 7 years later?**
Five to seven years after graduate school, I hope to have a management-level field position coordinating emergency humanitarian responses or developing initiatives to nurture cohesive communities with a major international organization. I dream of one day becoming the Under-Secretary-General for Humanitarian Affairs of the United Nations, President of the International Committee of the Red Cross, or the US Secretary of State. While I know that I have the tenacity to one day achieve this level of influence, I cannot reasonably expect to ascend to these heights in five to seven years after graduate school. After I retire from my career in social development and humanitarian response, I hope to return to the United States and teach future leaders in the field

as an academic. Eventually, I wish to run for elected legislative office.

**Q14: Additional Information**
I was born in Honolulu on July 18, 1997, to a US Navy psychiatrist and a mining engineer from working-class backgrounds. I have since lived in nine communities on five continents throughout the course of my twenty-one-year-life, from the rainy forests of Bremerton, Washington to the dry dirt of Gaborone, Botswana. I have grown to be a proud member of the Jewish and LGBTQ communities. Being a part of a myriad of communities, I have seen some of humanity's evils, from ethnic tensions in Macedonia to the impacts of ethnic conflict in Palestine. While experiencing and observing the harm of conflict motivates me to enter public service, being a member of and helping communities unite for progress motivates me more. Through my community work at Pitzer and in Macedonia, I have witnessed that no matter where in the world and no matter the challenges we face, the forces of love, compassion, and understanding that bind us together are far greater than the forces that have the potential to tear us apart. Building my foundation of contributions, the Truman Scholarship will provide me with the resources, through graduate school funding and a supportive community, to further my goals of leading myself and others to create societies without inter-ethnic tension or the potential for inter-group violence. Although my passion for creating cohesive communities manifests itself in substantial work, I ensure that I take time to have fun and relax. In my limited free time at home, I enjoy socializing with my friends and spending time outdoors, particularly in high-adrenaline activities, such as skiing. Moreover, a phenomenal benefit to my eccentric extracurricular activities is that I am constantly afforded the opportunity to experience other cultures, from spending a week in Singapore this past November while mentoring young entrepreneurs at the State Department's Youth Southeast Asia Leaders' Summit to competing at a Model United Nations conference in Montreal a few weeks ago.

**Policy Proposal**

**To:** Representative Eliot L. Engel
**Office Held:** Chairperson of the House Committee on Foreign Affairs
**Issue:** Yemen War Powers Resolution

**Problem Statement:**

Dear Representative Eliot L. Engel,

I hope that this letter finds you well.

I am writing to you concerning the greatest humanitarian disaster of the present day: The United States-supported, Saudi Arabian-led war in Yemen. Since this conflict began in March of 2015, the war on Yemen has cost at least 60,000 lives, not including the estimated tens of thousands killed due to starvation and disease (6). Every day, 130 children in the country die from malnutrition and disease (5). Over 2,000,000 people have fled the country and 22,000,000 people need immediate humanitarian assistance as a direct result of the war (2).

**Proposed Solution:**

The humanitarian crisis in Yemen demands immediate attention. Despite the current Presidential Administration's ongoing support of the war, we have a way to end US involvement. In 1973, Congress passed the War Powers Resolution, a law to limit the President's power to deploy US Armed Forces abroad only with Congressional approval (4).

Last year, Senators Sanders, Lee, and Murphy led the Senate to pass a War Powers Resolution to end US involvement in the Yemen conflict with a bipartisan 56-41 majority (7). Although the resolution was stalled in the House, the Senate vote put pressure on the Saudi-led coalition to agree to a ceasefire in Hudaydah and begin working on an eventual truce with the Houthi Rebels (3). However, the work is not over. Now that the One Hundred Sixteenth Congress is in session, it is time to re-introduce and pass the War Powers Resolution in the House of Representatives and Senate to bring an end to this brutal conflict.

I am a proud member of a family whose military service spans generations. My mother, a US Navy psychiatrist, was deployed to Iraq and other combat zones six times throughout my childhood. I understand the cost of war on individuals and families because I lived such costs. This war is not worth the price it places on American military members and Yemeni civilians.

The people of Yemen cannot wait another day for leaders in America to take a stand for justice. America's ongoing participation in the war violates our nation's core values. As the Chairperson of the House Committee on Foreign Affairs, you can ensure that Representative Khanna's reintroduced Yemen War Powers Resolution quickly reaches the House floor for a vote. I strongly encourage you to

quickly move this resolution through the committee, whip the votes for its passage in the House of Representatives, and help bring an end to the world's greatest humanitarian crisis.

**Major Obstacles/Implementation Challenges:**

While certain US interventions have been legitimately justified on humanitarian grounds, the war in Yemen is unequivocally unjustified. I understand that there are many proponents for this war, including lobbyists working on behalf of the Saudi Regime and other special interests who do not represent the views of Americans. A recent International Rescue Committee poll concluded that 75% of Americans are opposed to US involvement in the war (1).

In Hope for Peace,

Brendan Schultz

**References, Footnotes, and Exhibits:**

1: International Rescue Committee. "New IRC/YouGov Poll: As Pressure Mounts for Yemen Ceasefire, US Opinion United: End Support to the War." International Rescue Committee, 26 Nov. 2018, https://www.rescue.org/press-release/new-ircyougov-poll-pressure-mounts-yemen-ceasefire-us-opinion-united-end-support-war.

2: Just Foreign Policy. "End the War on Yemen." Just Foreign Policy, 2018, https://www.justforeignpolicy.org/end-the-war-on-yemen.

3: ---. "What Is the War Powers Resolution?" Just Foreign Policy, 2018, https://www.justforeignpolicy.org/what-is-the-war-powers-resolution/.

4: Library of Congress. War Powers. https://www.loc.gov/law/help/war-powers.php.

5: Save the Children. "Yemen: Hunger and Disease Could Kill at Least 50,000 Children." Save the Children, 15 Nov. 2017, https://www.google.com/search?q=save+the+children&oq=Save+the+Children&aqs=chrome.0.0j69i60l2j0l3.387j0j7&sourceid=chrome&ie=UTF-8.

6: The Armed Conflict Location & Event Data Project (ACLED). Press Release: Yemen War Death Toll Now Exceeds 60,000 According to Latest ACLED Data. 11 Dec. 2018, https://www.acleddata.com/2018/12/11/press-release-yemen-war-death-toll-now-exceeds-60000-according-to-latest-acled-data/.

7: US Congress. "S.J.Res.54 - A Joint Resolution to Direct the Removal of United States Armed Forces from Hostilities in the Republic of Yemen That Have Not Been Authorized by Congress." Congress.Gov, https://www.congress.gov/bill/115th-congress/senate-joint-resolution/54/actions).

STIP000043