Case No.: 3:20-cv-04058-MMC  
PLTF Exhibit No.: 17  
Date Admitted: _____  
Signature: _____

# Roles of the Panel Secretary

**Fifteen minutes after convening, call the reception to order.** Introduce yourself and say a few calming words of welcome. Some suggestions:
- Review the interview procedure: You will call each Finalist for his or her interview and provide them with a glass of water. You will also keep track of time and will ask the candidate to give a brief summary at the end of his or her interview.
- Encourage Finalists to spend time together during the day. Explain that we provide this opportunity for them to get to know one another and common interests and concerns.
- Suggest that the Finalists not attach too much importance to the second round interview. Explain how panelist often use this time to ask questions that were not asked or to clarify previous answers.

**Introduce the Chair for brief comments.** Ask each Panelist to introduce himself/herself.

**End the reception a few minutes before the start of the interviews.** Distribute the schedule (in back pocket of your binder) to the Finalists and to the Panel members. Keep one for later use.

**Bring in and take out the Finalists.** Provide each with fresh water.

**Be the timekeeper.** Help the Chair maintain the schedule. It is unfair to give some Finalists more time than others. Keep the panel from getting behind schedule. If the discussion of candidates takes too long, ask the panel to have their discussion at the end of the day. Announce when the panel has reached the last question. About 19-20 minutes into the interview, ask the candidate to give a brief closing statement.

**Help the chair with the deliberations.** Make sure panelists use the scoring of the candidate's written record as well as the oral interview. ***The Panel may select one Scholar from each state. The Panel may also suggest one additional at-large candidate from the region.*** The Panel does not have to select a Scholar from each state nor does the Panel have to select an at-large candidate. If the Panel does not select a Scholar from a state, it cannot use that scholarship for a second at-large Scholar. [At-large scholarships are guaranteed only for the regions with large populations].

**Be the quality control check for the Panel.** Try to keep the panel from making emotional judgments or selecting people who do not meet the standards of past Truman Scholars. Be sure the panel gives good consideration to any Outstanding Finalist (see selection of Truman Scholars).

**Record the Panel choices.** Take a clean interview schedule and ask the chair to put his/her initials beside each person chosen. Please fax this sheet to ▓▓▓▓▓▓▓▓ or scan and email the document to office@truman.gov.

**Lead the Panel back out to say good bye to the Finalists.** Give a few closing comments of best wishes. Encourage each panelist to shake hands with each candidate. ***Do not reveal the names of those selected.***

**Ask Panel members to take their notebook or give it to you for destruction.** No notebook should be left in the interview room. Often a staff person at the host institution will take care of them for you.

**By 9:00 P.M., call, text or email Tara Yglesias** ▓▓▓▓▓▓▓▓**; tyglesias@truman.gov] and Kelsea Cooper [**▓▓▓▓▓▓▓▓ **kcooper@truman.gov] with the results of the selection panel. Let them know if there was a particularly appealing Finalist not selected for whom a scholarship should be awarded if possible. Feel free to contact Tara Yglesias or Kelsea Cooper during your panel if questions or problems arise during deliberations.**

USA000052  
STIP000082