Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 18
Date Admitted: _____  **Suggestions to Chairs of Selection Panels**
Signature: _____

The Chair has a substantial influence on the degree of satisfaction experienced by Truman Scholarship Finalists and by other panelists.

I. **Before The Interview**
   - *The Secretary will call the panel to order and introduce you.* Please, offer a few calming remarks and ask each panelist to introduce him or herself. The Secretary will then go over the schedule for the day.

II. **The Interview**
   - *Be firm about the schedule and the 20-minute length of the interview.* Finalists express frustration about their interviews getting behind schedule and about some Finalists getting substantially more time than others. Finalists often have tight airline connections at the end of the day. You may need to postpone discussion of the candidates until the end of the day if you are unable to come to a consensus during breaks. The Secretary will assist you with time keeping.
   - *Avoid introductions and handshakes at the start of the interview.* Introductions should have been done at the morning reception. They take up too much time.
   - *Rotate the opening question among the panelists.* Panelists need to decide in advance of the arrival of the Finalist who will lead off the interview.
   - *After the opening question, let panelists "jump in" with questions as they wish.* Avoid a formal rotation among panelists after the opening question.
   - *Encourage panelists to use one or more of the* **Illustrative Truman Interview Questions.** These tend to elicit helpful responses from the Finalists.
   - *Provide each Finalist with a broad interview that goes beyond the policy proposal and their application.* Finalists understand that more than half of their interview is likely to go beyond what they have submitted.

II. **The Deliberations:** The Foundation counts on the Chair to lead the deliberations and to make sure that each candidate gets fair consideration.
   - *Remind panelists of the four selection criteria presented in the front of their notebook.*
   - *Encourage panelists to conduct second-round interviews only in the following situation:*
     ⇒ Two or more roughly equal contenders for one state scholarship or for an at large scholarship that cannot be distinguished by the panel's discussion alone.
   - *Make sure that the selection is made in a deliberative way and that the panel reaches a consensus on the Scholars.* The group should discuss each Finalist before selecting a Truman Scholar. Avoid "three to two" votes to elect Scholars.
   - *Select only Scholars with whom all panel members are enthusiastic.* If there is not a candidate from a state that generates substantial enthusiasm, do not award a scholarship. The Foundation will carry over the scholarship to 2020, with two scholarships available to residents of that state.

USA000054
STIP000083