Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 19
Date Admitted: _____
Signature: _____

## SELECTION OF TRUMAN SCHOLARS

**You are the Foundation's Investment Committee.** The Foundation relies on you to assess the quality of the Finalists and to determine which of them appear likely to perform well in their identified graduate program and to be public service leaders in the future. Those Finalists are the only ones to select as Truman Scholars. The candidates that you recommend will be elected automatically and, as a group, you should feel comfortable with each person recommended. If there is not consensus support, do not make a selection. The scholarship slot may be carried over to the next year.

**Selection Criteria**. Each Truman Scholar must exhibit:

- *The likelihood of becoming a "change agent."* Scholars should have a track record of working well with others and some of the qualities we associate with effective leaders.

- *A commitment to public service as a career.* Scholars should have the values, ambitions, and desires that seem likely to lead to a career in public service. The Foundation defines public service as employment in government at any level, uniformed services, public-interest organizations, nongovernmental research and/or educational organizations, public and private schools, and public service-oriented nonprofit organizations such as those whose primary purposes are to help needy or disadvantaged persons or to protect the environment.

- *Ability to hold his/her own at the proposed graduate or professional school.* You could write an enthusiastic recommendation to the dean of this school. The person need not become an academic star at the institution.

- *An informed concern for community.* Scholars should be principally focused on the welfare of others and should demonstrate an understanding of how politics and institutions mediate the efforts of individuals to effect change.

**The Interview**. Following a 20-minute reception with the Finalists and panel orientation, the panel will conduct 20-minute, first-round interviews with each Finalist. The interview consists of about 18 minutes of give and take and a two-minute wrap-up by the candidate. Time is allocated for a few second-round interviews if you need additional information to help make difficult decisions. Please:

- *Conduct a rigorous interview.* An interview with casual conversation rarely yields enough information to make the necessary assessments and is generally a disappointment for candidates.

- *Feel free to use any of the* **Illustrative Truman Interview Questions** [shown on the following sheet]. Answers to these questions - even when the candidate expects them - should reveal a great deal of useful information.

- *Spend no more than 5-7 minutes on the candidate's application and policy proposal.* Most candidates will be well prepared on their submission.

- *Ask provocative questions in the candidate's general field* (e.g., domestic policy or international affairs). Observe how the candidate responds to issues about which he or she has probably not prepared answers but should be knowledgeable. Such questions enable the panel to assess analytical skills, reasoning processes, general knowledge, and values.

- *Ask challenging questions.* All candidates should be uncertain about the outcome of the interview and leave with an awareness of some more "things" they need to learn and possibly with a more sophisticated way of looking at issues. Some candidates complain because they did not get tough enough questions to show their capabilities.

USA000056
STIP000084

**Selection Process**.  A break in the schedule occurs after the interviews of two to four candidates.  The panel should use this break and those after all of the candidates from a state are interviewed to:

- ***Determine if one or more candidates meet satisfactorily all four selection criteria.*** Do not select a Scholar, if none of the candidates meet the criteria satisfactorily. The scholarship will be carried over to the next year.

- ***Determine if more than one candidate meets satisfactorily all criteria.  Choose the strongest as the Truman Scholar from the state***.

- ***You may recommend, at the end of the day, one at-large Scholar.***  If there is another student in the region who is of Truman Scholar caliber, you may recommend him or her for an at-large scholarship.  At-large scholarships are not guaranteed.

**The interview panel can do a "Second Interview" interview with one or more candidates in the afternoon if two or more candidates are roughly tied for one state scholarship or the at-large recommendation.** In most instances, discussion among panelists – as well as review of the first round interview and written record - should be sufficient to make your decision.  Only resort to a second interview if these items cannot resolve the conflict and you feel additional questions will be helpful.  Candidates who are called for a second interview often place tremendous significance on being called back.  Please exercise this power judiciously.

**General Notes**.

- ***Do not let the Finalists know who won***.  All participants will be notified of the outcome by their college president or by e-mail from the Executive Secretary.

- ***You may ask questions of a personal nature if they relate to information in the application and are relevant to the decision.***  If the applicant writes about it, you may ask about it.

- ***Be careful about asking the same question to several candidates.*** They tend to share the questions, so the persons responding later will have an unfair advantage.