Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 21
Date Admitted: _____
Signature: _____

**Finalist Scoring Sheet**

|   | Finalist | Your notes on the application | Your notes on the interview | Your score of interview |
|---|---|---|---|---|
| 1 | Erin Evangelista | | | |
| 2 | Brendan Schultz | | | |
| 3 | Riley Minkoff | | | |
| 4 | Sara Tsai | | | |
| 5 | Sarah Whipple | | | |
| 6 | Jesus Franco | | | |
| 7 | Mark McKibbin | | | |
| 8 | Emma Tobin | | | |
| 9 | Zenaida Huerta | | | |
| 10 | Juliet O'Brien | | | |
| 11 | Maria Manjarrez | | | |
| 12 | Nathan Mallipeddi | | | |
| 13 | Derek Pan | | | |

USA000051
STIP000086