Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 30
Date Admitted: _____
Signature: _____



**From:** Tara Yglesias
**Sent:** Friday, August 16, 2019 1:57 PM
**To:** Dr. Terry Babcock-Lumish <terrybl@truman.gov>
**Subject:** FW: Question regarding 2019 Applicant

**From:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Sent:** Thursday, August 15, 2019 4:30 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** RE: Question regarding 2019 Applicant

Hi Tara—thank you for your response and very thoughtful feedback. Sometimes what a student perceives and what is reality can be quite different.

Have a good Truman year ahead.

Best--sandy

*Sandy Hamilton, M.A., Ed.*
Director, Office of Fellowships & Scholarships
Senior Administrator, Institute for Global/Local Action & Study (IGLAS)
Fletcher Hall 204 |  Phone: 909.607.9108
sandy_hamilton@pitzer.edu
**PITZER COLLEGE** |1050 N. Mills Ave. | Claremont, CA 91711

Office Hours: Tuesdays & Thursdays, 2-4 pm and by appointment



"The purpose of human life is to serve, to show compassion, and the will to help others." – Albert Schweitzer

 Please consider the Environment before printing this e-mail

**From:** Tara Yglesias <tyglesias@truman.gov>

USA000084
STIP000087

**Sent:** Thursday, August 15, 2019 12:29 PM
**To:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Subject:** RE: Question regarding 2019 Applicant

Sandy:

I just wanted to update you on this situation.

Yesterday, our new Executive Secretary, Dr. Terry Babcock-Lumish, sent an email to your applicant regarding his feedback on his 2019 Truman Interview.  She did not find that the panel acted in a discriminatory manner, but she did conclude that we need to make some adjustments to the composition and size of that interview panel.  The panel should be considerably smaller next year (as well as a few others that have become very large).  We feel that the size of the panel can sometimes give the students an experience where they feel overwhelmed and that isn't something we want for Finalists.

If there are other changes and updates, I will bring those to your attention.  Please let me know if you have any questions.

Best,
Tara

---

**From:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Sent:** Wednesday, May 22, 2019 2:35 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** RE: Question regarding 2019 Applicant

No problem

*Sandy Hamilton, M.A., Ed.*
Director, Office of Fellowships & Scholarships
Senior Administrator, Institute for Global/Local Action & Study (IGLAS)
Fletcher Hall 204  |  Phone: 909.607.9108
sandy_hamilton@pitzer.edu
**PITZER COLLEGE**  |1050 N. Mills Ave. | Claremont, CA 91711

Office Hours: Tuesdays & Thursdays, 2-4 pm and by appointment



"The purpose of human life is to serve, to show compassion, and the will to help others." – Albert Schweitzer

 Please consider the Environment before printing this e-mail

USA000085
STIP000088

**From:** Tara Yglesias <tyglesias@truman.gov>
**Sent:** Wednesday, May 22, 2019 11:35 AM
**To:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Subject:** Re: Question regarding 2019 Applicant

I'm just getting to an office to call you.  Sorry for the delay.

Get Outlook for Android

---

**From:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Sent:** Wednesday, May 22, 2019 12:40:26 PM
**To:** Tara Yglesias
**Subject:** RE: Question regarding 2019 Applicant

Yes, I'll be here.

*Sandy Hamilton, M.A., Ed.*
Director, Office of Fellowships & Scholarships
Senior Administrator, Institute for Global/Local Action & Study (IGLAS)
Fletcher Hall 204  |  Phone: 909.607.9108
sandy_hamilton@pitzer.edu

 |1050 N. Mills Ave. | Claremont, CA 91711

Office Hours: Tuesdays & Thursdays, 2-4 pm and by appointment



"The purpose of human life is to serve, to show compassion, and the will to help others." – Albert Schweitzer

🌲 Please consider the Environment before printing this e-mail

---

**From:** Tara Yglesias <tyglesias@truman.gov>
**Sent:** Wednesday, May 22, 2019 10:39 AM
**To:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Subject:** Re: Question regarding 2019 Applicant

Would you be around in an hour?  Around 11:30 am?

Get Outlook for Android

---

**From:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Sent:** Wednesday, May 22, 2019 11:41:41 AM
**To:** Tara Yglesias
**Subject:** RE: Question regarding 2019 Applicant

USA000086
STIP000089

Hi Tara—sure, I would be available today and tomorrow. Just let me know when you would be calling so I'll be sure to be in my office.

Best--Sandy

*Sandy Hamilton, M.A., Ed.*
Director, Office of Fellowships & Scholarships
Senior Administrator, Institute for Global/Local Action & Study (IGLAS)
Fletcher Hall 204 |   Phone: 909.607.9108
sandy_hamilton@pitzer.edu
**PITZER COLLEGE** |1050 N. Mills Ave. | Claremont, CA 91711

Office Hours: Tuesdays & Thursdays, 2-4 pm and by appointment



"The purpose of human life is to serve, to show compassion, and the will to help others." – Albert Schweitzer

 Please consider the Environment before printing this e-mail

---

**From:** Tara Yglesias <tyglesias@truman.gov>
**Sent:** Wednesday, May 22, 2019 9:34 AM
**To:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Subject:** Question regarding 2019 Applicant

Dear Sandy:

One of your applicants has reached out to me regarding alleged discrimination during his application process.  I have a few questions.  Is there a time we could talk over the next few days?  I'm at TSLW, but I can make time most afternoons between noon and six CST.

Best,

Tara

Get Outlook for Android

USA000087

STIP000090