Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 31
Date Admitted: _____
Signature: _____

**From:** Brooks Allen
**Sent:** Thursday, May 9, 2019 5:58 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** Re: SF Panel results

Nothing to report

> On May 8, 2019, at 11:12 AM, Tara Yglesias <tyglesias@truman.gov> wrote:
>
>
>
> I have a call at 3:00 pm my time but am otherwise free.
>
> -----Original Message-----
> From: Brooks Allen
> Sent: Wednesday, May 8, 2019 12:30 PM
> To: Tara Yglesias <tyglesias@truman.gov>
> Subject: Re: SF Panel results
>
> Yes. Best number?
>
>> On May 8, 2019, at 8:43 AM, Tara Yglesias <tyglesias@truman.gov> wrote:
>>
>> Brooks:
>>
>> Do you have time to call me within the next day or so?  It's regarding the San Francisco selection.
>>
>> Best,
>> Tara
>>
>> -----Original Message-----
>> From: Brooks Allen
>> Sent: Tuesday, March 19, 2019 12:00 AM
>> To: Tara Yglesias <tyglesias@truman.gov>
>> Cc: Kevin Higgins
>> Subject: SF Panel results
>>
>> Tara,
>>
>> Following up on my call earlier this evening, I'm attaching the results from the SF Panel and copying our Chair.
>>
>> Thank you!
>> Brooks
>>
>>
>>    '&öö·3 Ð Ð¤Fò

USA000089
STIP000091

```
> –÷R  †  fR
> F–ÖR
> Fò  6  ÆÂ   ÖR
> v—F†–â
> F†R  æW‡B  F  '  ÷"
> 6óò    —Bw2
> &Vv  &F–ær
> F†R  6  â  g&  æ6—66ò
> 6VÆV7F–öâàÐ Т&W7BÀÐ¥F  &   Ð Т ÒÒÒÒÔ÷&–v–
  æ   Â  ÖW76  vRÒÒÒÒÐÐ¤g&öÓ¢  '&öö·2      ÆÆVâ  Æ'&öö·2æ  ÆÆVä
>
7F  æf÷&F   ÇVÖæ'æ÷&sâÐ¥6VçC¢  GVW6F  'Â  Ö  &6,    'Â  #  '   #£          ÐÐ¥Fó¢  F  &   –
vÆW6–  2   ÇG–vÆW6–  4
> G'VÖ   âæv÷càФ63¢  ¶Wf–â  †–vv–ç2  Çv  6†öV§     vÖ  –Âæ6öÓàÐ¥7V&¦V7C¢  4b       æVÂ
> &W7VÇG0Ð Ð¥F  &    ÂÐ Ð¤föÆÆ÷v–ær
> W    öâ  ×'  6  ÆÂ   V  &Æ–W"
> F†—2   WfVæ–ærÂ  ž(   –Ò    GF  6†–ær
> F†R
> &W7VÇG2   g&öÒ
> F†R  4b       æVÂ      æB  6÷
> —ær  ÷W"  6†  —"â  '  W‡  Æ  –æVB
> F†R  6—&7V×7F  æ6W2    &÷VæB  ÷W"  FV6—6–öâ  öâ
> F†R  †  v  –'  6  æF–F  FR     æB
> 6†  &VB
> F†   B
> vR
> v÷VÆB
> W&vR
> F†R  f÷VæF  F–öâ
> Fò  6öç6–FW"  ¦Væ  –F    ‡VW'F    f÷"
> 66†öÆ  '6†—  Â    2
> 6†R
> v  2  ÷W"
> F†—&B×&  æ¶VB  4    6  æF–F  FR     æB
> v÷VÆB  &R
> v÷'F‡'
> &V6—  –VçBàÐ Ð¥F†   æ²
> –÷R  Т'&öö·0Ð Ð Ð
>
```

USA000090

STIP000092