Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 33
Date Admitted: _____
Signature: _____

5/22

Horrible → laughing
"qualified"

mock interviews → her & Nigel Boyle
(not plusticid)

Brian Davidson → another finalist
↳ woman of color, CTC

• comment → "anti-semitic comment"

↳ nothing about written application

• 15 minutes criticizing work in Macedonia
↳ "laughed at answers"

Brian Davidson →

email to fac rep doesn't mention
"discrimination" just
questions

USA000111
STIP000093