9/19/23, 3:43 PM

Case No.: 3:20-cv-04058-MMC  Gmail - Truman interview
PLTF Exhibit No.: 36
Date Admitted: _____
Signature: _____

Brendan Schultz <brendan.schultz1@gmail.com>

## Truman interview
4 messages

---

**Sandy Hamilton** <sandy_hamilton@pitzer.edu>  
To: "brendan.schultz1@gmail.com" <brendan.schultz1@gmail.com>
Tue, Mar 19, 2019 at 9:45 PM

Hi Brendan—just checking to see how the Truman interview went!

Enjoy the rest of the break—sandy

Sandy Hamilton, M.A., Ed  
Assoc Director Fellowships/Scholarships Office  
Pitzer College  
Claremont, CA 91711

Sent from my iPhone

---

**Brendan Schultz** <brendan.schultz1@gmail.com>  
To: Sandy Hamilton <sandy_hamilton@pitzer.edu>
Wed, Mar 20, 2019 at 7:31 PM

Hello Sandy,

Thanks for checking in.

After the interview, I felt terrible. I was the first from California to be interviewed, security and overall. The panalists were extremely combative. They spent over fifteen minutes of the interview criticizing my work in Macedonia, not the method, but just that I was doing it. I was confident when I walked in, but half way through I started jumbuling answers and stuttering a lot. I walked out thinking definitively that I blew it, then you had to spend the rest of day in the Federal Reserve bank, which felt like a prison.

The questions were not at all what I was expecting. They asked me about the relationships I've had with my host families, criticized my intent to run for office, and asked me if I was going to use Macedonian labor for US projects.

Best,

Brendan
[Quoted text hidden]

---

**Sandy Hamilton** <sandy_hamilton@pitzer.edu>  
To: Brendan Schultz <brendan.schultz1@gmail.com>
Wed, Mar 20, 2019 at 10:22 PM

All i can say is—WOW!! Sorry it was such an unpleasant experience!! Hopefully it was a learning experience.

Best—sandy

Sandy Hamilton, M.A., Ed  
Assoc Director Fellowships/Scholarships Office  
Pitzer College  
Claremont, CA 91711

Sent from my iPhone
[Quoted text hidden]

---

**Brendan Schultz** <brendan.schultz1@gmail.com>  
To: Sandy Hamilton <sandy_hamilton@pitzer.edu>
Thu, Mar 21, 2019 at 4:10 AM

It was cool talking with the other finalists, and the weather in SF was nice.

Best,

Brendan

[Quoted text hidden]