```
Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No. ____U_____
Date Admitted _____
Signature _____
```

Why do work in Macedonia versus the United States?

Repeated Question

What are inter-group relations?

I lead a non-profit that attempts to empower young people. How do you do it?

What do you mean what you say your program is successful?

Do you get off the plane and say "congratulations" you're empowered?

You have lived with multiple host families, what have you learned from them?

You have talked about sociology, but what do you think the US marginal tax rate should be

What about when the stars don't align? What will keep you motivated?

What do You want to do on the Thiel Fellowship?

Will You use US or Macedonian Labor on the Thiel Fellowship?

You have a solid career plan, but in the end you say you want to run for elected office. How do you justify this?

There is one minute left. Do you have anything else to add?

```
EXHIBIT     3            PLTF.
WITNESS   B. Schultz     DEFT.
CONSISTING OF _____ PAGES
DATE   4/3/24
BEHMKE REPORTING AND VIDEO SERVICES, INC.
```

STIP000096