Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 49
Date Admitted: _____
Signature: _____

**Full name:** Brendan Schultz

**State:** California
**Selection Institution:** Pitzer College

**Candidate's e-mail address:** brendan.schultz1@gmail.com
**Faculty Rep's Name:** Sandy Hamilton
**Faculty Rep E-mail:** sandy_hamilton@pitzer.edu
**Eligibility Questions**

**Is the nominee a junior?** Yes
**Is the nominee in the upper quarter of his or her class?** Yes
**Our institution does not rank:** Yes
**Is this the first time this candidate has been nominated by your institution for a Truman Scholarship?** Yes
**Nomination Letter**


Truman Foundation,
712 Jackson Place,
NW, Washington, DC 20006. February 4th, 2019

Pitzer College Institutional Nomination: Brendan Schultz

Dear Selection Committee,

As Pitzer College's Vice President for Academic Affairs I am pleased to nominate Brendan Schultz for a Truman Scholarship. With our Director of Fellowships, Sandy Hamilton, we solicit nominations from faculty colleagues for Truman awards, and we then solicit further information from other colleagues before working with the nominee. This year Brendan Schultz is our sole Truman nominee. But what a nominee! I have been involved in working with Pitzer Truman nominees since long before I became an academic bureaucrat, and I am confident in stating that Brendan Schultz is our strongest nominee at least since our previous winner Jake Heller in 2006.

Brendan Schultz is a young man in a hurry. He will be completing his self-designed degree in three years, having assembled an impressive academic record, one that draws heavily on his extensive field work studying human rights in Macedonia, Botswana, Palestine and Zimbabwe. An award winning Model UN participant, He is also now leading Pitzer's MUN team and on track to take that team into the top 25 MUN teams nationally (not that rankings matter ….).

Brendan has made an enormous impact on Pitzer College. He has been a student leader through Student Senate and in our shared governance system (including College Councils). He has served as a full voting members of several campus standing committees, including the Academic Planning Committee (which provides oversight of Pitzer's long range planning), and he is currently one of two students serving on Pitzer's Strategic Planning Committee. I have first-hand experience working with him on these committees, his intelligence and phenomenal work rate have been an immense institutional asset: he keeps the faculty members, and administrators, on these committees on their toes.

I'd like to convey the respect that Brendan commands at the college. He is well known and highly regarded by students and faculty alike. I am very familiar with the incident Brendan describes as a recent public service activity. I was chairing the December College Council meeting at which we discussed suspending our program in Israel. This is a massively contentious issue at the college, it falls to College Council (on which faculty, students and staff vote) to determine whether to suspend (the vote will be taken at a March 2019 College Council meeting). After a series of emotional and emotive interventions, and no small amount of fury, Brendan's intervention, recommending we step back to establish principles on which to make decisions about study abroad, was not only the clearest but also the most creative speech of the day. Brendan has gravitas. It has had an impact on the entire community and I am looking forward to a better deliberation and a less polarized outcome at the next meeting. What is especially impressive about Brendan is that he is able to operate effectively in the midst of a heated debate, but he is also able and willing to do the long, hard slog of preparation and deliberation to make an impact on academic programming at Pitzer. I am currently working with him on our strategic planning process, his stamina for detailed programmatic work puts most faculty to shame.

Brendan's leadership abilities have been exhibited in the NGO he founded and leads. The work he was able to carry out in Macedonia was remarkable. That he is now moving towards replicating this model in other countries is very impressive. His energy and entrepreneurial ability to secure funding from many sources, including the US state department as well as private foundations, enables him to develop and expand initiatives to an extent I have not seen in any other student in my 26 years as a faculty member here.

Brendan's work, and his Truman proposal, grow out of a visceral motivation rooted in his childhood experience of witnessing a parent heading off to war. His goal to have an impact on conflicts, and to sway US foreign policy to engage in conflict resolution more creatively, is not just a nice academic project, it's rooted in his psyche.

Brendan Schultz would be a fantastic Truman Scholar, I nominate him with the greatest enthusiasm.

Sincerely,

Nigel Boyle
Vice President for Academic Affairs and Dean of Faculty
Pitzer College
1050 N. Mills Avenue, Claremont, CA 91711
Dean_Faculty@pitzer.edu (909) 607 8299


**Permanent Residence**

**Address 1:** 1050 N. Mills Ave.
**Address 2:** Pitzer College - 1000
**City:** Claremont
**State:** California
**Zip:** 91711
**Phone:** 9092970368

**School Residence**

**Address 1:** 1050 N. Mills Ave.
**Address 2:** Pitzer College - 1000
**City:** Claremont
**State:** California
**Zip:** 91711
**Phone:** 9092970368


**Condition:** I Agree to the Statement Below
**How is your permanent residence established (at least two must apply)?** Home address for school registration, Place of registration to vote
**Age as of Application Deadline**: 21
**Citizenship**: U.S. Citizen
**Will you be studying abroad during the spring semester?** No
Where?
**Current cumulative GPA**: 3.879
**Your undergraduate major(s)**: Politics, Philosophy, and Sociology (self-designed major)
**Number of college credits received to date**: 28
**Total number of credits required for graduation**: 32
Expected date to receive baccalaureate degree: May 18, 2019
**Degree you will receive**: Bachelor of Arts in Politics, Philosophy, and Sociology
**Graduate degree(s) sought**: Master of Arts
**Concentration(s)**: Humanitarian Studies or Development Studies


**If selected a Truman Scholar, would you apply for the Washington Summer Institute?** No

USA000144
STIP000098

**What are your plans for the summer after you graduate?  What are your plans for the summer after you graduate?**

I am graduating in my third year of college, a year ahead of schedule. Thus, this coming summer will be the summer after I graduate. As for this coming summer, I was recently awarded a full Davis Fellow for Peace Merit Scholarship to learn Arabic at Middlebury Language Schools. The program is commonly regarded as the world's foremost short-term intensive language immersion program. I am also a finalist for the State Department's Critical Language Scholarship program for Arabic and would consider the scholarship if awarded one. Either way, I will be spending June and July learning Arabic. Additionally, United by Love recently received a grant to implement the second version of the Bridging Backgrounds program. Thus, I will be spending much of my summer planning the program, and, after my language education, I will be returning to Macedonia in August to lead the program.

