Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No. _____J_____
Date Admitted _____
Signature _____

| | |
|---|---|
| **From:** | Tara Yglesias |
| **To:** | wmurp@comcast.net |
| **Subject:** | Fw: Truman Appeal |
| **Date:** | Thursday, April 9, 2020 12:28:48 PM |

appeal request

---

**From:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Sent:** Tuesday, February 19, 2019 4:05 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** RE: Truman Appeal

Thanks!!

*Sandy Hamilton, M.A., Ed.*

Associate Director, Office of Fellowships & Scholarships
Senior Administrator, Institute for Global/Local Action & Study (IGLAS)
Fletcher Hall 204 |   Phone: 909.607.9108
sandy_hamilton@pitzer.edu
**PITZER COLLEGE** |1050 N. Mills Ave. | Claremont, CA 91711

Office Hours: Tuesdays & Thursdays, 2-4 pm and by appointment



"The purpose of human life is to serve, to show compassion, and the will to help others." – Albert Schweitzer

 Please consider the Environment before printing this e-mail

---

**From:** Tara Yglesias <tyglesias@truman.gov>
**Sent:** Tuesday, February 19, 2019 1:00 PM
**To:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Subject:** RE: Truman Appeal

We'll have another look at the file.  I'll be in touch Friday afternoon with the result.

If the student is selected, they will receive an email (with you cc'd).  If they are not selected, I'll send an email directly to you.

---

**From:** Sandy Hamilton <sandy_hamilton@pitzer.edu>
**Sent:** Monday, February 18, 2019 7:12 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** Truman Appeal

USA000097

I am requesting review of the app for:  Brendan Schultz, California

Let me know if you need anything else.

Thanks--Sandy

*Sandy Hamilton, M.A., Ed.*
Associate Director, Office of Fellowships & Scholarships
Senior Administrator, Institute for Global/Local Action & Study (IGLAS)
Fletcher Hall 204 |  Phone: 909.607.9108
sandy_hamilton@pitzer.edu
**P I T Z E R   C O L L E G E** |1050 N. Mills Ave. | Claremont, CA 91711

Office Hours: Tuesdays & Thursdays, 2-4 pm and by appointment



"The purpose of human life is to serve, to show compassion, and the will to help others." – Albert Schweitzer

 Please consider the Environment before printing this e-mail

USA000098