Case No. 3:20-cv-04058-MMC_____
DEFT Exhibit No. \_\_\_\_K_____
Date Admitted _____
Signature _____

# Harry S. Truman Scholarship Foundation

# San Francisco Selection Panel

Monday, March 18, 2019
8:30 a.m. – 5:00 p.m.

Federal Reserve Bank of San Francisco
Phoenix A & B Rooms
101 Market Street
San Francisco, CA  94105

| | |
|---|---|
| Kevin Higgins, Chair | Chief Judge, Sparks Nevada Justice Court; Former Chief Deputy Attorney General for Nevada; 1980 Truman Scholar |
| Brooks Allen, Panel Secretary | Vice President, Policy & Legal Affairs, Common Sense Kids Action; 1996 Truman Scholar |
| Sanjay Basu | Director, Health Disparities Group, Stanford Center for Population Health Sciences; 2001 Truman Scholar |
| Elizabeth Hill | Judge, Superior Court of the State of California, County of San Mateo; 1996 Truman Scholar |
| Ruju Srivastava | Vice President of Product Development, Gritstone Oncology; 1992 Truman Scholar |
| Holly Teliska | Former Senior Director, close the gap CA; 2001 Truman Scholar |
| Ron Towns | Academic Dean/Mathematics Lead Teacher, Envision Academy of Arts and Technology; 2007 Truman Scholar |
| Heidi Williams | Associate Professor, MIT Department of Economics; 2002 Truman Scholar |

USA000049