Case No.  3:20-cv-04058-MMC_____
DEFT Exhibit No. _____L_____
Date Admitted _____
Signature _____

| | |
|---|---|
| To: | San Francisco Scholar Selection Panelists |
| From: | Tara Yglesias, Acting Executive Secretary |
| Subject: | Selection of Truman Scholars |

Thank you, again, for agreeing to participate on the San Francisco Truman Scholar Selection Panel. As a reminder, the interviews will be held on **Monday, March 18, 2019, beginning at 8:30 a.m., at the Federal Reserve Bank of San Francisco**:

>Phoenix A & B Rooms
>101 Market Street
>San Francisco, CA 94105

The day will start with a brief reception for Finalists and Panelists and an orientation for the panel. The schedule for the interviews is on the backside of the panel membership listing underneath the plastic cover of this notebook.

The notebook contains the complete file for each candidate: institution nomination letter, application, policy proposal, transcript and three letters of recommendation.  The applications were accepted entirely online.  To facilitate this process, we did accept unsigned letters and unofficial transcripts.  These items have been authenticated by each of the candidate's Faculty Representative.

I hope you will read enough of each file to:

- ➢ Become familiar with the candidate's leadership and service record, interests/passions, aspirations, and policy proposal, and
- ➢ Pose one or two questions to help you assess each candidate in terms of the selection criteria in the front of the notebook.

If an emergency arises and you cannot attend the interview, please send me an e-mail message [tyglesias@truman.gov] or call or text me on my cell phone at [▮▮▮▮▮▮▮▮▮▮].  Should a problem arise, feel free to either call me or the Truman Foundation offices [202-395-4831]

Dr. Madeleine Albright and the Trustees of the Truman Foundation join me in expressing sincere thanks for this service to the Truman Scholarship Foundation.

USA000050