Menu

Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 3
Date Admitted: _____
Signature: _____

# 2019 Truman Scholars

*Home* » *2019 Truman Scholars*





### Catherine Cartier
Michigan
Davidson College

Catherine is a history and Arab studies major. On campus, Catherine coordinated a micro-finance project with recently resettled refugees in the Charlotte area and worked as an Arabic tutor. She has conducted independent research on oral storytelling within Syrian communities in Jordan and on the role of arts in conflict resolution in Tripoli, Lebanon. Her research and reporting have been published in the New Arab, Syria Untold, and Al Noor, among others. While studying at the American University of Beirut, she served as an intake volunteer at the International Refugee Assistance Project, where she carried out interviews with potential clients and researched scholarship opportunities for displaced students. Motivated by immersive experiences studying Arabic, Catherine is currently studying Persian in Dushanbe, Tajikistan, and examining migration in a Central Asian context. She plans to pursue a PhD at Columbia University's Department of Middle Eastern, South Asian, and African Studies. In her career, she is committed to forging a bridge between academic research about forced migration and those who are systematically left out of this discourse.



**Wanjiku Gatheru**
Connecticut
University of Connecticut

Wanjiku is majoring in environmental studies with minors in global studies and urban and community studies. Through internships with the City of Hartford's Office of Sustainability, CHISPA CT, and the Women's Earth and Climate Action Network, Wanjiku has worked to uplift the voices of those most adversely impacted by environmental inequities. A UCSC Doris Duke Conservation Scholar and Newman Civic Fellow, she is committed to connecting grassroots movements to institutions of power, as a lead organizer in CT's first Youth Climate Lobby Day, founding member of the University President's Council on Race and Diversity, and crucial leader in the successful implementation of an environmental literacy general education requirement. On campus, she promotes the collective wellbeing of students as the Vice President of the Undergraduate Student Government, co-chairs the University-wide Metanoia: Youth for Change, studies campus food insecurity as co-founder of the UConn Access to Food Effort (UCAFE), mentors students as a teacher's assistant in the African American Cultural Center, and promotes sustainability as an intern at the Office of Environmental Policy. Wanjiku plans to pursue a joint JD/MEM, with the goal of empowering disenfranchised communities of color in the environmental decision-making process.





**Juliet O'Brien**
California
United States Naval Academy

Juliet O'Brien is a midshipman majoring in political science and pursuing a double minor in French and Arabic. She recently returned from a semester abroad in Meknes, Morocco, where she continued her language studies and studied public policy at a local university. She is a member of the Navy Dance Team, tutors in the Naval Academy Writing Center, and has held several leadership roles on campus, including Platoon Commander for PROTRAMID (a US Navy summer training event for midshipmen), French Club President, and Squad Leader in 25th Company. Juliet would like to study international development and modern Middle Eastern studies in graduate school. She will serve in the United States Navy for at least five years and subsequently hopes to join the Foreign Service to live and work in the Middle East and North Africa.



## Emma Tobin
California
Seton Hall University

Emma is from Half Moon Bay, California and is a junior honors student majoring in diplomacy, international relations and philosophy, with minors in Arabic and women and gender studies. She spent her childhood living in Indiana, California, The Netherlands and Switzerland before embarking on a gap year in Southeast Asia and Morocco, where she worked with street children, genocide survivors, and sexually-trafficked women. While in Morocco interning for the High Atlas Foundation, Emma worked on counter-terrorism, interfaith and women's empowerment initiatives, and published articles on those topics. Following her freshman year of college, Emma was chosen for a very selective internship with the World Food Prize and has since completed two internships with the Department of State (with the Dubai Consulate in the United Arab Emirates and in New York City at the United States Mission to the United Nations). Additionally, Emma has served in a variety of leadership positions at Seton Hall and is incredibly proud of her work with the sexual assault prevention organization, Know More. Emma is passionate about women's issues and conflict resolution and intends to pursue a MA in international development with an eye towards working on humanitarian development projects aimed at eliminating gender inequality.



\#\#\#\#\#

---

**Phone**

202.395.4831

**Address**

712 Jackson Place, NW
Washington, DC 20006

| FAQ |
|---|

| Contact Us |
|---|

| Required Statements |
|---|

| Credits |
|---|

