Menu

Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 11
Date Admitted: _____
Signature: _____

# San Francisco, California

Home » Candidates » Regional Review Panels » San Francisco

Information for the 2021 cycle will be added in the fall of 2020.

Monday, March 9, 2020
San Francisco, California
Interviewing finalists from California

Federal Reserve Bank of San Francisco
Phoenix A & Los Angeles Garden Lounge
101 Market Street
San Francisco, CA

This panel will convene at 8:30 a.m. Please access the building using the front entrance at 101 Market Street. Bring a government-issued photo ID to access the premises.

For the past several years, the Truman Scholars Association (an organization of Truman Scholar alumni) has hosted pre-interview dinners in the interview cities the night prior to the finalist interviews. The dinners are informal, fun, optional events for the finalists and a few Truman alumni hosts (interview panelists do not attend). The Truman Scholars Association generously sponsors the dinners for all finalists. All finalists will be contacted by their interview city's Truman host shortly after the official finalist announcement; if you wish to attend the dinner, please plan to be available for dinner around 7 p.m. in your interview city the evening before your interview.

Panel Members

Kevin Higgins, Chair -- Chief Judge, Sparks, Nevada Justice Court; Former Chief Deputy Attorney General for Nevada; 1980 Truman Scholar
Brooks Allen -- Legal Counsel, Marin County Office of Education; 1996 Truman Scholar
Sanjay Basu -- Physician/Director, HealthRight360/Collective Healths; 2001 Truman Scholar
Ron Towns -- Assistant Principal, Oakland Unified School District; 2007 Truman Scholar
Heidi Williams -- Charles R. Schwab Professor of Economics, Stanford University; 2002 Truman Scholar
Dr. Terry Babcock-Lumish, Secretary -- Executive Secretary, Harry S. Truman Scholarship Foundation; 1996 Truman Scholar

**Phone**

202.395.4831

**Address**

712 Jackson Place, NW
Washington, DC 20006

FAQ

Contact Us

Required Statements

Credits

