Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 13
Date Admitted: _____
Signature: _____

# EEO Statement

Home » EEO Statement

**EO Statement:**

The Truman Foundation ensures equal employment opportunity for all employees and applicants for employment.  Federal Law prohibits discrimination against employees or applicants with respect to race, religion, color, sex, national origin, age, genetic information or disability.  The Foundation also ensures equal employment opportunity for all employees or applicants regardless of pregnancy, marital status, or sexual orientation. Complaints of discrimination should be reported to the Deputy Executive Secretary.

All employees have the freedom to compete on a fair and level playing field with equal opportunity for competition.  The Truman Foundation observes equal opportunity in all personnel and employment programs, management practices and decision making. Workplace harassment will not be tolerated.  Allegations of harassment should be immediately reported to the Deputy Executive Secretary for investigation.  Where allegations are substantiated, action will be immediately taken. Reprisal against one who is engaged in a protected activity, such as reporting a claim of discrimination or participating in an EEO investigation, will not be tolerated.  The Truman Foundation supports the rights of all employees to exercise their rights under civil rights statutes.  The Truman Foundation also supports the rights of employees to engage in union or labor organizing activities. The Foundation will conduct an annual self-assessment to determine if the above policies are being properly enforced.

The Foundation also extends these protections to applicants to the Truman Scholarship Program.  The Foundation does not discriminate against a candidate on the basis of race, color, national origin, religion, sex, age, genetic information, disability, marital status, pregnancy, economic status or sexual orientation.  The Foundation conducts an annual evaluation of its selection process to determine the best way to remove barriers that may operate to exclude certain groups and develop strategic plans to eliminate identified barriers.  If you have a suggestion on how this could be done, please contact the Deputy Executive Secretary.

**Harassment Policy**:

The Harry S. Truman Scholarship Foundation does not permit harassing conduct by anyone in the workplace. The Truman Foundation maintains a work environment free from any unwelcome verbal or physical conduct based on any characteristic protected by law or otherwise covered by the

Foundation's EEO Statement. Such conduct rises to the level of harassment when the conduct can reasonably be considered to adversely affect the work environment or employment decisions affecting the employee are based upon the employee's acceptance or rejection of such conduct.

The Foundation will treat any harassing conduct as a form of misconduct, even if the conduct does not rise to the level of harassment actionable under Title VII of the Civil Rights Act of 1964, as amended. The Foundation will act before a pattern of offensive conduct renders the workplace hostile. Use of ethnic, sexual, religious or racial epithets is not acceptable in the workplace at any time. The Deputy Executive Secretary will deal with even single instances of such conduct immediately. The Foundation will also not tolerate any retaliation against an employee making a good-faith effort of reporting harassing conduct.  Employees should bring any complaints of retaliation to the attention of the Deputy Executive Secretary.

Each Truman Foundation employee should act professionally and refrain from harassing conduct – both in their interactions in with one another and with the public that the Foundation serves. Employees will familiarize themselves with this policy and the EEO policies of the Foundation. Employees must promptly report any incident of harassment to the Deputy Executive Secretary. The Deputy Executive Secretary will act promptly and appropriately to prevent harassment and retaliation in the workplace.  Once conduct is reported, the Deputy Executive Secretary will conduct an investigation into the incident.  Relief, if warranted, will be provided to the alleged victim of harassment pending the outcome of the investigation.  If the conduct is proven, the Executive and Deputy Executive Secretary will take prompt and corrective disciplinary action against personnel who have engaged in harassing conduct.

All information related to the investigation will be maintained on a confidential basis to the greatest extent possible.  If there is a formal investigation of the conduct, the Deputy Executive Secretary will provide a written summary of findings within one week of the completion of the investigation.  The results will be shared with the parties involved and with the Executive Secretary.

Employees found in violation of this policy are subject to a variety of corrective action in accordance with Chapter 75 of the Civil Service Reform Act, up to and including removal.

**Reasonable Accommodation:**

The Truman Foundation will provide reasonable accommodation to qualified employees as well as Scholarship applicants with disabilities. Employees, applicants for employment and Scholarship applicants should contact the Deputy Executive Secretary by either email (tyglesias@truman.gov or office@truman.gov) or telephone (202.395.4831) with requests for reasonable accommodation. Requests should include a general description of the type of accommodation needed or the nature of the disability.  An initial response to the request will be made within two business days.  The response will outline whether the request is granted, additional information is required, or the request is denied. Requests will only be denied if the accommodation would post an undue hardship on the

Truman Foundation. The denial can be appealed to the Executive Secretary and/or the Truman Foundation Board of Trustees. Appealed denials will be reviewed and decided upon within 30 days of the date of denial. The Equal Employment Opportunity Commission (EEOC) is responsible for the implementation of law in this area. If you are seeking employment with the Truman Foundation or with another branch of government, you may find additional information from the Office of Personnel Management or the Department of Labor .

**Phone**

202.395.4831

**Address**

712 Jackson Place, NW
Washington, DC 20006

FAQ

Contact Us

Required Statements

Credits

