Case No.: 3:20-cv-04058-MMC  
PLTF Exhibit No.: 20  
Date Admitted: _____  
Signature: _____

# Illustrative Truman Interview Questions

Typically Truman Finalists are asked one or more broadly framed questions that test the following [with follow-up questions to obtain further clarification and to see how a candidate's mind works]:

- General knowledge, reasoning abilities, and analytic processes;

- Understanding of some of the complex issues facing society;

- Thoughts on government approaches to address or ameliorate issues;

- Communication skills, passions and potential for public service leadership; and,

- Broader interests, beyond public service.

The following types of questions should help candidates prepare for Truman interviews:

- What are the most legitimate objections to your policy proposal?

- If you could have taken part in any social movement of the 20th century, what would it have been?  What would you probably have learned?

- Name two or three prominent public figures whom you admire or who inspire you.

- What conditions in society, other than the one you have addressed in your policy proposal, tick you off?

- What do you think are the 2-3 most pressing problems facing America today?

- If you could spend two minutes with President Trump, what would you encourage him to do to address these problems?

- What would be your alternate "life plan" if the one you have charted does not work?

- Assume that it is now 2035 and you are being recognized by your college or university. How would you like to be introduced?

- What is your definition of leadership? What public figure with whom the panel is likely to be familiar best exemplifies this type of leadership?

USA000045