

 

### Wanjiku Gatheru

ALSO
be on the lookout ;)

Apr 08, 2019 3:38:34pm

### Wanjiku Gatheru

Yikes on their part....

Apr 08, 2019 3:38:28pm

### Brendan Schultz

I have not. I think they notify everyone at the same time.

Apr 08, 2019 3:12:25am

### Brendan Schultz

Perhaps. I am pretty sure they couldn't find Macedonia on a map and were confused....

Apr 08, 2019 3:12:04am

### Wanjiku Gatheru

That means they thought you would be able to handle the pressure - good sign!! Have you heard anything?

Apr 08, 2019 2:55:10am

### Brendan Schultz

My interview was quite combative on the part of the panelists and they spent two thirds of the time asking que that were clearly designed to provoke an emotional response. But meeting Derek and the other finalists was gr

Apr 08, 2019 2:51:20am

### Brendan Schultz

Good to hear!

Apr 08, 2019 2:50:56am

 

What about you?

Apr 08, 2019 2:14:39am

**Wanjiku Gatheru**

I've been good! It went really well, I met some really great people! They asked me some tough questions, but it super positive experience. I hear we should hear back this week!

Apr 08, 2019 2:14:33am



Hey hey!!

Apr 08, 2019 2:14:02am

**Brendan Schultz**

Hey Wawa! How have you been? How did your Truman interview go?

Apr 08, 2019 2:08:38am

**Brendan Schultz**




Waziku Gatheru







 

Waziku Gatheru

5/27/24, 3:06 PM
Case 3:20-cv-04058-MMC   Document 139-27   Filed 06/28/24   Page 8 of 11
Wanjiku Gatheru




file:///C:/Users/brend/OneDrive/Documents/Legal/Truman/Trial/Marked Exhibits/Set 4 - First Discovery I Sent/Exhibit 40 - Schultz-Gatheru Facebook … 8/11







Wanjiku Gatheru


