| | | |
|---|---|---|
| **From:** | Tara Yglesias | Case No.: 3:20-cv-04058-MMC |
| **To:** | wmurp@comcast.net | PLTF Exhibit No.: 53 |
| **Subject:** | RE: Brendan Schultz | Date Admitted: _____ |
| **Date:** | Friday, September 13, 2019 10:33:48 AM | Signature: _____ |

Kevin Higgins <████████████>

**From:** wmurp@comcast.net <wmurp@comcast.net>
**Sent:** Friday, September 13, 2019 1:01 PM
**To:** Tara Yglesias <tyglesias@truman.gov>
**Subject:** Brendan Schultz

Please call me. ████████.

USA000169