**Q1: Secondary Schools and Higher Education Institutions**

**School:** Pitzer College
**Location:** Claremont, California
**Attended From:** September 2016
**Attended To:** --

**School:** Nova International Schools
**Location:** Skopje, Republic of Macedonia
**Attended From:** September 2015
**Attended To:** May 2016

**School:** East Lyme High School
**Location:** East Lyme, Connecticut
**Attended From:** September 2012
**Attended To:** June 2015

**Q2a: College Activities**

**Activity:** Pitzer College Student Senate - Third Year
**From:** May 2018
**To:** --
**Offices:**  Academic Planning Committee Representative, Judicial Council Justice, and Senate Adjudication Board Justice

**Activity:** Pitzer College Strategic Planning Committee
**From:** September 2018
**To:** --
**Offices:** Senior Student Representative and Co-Chair of the Academic Sub-Committee

**Activity:** Model United Nations
**From:** September 2016
**To:** --
**Offices:** Co-Head Delegate

**Activity:** Kennedy-Lugar Youth Exchange & Study Alumni Association
**From:** August 2018
**To:** --
**Offices:** Board Member and Project Director

**Activity:** Pitzer College Student Senate - First Year
**From:** September 2016
**To:** May 2017
**Offices:** First-Year Student President and First-Year Dorm Council President

**Activity:** Pitzer College Student Senate - Second Year
**From:** February 2018
**To:** May 2018
**Offices:** Teaching and Learning Committee Representative

**Activity:** Pitzer Outdoor Adventures
**From:** September 2016
**To:** --
**Offices:** Participant

**Q2b: High School Activities**

**Activity:** U.S. State Department Kennedy-Lugar Youth Exchange and Study (YES Abroad)
**From:** June 2015
**To:** June 2016
**Offices:** Youth Ambassador to Macedonia

**Activity:** Civil Air Patrol
**From:** August 2012
**To:** August 2015
**Offices:** Spaatz Cadet (highest cadet honor), Squadron Commander, Connecticut State Encampment Executive Officer, and Connecticut State Encampment Training Officer

**Activity:** East Lyme High School Student Senate
**From:** September 2014
**To:** June 2015
**Offices:** Junior Class President

**Activity:** East Lyme High School Indoor and Outdoor Track and Field
**From:** November 2012
**To:** May 2015
**Offices:** Varsity Athlete for Three Seasons

**Q3: Public Service & Community or Civic Activities**

**Activity Role:** United by Love (Macedonia, Nepal, California) - Founder, President, and Executive Director
**From:** January 2017
**To:** --
**No. Weeks Active:** 110

**Q4: Government Activities**

**Activity Role:** Not Applicable
**From:** N/A
**To:** N/A
**No. Weeks Active:** N/A

**Q5: Jobs and Internships**

**Type of Work:** Humanitarian Volunteer - English Teacher
**Employer:** Project Hope - Palestine
**From:** June 2016
**To:** August 2016
**No. Hrs/Week:** 50

**Type of Work:** Fellow
**Employer:** Hansen Institute on Leadership and International Cooperation
**From:** June 2018
**To:** July 2018
**No. Hrs/Week:** 40

**Type of Work:** Sociological Research - Independent Researcher
**Employer:** Kweneng East Secondary School (Pseudonym)
**From:** July 2018
**To:** August 2018
**No. Hrs/Week:** 40

**Q6: Awards, scholarships, publications or special recognition**
U.S. State Department Program Alumni Grant Awardee (2017) - Led an international team to develop and implement Bright Start, a program that provides human rights skills education training to university students in Macedonia., Davis Projects for Peace Grant Fellowship (2017) - Led an international team to develop and implement Bridging Backgrounds, a first-of-its-kind inter-ethnic program for high school students in Macedonia to foster tolerance and inter-ethnic understanding., Pitzer College Board of Trustee Scholar (2016) - Awarded most prestigious merit-based scholarship by college trustees for exemplary community involvement., Council of Europe World Forum for Democracy (2016) - Selected and funded by the Council of Europe to attend the 2016 World Forum for Democracy as the U.S. Youth Delegate., Kallick Community Service Award (2018) - Awarded Pitzer College's most prestigious community service award for implementing youth programs in the Balkans., Katie Lawson Memorial Award (2018) - Awarded funding to research initiatives that enable youth to foster tolerance in communities in Eastern Europe.

**Q7: Describe 1 specific example of your leadership**
Our students stood astonished as they looked through the open door of a railroad car used to deport countless members of their community. An hour later, as they walked out of the Holocaust Memorial Center of Macedonia, they held greater knowledge of a heinous dimension of their country's history. The tour was a field trip that was part of the training phase of Bridging Backgrounds, an inter-ethnic program for Macedonian youth that I led on a grant from Davis Projects for Peace. Later that day, I led a human rights activity to illustrate how hate lays the foundation for atrocities. At the end, participants summarized their feelings in one word. As one student uttered "betrayal," everyone sat perplexed. He explained to us how his grandfather was recruited by the Bulgarian Nazis to apprehend Macedonian Jews during the Holocaust, and he lamented how his community allowed this. Looking into the eyes of the grandson of a perpetrator of the Holocaust, I, as an American Jew, formed a bond to help ensure that an atrocity like this would never happen again. This creation of a connection is reflective of how Bridging Backgrounds helped strengthen inter-ethnic understanding in a divided country. Creating and leading the program was the most challenging and rewarding task of my life. Upon receiving the grant, I assembled the organizing team to help implement the program. I then designed the program's curriculum. I coordinated the recruitment process of our participants even as regressive politicians propagated that NGOs desired to corrupt youth. After the training, participants implemented projects to foster tolerance in their communities. Despite the repressive majority party engaging in a crackdown of foreign NGOs, I successfully facilitated the sustained mentorship and financial support for each participant to complete their project. Despite challenges, we succeeded, and Bridging Backgrounds became the first successful youth initiative of its kind in the Balkans.

**Q8: Describe a recent, particularly satisfying public service activity**
Since arriving at Pitzer, I have been actively involved in the college's unique shared governance system, from serving as first-year class president to currently serving on the strategic planning committee. During my tenure, I have successfully led my community through controversial issues, including accountability for elected officials and sexual misconduct disciplinary procedures. However, this year brought an issue to campus that would test my diplomacy. Last November, the one hundred students, faculty, and staff who comprised the Pitzer College Council met to discuss a proposal to suspend a study-abroad program in Israel due to Israeli laws banning entry for boycott leaders. The meeting was filled with division. As a professor's speech compared the Israeli State to Nazi Germany, I

knew my community needed a voice for unity. After his speech, my hand was the only one raised to speak. My thesis surrounded our moral obligation to educate students on the experiences of oppressed groups and the necessity to have a standard that be applied uniformly. I quickly learned that public service is often as simple as speaking to shatter the silence of tension. The following morning, I awoke to emails offering to help advance my proposal. Support came from passionate supporters of Palestine, zealous Zionists, and people who had previously avoided involvement. Since November, I have been working to unite various groups to develop a set of principles that we can use to determine when we should suspend a study-abroad program and create an education requirement so that students studying in countries with oppressed populations learn about the experiences of such groups.

**Q9: Describe the problem or needs of society you want to address when you enter public service**

My father and I stood alongside a road filled with army trucks on a military base in the winter of 2003. Compatriots lined the streets, waving miniature American flags. One by one, the vehicles engines turned on and they were driven off into the Virginia sunset, destined for Iraq as part of the invading coalition. In the back of one of the trucks was my mother. This deployment would be the first of six. At five, I understood that my mother's deployment to Iraq was unjust. I acted with what little agency I had, attending my first of what would be many anti-war protests a few weeks after my mother left. My experience growing up as a military child during the Iraq war taught me the need for US foreign policy that creates cohesive communities. History is filled with US interventions that have resulted in inter-group violence. Although arguably necessary, the US intervention in Kosovo was conducted in a manner that irresponsibly exacerbated tensions throughout the Balkans. These tensions remain today (as asserted by the UN Special Representative of the Secretary-General at the UNSC). Moreover, US interventions on the Korean Peninsula, in Central America, and throughout the Middle East have also led to inter-group violence. I have helped create peaceful communities with my past work in the Balkans. Through my future public service, I will support communities abroad as they heal from irresponsible US interventions and ensure that our foreign policy promotes human rights.

**Q10: List the 3 most significant courses you have taken in preparation for your career**

LEAD 142 – The objective of this course was to develop a plan for a feasible social venture. Working with leading non-profit experts, I drafted the strategic plan for United by Love and am using it to grow the organization's impact.

BTW 107 – This core course of my study abroad semester presented a myriad of social and political issues in Southern Africa from diverse perspectives. I was able to witness the complexities of social and political problems in developing countries.

PHIL 999 – This was an independent study with two components: implementing the Bright Start program on a State Department grant and conducting research on the philosophical foundation of human rights, laying the foundation for my ongoing thesis.

**Q11: Describe the graduate education program you intend to pursue if you receive a Truman**

I have identified two graduate degrees that are excellent programs for advancing my career goals of improving the lives of individuals impacted by inter-group conflict and helping nurture peaceful communities. My top-choice graduate school program is the Erasmus Mundus Joint Master's Degree Program in International Humanitarian Action (NOHA+). Taught by a coalition of eight universities throughout the European Union, the NOHA+ program is the preeminent master's degree in humanitarian studies. The degree's partnership between eight universities will provide me unparalleled access to diverse faculty and the opportunity to study at four universities during the program. In the first

USA000148
STIP000102

semester, the program curriculum provides an overview of humanitarian response, including modules such as anthropology, management, and public health. During the second semester, I would specialize in conflict, peace-building, and religion. In the second year, I would complete a master's thesis that matches my research interests of studying the impact of grassroots community development organizations in areas of inter-group conflict. The program has partner universities in the Middle East, allowing me to have advisors who specialize in the geographic area I wish to research. My second-choice graduate program is Oxford University's Master in Development Studies. The interdisciplinary social science master's degree would provide me with a holistic education in social, political, and economic development theory and research. The program would also enable me to specialize in a sub-discipline of the field through option courses. The in-depth master's thesis, based on individual field research, would allow me to conduct my desired ethnographic research in the Middle East. Additionally, the program offers a two-year doctorate extension that I would be able to opt into in my second year if I enjoy my research topic and see a Doctor of Philosophy degree as beneficial for my career.

**Q12: What do you hope to do and what position do you hope to have upon completing your graduate studies?**
Upon completion of my graduate education, I will pursue a career in social development and humanitarian response. Specifically, I see myself continuing my current work of empowering ordinary people to foster respect and understanding between groups in their communities and expanding such work from the Balkans to other regions of the world. I will do this by seeking opportunities in areas of inter-group conflict with a major international organization, such as the United Nations, Red Cross, or US State Department. I would ideally work with such an organization to revolutionize its social development programs. However, I am aware that I may develop new interests in the field of development and humanitarian response during graduate school. Thus, I am open to pursuing a career in sub-fields such as healthcare access, economic opportunity, or political consulting.

**Q13: What do you hope to do and what position do you hope to have 5 to 7 years later?**
Five to seven years after graduate school, I hope to have a management-level field position coordinating emergency humanitarian responses or developing initiatives to nurture cohesive communities with a major international organization. I dream of one day becoming the Under-Secretary-General for Humanitarian Affairs of the United Nations, President of the International Committee of the Red Cross, or the US Secretary of State. While I know that I have the tenacity to one day achieve this level of influence, I cannot reasonably expect to ascend to these heights in five to seven years after graduate school. After I retire from my career in social development and humanitarian response, I hope to return to the United States and teach future leaders in the field as an academic. Eventually, I wish to run for elected legislative office.

**Q14: Additional Information**
I was born in Honolulu on July 18, 1997, to a US Navy psychiatrist and a mining engineer from working-class backgrounds. I have since lived in nine communities on five continents throughout the course of my twenty-one-year-life, from the rainy forests of Bremerton, Washington to the dry dirt of Gaborone, Botswana. I have grown to be a proud member of the Jewish and LGBTQ communities. Being a part of a myriad of communities, I have seen some of humanity's evils, from ethnic tensions in Macedonia to the impacts of ethnic conflict in Palestine. While experiencing and observing the harm of conflict motivates me to enter public service, being a member of and helping communities unite for progress motivates me more. Through my community work at Pitzer and in Macedonia, I have witnessed that no matter where in the world and no matter the challenges we face, the forces of love, compassion, and understanding that bind us together are far greater than the forces that have the potential to tear us apart. Building my foundation of contributions, the Truman Scholarship will provide me with the resources, through graduate school funding and a supportive community, to further my goals of leading myself and others to create societies without inter-ethnic tension or the potential for inter-group violence. Although my passion for creating cohesive communities manifests itself in substantial work, I ensure that I take time to have fun and relax. In my limited free time at home, I enjoy socializing with my friends and spending time outdoors, particularly in high-adrenaline activities, such as skiing. Moreover,

a phenomenal benefit to my eccentric extracurricular activities is that I am constantly afforded the opportunity to experience other cultures, from spending a week in Singapore this past November while mentoring young entrepreneurs at the State Department's Youth Southeast Asia Leaders' Summit to competing at a Model United Nations conference in Montreal a few weeks ago.

USA000150
STIP000104

**Policy Proposal**

**To:** Representative Eliot L. Engel
**Office Held:** Chairperson of the House Committee on Foreign Affairs
**Issue:** Yemen War Powers Resolution

**Problem Statement:**

Dear Representative Eliot L. Engel,

I hope that this letter finds you well.

I am writing to you concerning the greatest humanitarian disaster of the present day: The United States-supported, Saudi Arabian-led war in Yemen. Since this conflict began in March of 2015, the war on Yemen has cost at least 60,000 lives, not including the estimated tens of thousands killed due to starvation and disease (6). Every day, 130 children in the country die from malnutrition and disease (5). Over 2,000,000 people have fled the country and 22,000,000 people need immediate humanitarian assistance as a direct result of the war (2).

**Proposed Solution:**

The humanitarian crisis in Yemen demands immediate attention. Despite the current Presidential Administration's ongoing support of the war, we have a way to end US involvement. In 1973, Congress passed the War Powers Resolution, a law to limit the President's power to deploy US Armed Forces abroad only with Congressional approval (4).

Last year, Senators Sanders, Lee, and Murphy led the Senate to pass a War Powers Resolution to end US involvement in the Yemen conflict with a bipartisan 56-41 majority (7). Although the resolution was stalled in the House, the Senate vote put pressure on the Saudi-led coalition to agree to a ceasefire in Hudaydah and begin working on an eventual truce with the Houthi Rebels (3). However, the work is not over. Now that the One Hundred Sixteenth Congress is in session, it is time to re-introduce and pass the War Powers Resolution in the House of Representatives and Senate to bring an end to this brutal conflict.

I am a proud member of a family whose military service spans generations. My mother, a US Navy psychiatrist, was deployed to Iraq and other combat zones six times throughout my childhood. I understand the cost of war on individuals and families because I lived such costs. This war is not worth the price it places on American military members and Yemeni civilians.

The people of Yemen cannot wait another day for leaders in America to take a stand for justice. America's ongoing participation in the war violates our nation's core values. As the Chairperson of the House Committee on Foreign Affairs, you can ensure that Representative Khanna's reintroduced Yemen War Powers Resolution quickly reaches the House floor for a vote. I strongly encourage you to quickly move this resolution through the committee, whip the votes for its passage in the House of Representatives, and help bring an end to the world's greatest humanitarian crisis.

**Major Obstacles/Implementation Challenges:**

While certain US interventions have been legitimately justified on humanitarian grounds, the war in Yemen is

unequivocally unjustified. I understand that there are many proponents for this war, including lobbyists working on behalf of the Saudi Regime and other special interests who do not represent the views of Americans. A recent International Rescue Committee poll concluded that 75% of Americans are opposed to US involvement in the war (1).

In Hope for Peace,

Brendan Schultz

**References, Footnotes, and Exhibits:**

1: International Rescue Committee. "New IRC/YouGov Poll: As Pressure Mounts for Yemen Ceasefire, US Opinion United: End Support to the War." International Rescue Committee, 26 Nov. 2018, https://www.rescue.org /press-release/new-ircyougov-poll-pressure-mounts-yemen-ceasefire-us-opinion-united-end-support-war.

2: Just Foreign Policy. "End the War on Yemen." Just Foreign Policy, 2018, https://www.justforeignpolicy.org/end-the-war-on-yemen.

3: ---. "What Is the War Powers Resolution?" Just Foreign Policy, 2018, https://www.justforeignpolicy.org/what-is-the-war-powers-resolution/.

4: Library of Congress. War Powers. https://www.loc.gov/law/help/war-powers.php.

5: Save the Children. "Yemen: Hunger and Disease Could Kill at Least 50,000 Children." Save the Children, 15 Nov. 2017, https://www.google.com/search?q=save+the+children&oq=Save+the+Children&aqs=chrome.0.0j69i60 l2j0l3.387j0j7&sourceid=chrome&ie=UTF-8.

6: The Armed Conflict Location & Event Data Project (ACLED). Press Release: Yemen War Death Toll Now Exceeds 60,000 According to Latest ACLED Data. 11 Dec. 2018, https://www.acleddata.com/2018/12/11/press-release-yemen-war-death-toll-now-exceeds-60000-according-to-latest-acled-data/.

7: US Congress. "S.J.Res.54 - A Joint Resolution to Direct the Removal of United States Armed Forces from Hostilities in the Republic of Yemen That Have Not Been Authorized by Congress." Congress.Gov, https://www.congress.gov/bill/115th-congress/senate-joint-resolution/54/actions).

USA000152
STIP000106



**PITZER COLLEGE**
A MEMBER OF THE CLAREMONT COLLEGES

```
                                        Name:  Brendan Schultz
                                        Student ID:  50381168

Degree:                      Degree Granted Session/Year:  0
Major1:  Politics,Phil, and Soc   /                        Minor1:
Major2:
===============================================================================
---------------- Transfer Credits ----------------      attempt    earn    pass  quality  points     gpa
Total Transfer Credit from Advanced Placement     ses     4.00    4.00    0.00    15.67   3.917
         0.00    4.00    4.00    0.00    0.000          cum    14.00   18.00    5.00   13.00   50.34   3.872


Transfer work from Advanced Placement              ------------------ Spring Term 2018 ------------------
   AP         Comparative Gov & Politics    1.00 AP   LEAD142  CM  Leading Social Innovation          1.00 P
              ** Advanced Placement **                PHIL441  CG  Recent Issues in Epistemology      1.00 A
   AP         Macroeconomics                1.00 AP   PHIL999  PZ  Human Rights Activism and Theory   1.00 A
              ** Advanced Placement **                SOC 102  PZ  Qualitative Research Methods       1.00 A
   AP         Microeconomics                1.00 AP   SOC 110  PZ  Classical Sociological Theory      1.00 A
              ** Advanced Placement **                SOC 157  PO  Contemporary Theories              1.00 A-
   AP         Psychology                    1.00 AP           attempt    earn    pass  quality  points     gpa
              ** Advanced Placement **                ses     6.00    6.00    1.00    5.00   19.67   3.934
        attempt    earn    pass  quality  points     gpa   cum    20.00   24.00    6.00   18.00   70.01   3.889
ses     0.00    4.00    4.00    0.00    0.00   0.000
cum     0.00    4.00    4.00    0.00    0.00   0.000    ------------------ Fall Term 2018 ------------------
                                                       ARBC001  CM  Introductory Arabic                1.00 A
------------------ Fall Term 2016 ------------------   PHIL144  SC  Logic and Argumentation            1.00 A
CHEM070L KS  Land, Air, & Ocean Science     1.00 A     PHIL155  SC  Ethics of Begin & End of Life      1.00 B+
CHIN001A PO  Elementary Chinese             1.00 P     SOC 128  JT  The University Black List          1.00 A
FS  018  PZ  World in a nutshell            1.00 A
GOVT080  CM  Intro to Political Philosophy  1.00 B+            attempt    earn    pass  quality  points     gpa
PHIL030  CM  Intro: Philosophical Questions 1.00 A     ses     4.00    4.00    0.00    4.00   15.33   3.832
                                                       cum    24.00   28.00    6.00   22.00   85.34   3.879
        attempt    earn    pass  quality  points     gpa
ses     5.00    5.00    1.00    4.00   15.33   3.832    ------------------ Spring Term 2019 ------------------
cum     5.00    9.00    5.00    4.00   15.33   3.832    ARBC002  CM  Continuing Introductory Arabic     1.00 IP
                                                       PHIL179A HM  ClasscILiberalism/Libertarianism   1.00 IP
------------------ Spring Term 2017 ------------------  POST145  PZ  International Human Rights          1.00 IP
GOVT172  CM  Political Phil & Foreign Policy 1.00 A    SOC 099  PZ  The Social Constrctn of Morality   1.00 IP
PHIL164  SC  Seminar: The Moral Deal        1.00 A
POLI121  SC  Conservative Political Thought 1.00 A-           attempt    earn    pass  quality  points     gpa
POST155  PZ  Anarchist History & Thought    1.00 A     ses     0.00    0.00    0.00    0.00    0.00   0.000
SOC 051  PO  Introduction to Sociology      1.00 A-    cum    24.00   28.00    6.00   22.00   85.34   3.879

        attempt    earn    pass  quality  points     gpa   ------------------ End of Transcript ------------------
ses     5.00    5.00    0.00    5.00   19.34   3.868                     01/31/19
cum    10.00   14.00    5.00    9.00   34.67   3.852


------------------ Fall Term 2017 ------------------
Pitzer in Botswana
BTW 015  PZ  Intensive Setswana Language    1.00 A-
BTW 103  PZ  Independent Study Project      1.00 A
BTW 107  PZ  Soc-poltcl Btswna,S.Afr,Zimb   2.00 A
------------------ To be continued ------------------
```

AN OFFICIAL SIGNATURE IS WHITE WITH A BLUE BACKGROUND



Eva Peters - Registrar

This officially signed document is printed on security paper with the name
of the college printed in white type across the face of the document.

**REJECT DOCUMENT IF SIGNATURE ABOVE IS DISTORTED**

USA000153
STIP000107

Pitzer College ∘ Office of the Registrar ∘ 1050 North Mills Avenue ∘ Claremont, CA 91711 ∘ (909) 607-2650



## Statement of Authenticity from Pitzer College

**This official transcript has been transmitted electronically to the recipient, and is intended solely for use by that recipient. It is not permissible to replicate this document or forward it to any person or organization other than the identified recipient. If you are not the intended recipient, please contact us immediately at (909) 607-2650. Release of this record or disclosure of its contents to any third party without written consent of the record owner is prohibited.**

This official transcript has been digitally signed and therefore contains special characteristics. If this document has been issued by Pitzer College, and this document is viewed with the latest version of Adobe® Acrobat or Adobe® Reader, it will reveal a digital certificate that has been applied to the transcript. This digital certificate will appear in a pop-up screen or status bar on the document, display a blue ribbon, and declare that the document was certified by Pitzer College with a valid certificate issued by GlobalSign CA for Adobe®. This document certification can be validated by clicking on the Signature Properties of the document.

 The blue ribbon symbol is your assurance that the digital certificate is valid, the document is authentic, and the contents of the transcript have not been altered.

 If the transcript does not display a valid certification and signature message, reject this transcript immediately. An invalid digital certificate display means either the digital signature is not authentic, or the document has been altered. The digital signature can also be revoked by the transcript office if there is cause, and digital signatures can expire. A document with an invalid digital signature display should be rejected.

 Lastly, one other possible message, Author Unknown, can have two possible meanings: The certificate is a self-signed certificate or has been issued by an unknown or untrusted certificate authority and therefore has not been trusted, or the revocation check could not complete. If you receive this message make sure you are properly connected to the internet. If you have a connection and you still cannot validate the digital certificate on-line, reject this document.

The transcript key and guide to transcript evaluation is the last page of this document.

The current version of Adobe® Reader is free of charge, and available for immediate download at http://www.adobe.com.

USA000154
STIP000108

*Office of the Registrar, 1050 N. Mills Avenue, Claremont, CA  91711-6101,  909.607.2650*
*CEEB code: 4619*

Pitzer College is a coeducational liberal arts college offering a Bachelor of Arts Degree.

**Accreditation**
Pitzer College is accredited by the Western Association of Schools and Colleges.

**Calendar System and Course Equivalency**
Pitzer College operates on a semester system.  1.0 course credit is equivalent to four semester units or six quarter units.

**Degree Requirements**
32 course credits are required for graduation, and attainment of at least a 2.00 (C) Grade Point Average overall and in the field of major.  Transfer credit grades do not calculate in the grade point average.

**Course Numbering**
Courses numbered 1 to 199, and 999 are undergraduate courses. All 999 courses are Independent Study courses.

**Grading System**

| *Prior to Fall 1998* | | | *Beginning Fall 1998* | | |
|---|---|---|---|---|---|
| Letter Grade | Full Course | Half Course | Letter Grade | Full Course | Half Course |
| A | 4.00 | 2.00 | A | 4.00 | 2.000 |
| AB | 3.50 | 1.75 | A- | 3.67 | 1.835 |
| B | 3.00 | 1.50 | B+ | 3.33 | 1.665 |
| BC | 2.50 | 1.25 | B | 3.00 | 1.500 |
| C | 2.00 | 1.00 | B- | 2.67 | 1.335 |
| CD | 1.50 | 0.75 | C+ | 2.33 | 1.165 |
| D | 1.00 | 0.50 | C | 2.00 | 1.000 |
| F | 0.00 | 0.00 | C- | 1.67 | .835 |
| | | | D+ | 1.33 | .665 |
| | | | D | 1.00 | .500 |
| | | | D- | 0.67 | .335 |
| | | | F | 0.00 | 0.000 |

| | |
|---|---|
| CR | Credit (C or better); carries no grade point value *(grade no longer used)* |
| I | Incomplete |
| IP | In Progress |
| N | Two-semester course in progress; no grade or credit until course is concluded |
| NC | No Credit (C- or below); carries no grade point value or credit |
| NGS | No Grade Submitted by the instructor |
| NR | Not Reported |
| P | Pass (C or better); carries no grade point value *(replaced CR grade)* |
| W | Withdrew from the course in good standing; carries no grade point value |

Pitzer College implemented a new student administration system Fall 2002.  Transcripts generated under the new system carry the grade point average to three decimal places rather than rounding at two decimal places, resulting in minor differences from earlier transcripts.

**FERPA Notice**
Pitzer College has released this transcript in compliance with the federal Family Educational Rights and Privacy Act (FERPA).  Information from this transcript may not be released without the written consent of the student.

USA000155
STIP000109

USA000156
STIP000110



Sunday, February 3, 2019

Dear Truman Selection Committee,

I am happy to write a letter of support on behalf of **Brendan Schultz's** application for a Truman Scholarship. Brendan is a truly outstanding student in a number of ways. He came to Pitzer with significant experience as a high school student working to bring about cross-cultural comity as a Kennedy-Lugar "youth ambassador" to majority Muslim countries, in his case Macedonia. At Pitzer, he has continued this type of work in other settings, including studying abroad in Southern Africa during Fall semester (and returning this past summer). In Africa, he carried out a study of boarding school students from rural Botswana; many of these students coming from traditionally discriminated-against ethnic groups. And more than that, he coordinates a social justice organization with a 6-figure US Dollar budget that works in the Balkans and is now branching into human rights education in Nepal. He also makes important contributions at Pitzer College, serving on student government, serving as a voting student representative to the Academic Planning Committee (the faculty/student/staff committee responsible for longterm planning at the College, including the allocation of tenure-track faculty lines), serving on our current Strategic Planning Committee for the College, and he is a leader in Model UN.  And if that weren't enough, he has also flourished academically; currently sporting a 3.88 GPA and graduating in three years, instead of the standard four.

As the above paragraph suggests (and it is far from a complete description of his activities and successes), Brendan is quite a remarkable young man. In my 25+ years of teaching, I've seen academically gifted students. I've also seen students with a strong and deeply-held commitment to social justice. I've also seen students motivated and capable of significant activism.  But never in my years have I had a student who combines these three aspects so fully.

I first met Brendan when he sought me out during First-year Orientation because he was interested in the Philosophy, Politics, and Economics (PPE) major at Claremont McKenna College and I have acted as the Pitzer advisor for a number of students pursuing PPE as an off-campus major. [A note for those unfamiliar with the Claremont Colleges Consortium: We have five undergraduate colleges (Pomona, Claremont McKenna, Scripps, Harvey Mudd & Pitzer) and two graduate schools (Claremont Graduate

USA000157
STIP000111

University & Keck Graduate Institute). Located on contiguous campuses, students regularly take courses and can even pursue majors at other campuses. It is arguably the most thorough instantiation of the "Oxbridge" model in the US. Brendan has taken good advantage of this, even taking graduate level courses.] In the end, Brendan ended up self-designing a major as a variation on PPE, which he called "Philosophy, Politics & Sociology". This is allowing him to explore the philosophical, political and sociological dimensions of the kinds of human rights issues that motivate him, primarily how they play out in an international context. Given his previous experience in Europe, he wanted to explore a different region; we ended up agreeing that Pitzer's program in Southern Africa was the best fit, so that was also integrated into the major. This undergraduate work is giving him a strong foundation for future graduate work on humanitarianism and international development.

In his second year at Pitzer, Brendan designed and implemented Bright Start, a program to provide university students in Macedonia with the skills and resources needed to engage in community activism and human rights education. With the assistance of me and Michael Green (Pomona College's PPE coordinator, Philosophy), Brendan crafted an independent study surrounding the design and implementation of this program. This, too, was integrated into his self-designed major and further illustrates his ability to integrate various aspects of his life and work. His major is unique, challenging, and has given him a solid grounding for intelligent and efficient activism, as well as further post-graduate work on these issues.

Because Brendan has pursued a self-designed major, there isn't a ready cohort with whom to compare him.  I can, however, offer some comparisons. First, Pitzer does not offer "Latin honors," e.g., *summa cum laude*. We do offer a single category of "honors in <major>" based on GPA and performance on senior exercise. In Brendan's case, although he is still in the early stages of his senior thesis exploring and interrogating contemporary theories of human rights and how they are put into use by aid agencies and governments, I am pretty confident (based on work to date) that he will end up graduating with honors. In terms of his academic skill, I would put him in the top 15% of students I've worked with in my 25+ years of undergraduate teaching.

If I have a concern with Brendan, it is that he can stretch himself pretty thin at times. There is not a lot of "slack" built into his self-imposed schedule, such that if he gets sick or injures himself (as happens to all of us), lots of balls can drop at once. Although he does know how to delegate, he tends to take on the lion's share of work and responsibility. He's managed to get through his three years at Pitzer going at this pace, so he has a positive track record to date, but I do often counsel him to slow down and try to get more sleep. He is incredibly resilient but everybody has limits.

I see Brendan as a young man with a very bright future ahead of him. Right now, he sees the importance of his education and is laying a strong academic foundation for his future work. That work will likely involve human rights and global justice, and he already has a strong taste of how to create and build organizations to make change in the world. I can easily see him as a leader in the non-profit NGO sector

USA000158
STIP000112

addressing issues of world peace and conflict resolution. Receiving a Truman Scholarship to would be a logical "next step" in his trajectory, as it would let him pursue graduate studies in human rights and development studies. He is ready to take this step and he would make good use of the resources a Truman would afford him. I commend him to you with no reservations.

Sincerely yours,

Brian L. Keeley, Professor of Philosophy,
Pitzer College

(909) 607-4235 – office
brian_keeley@pitzer.edu — email

USA000160
STIP000114

November 19, 2018

**Recommendation Letter: Mr. Brendan Schultz**

My first contact with Brendan came in September 2015, when I first met (in person) all five US Department of State's Kennedy-Lugar Youth Exchange and Study (YES) Abroad Ambassadors to the Republic of Macedonia, of which he was one. Since then, both in the capacity of his academic advisor (while a senior at NOVA), as well as an avid supporter of his "United by Love" multinational NGO (which he founded on a Davis Grant), I have enjoyed breaking bread with Brendan and his disarmingly productive ways of learning and sharing.

Post-graduation, Brendan has stayed in touch; with our school community (his TEDxYouth talk in November 2015 was a real treat), his peers (he represented our country as part of the Macedonian delegation at the International Model European Parliament session in Budapest, in 2016), and myself as his teacher. Namely, Brendan is excellent at keeping promises and sticking by commonly shared goals. One such lofty idea (a conversation on how to create a sustainable extracurricular project that would allow kids from different ethnic and religious backgrounds to learn and work collaboratively on long-term communal activities), through diligent conversation (on Skype and in person), excellent grant writing skills (Davis Project for Peace grant), and fantastic camaraderie became the "Bridging Backgrounds" inter-ethnic youth camp (June 2017), uniting 26 participants from 9 different ethnic and religious backgrounds and 18 municipalities. The kids then took the tools learnt and then implemented their first collaborative projects (Phases II and III), working on issues relevant for their communities (park clean-ups, mental health advocacy, peer tutoring). Indeed, *Brendan has been paying it forward in the best possible way, allowing his adopted home (Macedonia) a glimpse into the beauty of cross-cultural collaboration*.

While still a full-time student at Pitzer, intended to graduate in May 2019 (in three rather than four years), Brendan has actively sought out and committed to research opportunities outside the classroom by designing and undertaking a comprehensive study on the inter-ethnic social dynamics of secondary school students in Remote Area Dwellers (RADs) schools in Botswana. Namely, he is quite skilled at marrying theory to practice, always looking for ways that would productively enhance compassionate policy-choices. For example, when looking for partner schools in Botswana, he reached out to all the contacts I had provided, with A Level coordinators and academic advisors, following up on their initial questions and concerns, not shying away from providing further details or clarifying matters. In other words, *he is tireless when constructing and implementing projects that long-term will benefit a community rather than a single voice*. Brendan understands the position of the "other", for his upbringing as a military kid, whose parents struggled to make ends meet, has always made

USA000161
STIP000115

him fully aware of implications that come with making too sudden conclusions about one's identity politics.

Insofar, Brendan has been blessed (his words) at adapting to life around the US (military bases and different states) and the world (Macedonia, Palestine, South Africa, Zimbabwe, Botswana). The mantra of any cultural and education exchange - "it gets better" - applies only when a person understands that they need to work at making things better. Along those lines, Brendan is a true artist, for he is able to assess a situation, see all the productive positives that come out of it, and put a plan in action, one that both he and the immediate community can benefit from. To illustrate: out of the 5 YES Abroad cohorts we have sponsored in-country, Brendan is the only student who lived with 2 different host families (different in socio-demographics) and made it really work.

The outcome: "United by Love", a multinational NGO among youth in the Balkans, Nepal, and the United States. After the "Bridging Backgrounds", in 2018, Brendan and his board led "Bright Star", a program for new teachers focusing on community activism. In a time of endless budget cuts, this program aims at empowering emerging professionals into taking ownership of their positions as key stakeholders in their respective communities. Currently, he is also collaborating with the Nepal Ministry of Education, on building a secondary school in a rural ethnic-minority community, the first to implement a human rights education curriculum. Hence, *Brendan works hard at making equity a reality for the communities he is proud to be a part of.*

On the whole, Brendan's strongest suit lies in a keen sense of non-assertive authority, allowing his peers a voice yet making sure everyone remains on task. Thus I offer my full support to Brendan Schultz's 2019 Truman Scholarship application.

Kind regards,
Bela Gligorova, PhD
Director of Guidance and Counseling
NOVA International Schools
(Skopje, Macedonia)

USA000162
STIP000116



PITZER COLLEGE
A MEMBER OF THE CLAREMONT COLLEGES

1050 NORTH MILLS AVE. • CLAREMONT, CA 91711-6101

Feb. 1, 2019

Dear Committee:

Please accept this letter of recommendation written on behalf of Brendan Schultz. My name is Phil Zuckerman and I am a Professor of Sociology at Pitzer College in Claremont, California.

Simply put: Brendan is one of the most intellectually gifted and socially engaged students I have had the pleasure of knowing in my over 23 years of college teachings. Through his impressive academic achievements, extra-curricular activities, prominence within Pitzer's shared governance system, commitment to public service, and extensive international involvement, Brendan is that rare student who has already worked hard to make the world a better place, and is sure continue to do so in the years ahead. He is a leader already here at Pitzer College, and is sure to be a leader in the wider world in the future. I am honored to know him, and marvel at his passion, commitment, tenacity, and vision. He's also an extremely friendly and kind person, to boot.

I first got to know Brendan as a student, when he took my Classical Sociological Theory course. This is, without question, the most academically rigorous class that I teach; students are required to read writings by Durkheim, Weber, Marx, Du Bois, Gilman, and Freud – and then write critical, original analyses on these seminal thinkers. The reading is tough and my expectations on their written work is very high. Brendan was one of the strongest students in the class, earning a well-deserved "A." His papers were very engagingly-developed, soundly-argued, and always evidenced a solid grasp of the assigned material. Additionally, his thoughtful participation in class discussions was consistently frank and insightful. I also had Brendan in my class The University Blacklist, which examines the writings of contemporary academics who have been barred or disinvited from speaking on college campuses. Again, Brendan distinguished himself by his intellectual sharpness, thoughtfulness, sensibility, and pronounced ability to analyze and discuss contentious writings with aplomb. He was, without a doubt, among the best students in the class, and again earned an "A."

I have also gotten to know Brendan outside of the classroom context. He is a frequent visitor to my office during office hours, and we have had many meaningful conversations about everything from the sociological meaning of race to the political situation in Macedonia. We have talked about campus climate issues, Israel/Palestine, free speech, Botswana, and so on. In short, we've had numerous meaningful conversations about a host of topics, and throughout these less formal interactions, I've come to genuinely like and respect Brendan. His life experience, travels, volunteer work, community engagement, global perspective, and intellectual sensitivity deeply impress me.

USA000163
STIP000117



PITZER
COLLEGE
A MEMBER OF THE CLAREMONT COLLEGES

1050 NORTH MILLS AVE  •  CLAREMONT CA 91711-6101

I am also excited about working with Brendan this year as a reader on his senior thesis, which will explore the process by which human rights are socially constructed through the philosophical lenses of contractualism and conventionalism. He will analyze various human rights creation theories in philosophical context and also specifically examine the creation of various human rights declarations, such as the Universal Declaration of Human Rights, Council of Europe Declaration of Human Rights, African Charter on Human Rights, etc., towards the ultimate goal of recommending a process to further expand human rights in the future. The high aspirations of this theses fit squarely in line with Brendan's ambitious self-designed, inter-disciplinary major: "Politics, Philosophy, and Sociology."

When it comes to Brendan's commitment to public service, I would like to stress his active engagement in Pitzer's shared governance, especially his on-going involvement with our Strategic Planning process as a member of the Strategic Planning Committee. This is an extremely important process – it is the way in which our college envisions its future priorities and direction – and as one of only two student representatives, Brendan is an active, thoughtful voice in this endeavor. Brendan also serves as a student representative on the Academic Planning Committee, he is a member of Student Senate, and he is a member of Judicial Council. Such public service is truly remarkable.

But there's even more. Brendan led a Bright Start program in 2018, which was a human rights education program that he designed for college students in Macedonia and which he implemented with the support of a grant from the U.S. State Department. He also received full funding from the State Department to attend the Youth Southeast Asian Leaders Initiative as a mentor for Young Entrepreneurs this past fall semester, where he mentored young people working to improve oral health by dispensing toothbrushes in low-income communities across Asia.

Additionally, as I observe Brendan's engagement with our shared governance system, what stands out to me is his ability to tactfully handle sensitive subjects and establish an understanding between people while maintaining his principles and values. For example, during a contentious College Council meeting in November of 2018, Brendan spoke sensitivity and eloquently to various disgruntled factions, and this had a dramatically positive effect at the meeting and well beyond. Brendan also has a wonderful ability to talk to, listen, and dialogue respectfully with members of the college community that he disagrees with. For example, he's been able to negotiate with various individuals concerning a divisive debate over Pitzer's institutional relationship with Israel/Palestine, and in the University Blacklist class, he was able to engage those from differing political perspectives with distinct tactfulness and aplomb.

Beyond the confines of Pitzer College, and as partially mentioned above, Brendan has worked extensively in the Balkans, leading inter-ethnic understanding initiatives, and also in Palestine teaching English, and also in Botswana, researching ethnic tension between students in a public boarding school. All of this international experience speaks volumes about his commitment to public service, and to making the world a better place.

USA000164
STIP000118



On a more personal note, I'd like to say a bit about Brendan's character. In the classroom, when asking questions, answer questions, or engaging in discussion, I have been particularly impressed with Brendan's ability to stay centered and even-keeled, even when expressing views that are provocative or controversial. Additionally, in in the face of challenges, he remains poised and thoughtful, and listens intensely to what others have to say. To me, these traits are evidence of someone with excellent habits of mind. And integrity. He stays focused, weighs evidence, is logical and rational, and is open to new ideas and perspectives – while at the same time, he is able to express himself calmly and thoughtfully, and is able to articulate nuanced ideas and polemical positions with clarity and even gentleness. In other words, he is passionate, but simultaneously reasonable and even humble. And on top of it all, he has a great sense of humor; he can laugh at himself, he can play with words, and he can readily de-escalate arguments with wit and lightheartedness.

In sum, I give Brendan my absolute highest, most enthusiastic, and strongest recommendation possible. He is intellectually gifted, passionate about and committed to making the world a better place, and is a young man of integrity and decency. He is kind, honest, and motivated – and the veritable embodiment of a truly engaged citizen of the world.

Thank you,


Phil Zuckerman, Ph.D.
909-607-4495

USA000165
STIP000119

USA000166
STIP000120

# 2019 Truman Nominee Rating Form – 12 Point Max

**Nominee** _Schultz_ **State** _CA_ **Reader** _BVS_

**Rating Points**

| | 0 | 1 | 2 | 3 | Points |
|---|---|---|---|---|---|
| Public Service record and commitment (Items 2, 3, 4, 8, letter) …………………… | ☐ | ☐ ✓ | ☐ | ☐ | _____ |
| Leadership record (Items 2, 3, 4, 7, letters). ………………………………………… | ☐ | ☐ | ☐ | ☐ | _____ |
| Appropriateness for proposed graduate study (Items 3, 6, 10, 11, 12, 13, transcript, policy proposal, letters) | ☐ | ☐ ✓ | ☐ | ☐ | _____ |
| Quality of Application: consistency of responses, quality of writing, good picture of the candidate and his/her motivation for a career in public service | ☐ | ☑ | ☐ | | _____ |
| Bonus. ……………………………………………………………………………………… | ☐ | ☐ | | | _____ |

**Point Total:** _5.0_

**Essential characteristics for advancement met?**

| | YES | NO |
|---|---|---|
| Enthusiastic and responsive Institution Nomination Letter……………………………………… | ☐ | ☐ |
| Sustained participation in two or more of the following…………………………………………… | | |
| ‣ Campus activities & student government (Item 2) | | |
| ‣ Community activities (Item 3) | | |
| ‣ Partisan politics and campaigns (Item 4) | | |
| ‣ Government internships or government employment (Items 4, 5) | | |
| ‣ Public or nonprofit boards/commissions, public interest/advocacy groups (Items 4, 5) | | |
| Transcript--Fall 2018 semester shows strong grades, ambitious curriculum, and course(s) related to proposed career field ………………………………………………………………… | ☐ | ☐ |
| Policy-related ambitions in the public sector or in primary/secondary education ………………… | ☐ | ☐ |
| Graduate study proposal appropriate for career goals and ambitions ………………………… | ☐ | ☐ |
| Consistent responses to Items 9, 10, 11, 12, 13 ………………………………………………… | ☐ | ☐ |
| Policy proposal reveals understanding of a significant problem in candidate's intended field *and* some ability to analyze a complex topic ………………………………………………… | ☐ | ☐ |

**Overall:**

☐ **Outstanding** (Generally, over 8 points)
☐ **Strong** (Generally, 7.0 to 8.0 points)
☐ **Good** (Generally, 6.0 to 6.5 points)

☒ **Not a Finalist** (Generally, fewer than 6 points or no strong case made for advancement)

**Comments** (Rationale for advancing the candidate/not advancing the candidate.)

Q2. lots →
Q3. lots leedry?
Q4. Ø
Q7. ugh. massively overblown → leadership?
Q8. um, public service?
Q9. so – Balkan peace?
Q11. At Erasmus or Oxford?
Q12. ok
Q13 um, really? That's aimy wfl.

Man in a hurry?    3.88 Poli Hum. Studies

not sold.
he's good,
not stellar

he's great on
Int'l xA.

Change agent?

USA000167
STIP000121

# 2019 Truman Nominee Rating Form – 12 Point Max

Nominee **Brendan Schultz**     State **CA**     Reader **MGall**

| Rating Points | 0 | 1 | 2 | 3 | Points |
|---|---|---|---|---|---|
| Public Service record and commitment (Items 2, 3, 4, 8, letter) ..................... | ☐ | ☐ ✗ | ☐ | ☐ | 1.5 |
| Leadership record (Items 2, 3, 4, 7, letters). ............................................. | ☐ | ☐ | ☐ | ☐ | 1 |
| Appropriateness for proposed graduate study (Items 3, 6, 10, 11, 12, 13, transcript, policy proposal, letters) ................................................. | ☐ | ☐ | ☐ | ☐ | 1 |
| Quality of Application: consistency of responses, quality of writing, good picture of the candidate and his/her motivation for a career in public service | ☐ | ☐ | ☐ | | 1 |
| Bonus. ............................................................................................. | ☐ ✗ | ☐ | | | .5 |

**Point Total:** 5

## Essential characteristics for advancement met?

| | YES | NO |
|---|---|---|
| Enthusiastic and responsive Institution Nomination Letter............................................ | ☐ | ☐ |
| Sustained participation in two or more of the following............................................... | | |
| ▸ Campus activities & student government (Item 2) | | |
| ▸ Community activities (Item 3) | | |
| ▸ Partisan politics and campaigns (Item 4) | | |
| ▸ Government internships or government employment (Items 4, 5) | | |
| ▸ Public or nonprofit boards/commissions, public interest/advocacy groups (Items 4, 5) | | |
| Transcript--Fall 2018 semester shows strong grades, ambitious curriculum, and course(s) related to proposed career field ................................................................................ | ☐ | ☐ |
| Policy-related ambitions in the public sector or in primary/secondary education ........................... | ☐ | ☐ |
| Graduate study proposal appropriate for career goals and ambitions ...................................... | ☐ | ☐ |
| Consistent responses to Items 9, 10, 11, 12, 13 ............................................................ | ☐ | ☐ |
| Policy proposal reveals understanding of a significant problem in candidate's intended field *and* some ability to analyze a complex topic ............................................................... | ☐ | ☐ |

## Overall:

☐ **Outstanding** (Generally, over 8 points)
☐ **Strong** (Generally, 7.0 to 8.0 points)
☐ **Good** (Generally, 6.0 to 6.5 points)
☒ **Not a Finalist** (Generally, fewer than 6 points or no strong case made for advancement)

**Comments** (Rationale for advancing the candidate/not advancing the candidate.) has been Macedonian / Botswana / Palestine / Zimbabwe.

Pitzer College. 3.88. Politics / Philosophy / &. MA Humanities

Q² SG Senate. Model UN. Q³ United by Love. Q⁴ N/A

Q⁷ A field trip is not leadership. Sustained Q⁸/B

Application is very strong focused but applicant isn't in general strong letter.

Impressive set of experiences abroad.

Q⁶ interesting (ESL program) ✓ carefully. Also application lacks cohesion

Q¹⁴ was sued.

USA000168
STIP000122