Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 15
Date Admitted: _____
Signature: _____



**From:** Dr. Terry Babcock-Lumish <terrybl@truman.gov>
**Sent:** Friday, January 24, 2020 2:40:18 PM
**To:** Lee, Cindy <Cindy.Lee@mail.house.gov>
**Subject:** Re: Congressional Casework- Brendan Schultz

Dear Ms. Lee,

Thank you kindly for your update. You are correct that there is no definitive timeline, and if helpful, we communicated to Mr. Schultz on September 6th, 2019:

*"The process that we outlined previously requires that we now pass this investigation to our outside legal counsel. You need not do anything further, we will forward all the materials we have to him. His review will take some time."*

Sincerely,
TBL

--

Dr. Terry Babcock-Lumish
Executive Secretary

Harry S. Truman Scholarship Foundation
712 Jackson Place, NW
Washington, DC 20006

TerryBL@truman.gov
www.truman.gov

Please consider the environment before printing this email.

---

**From:** Lee, Cindy <Cindy.Lee@mail.house.gov>
**Sent:** Friday, January 24, 2020 2:32 PM
**To:** Dr. Terry Babcock-Lumish <terrybl@truman.gov>
**Subject:** RE: Congressional Casework- Brendan Schultz

Good Morning Dr. Terry Babcock-Lumish,

USA000016

Thank you for your response. ████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████

Thank you!

Best,

**Cindy Lee**
Field Representative & Caseworker
Office of Congresswoman Judy Chu (CA-27)
527 S. Lake Ave. Ste. 250
Pasadena, CA 91101
Phone: (626) 304-0110
Fax: (626) 304-0132

*Subscribe to periodic e-mail updates from Rep. Chu at* [chu.house.gov/signup](chu.house.gov/signup)

*Connect with Rep. Chu*

   

---

**From:** Dr. Terry Babcock-Lumish <terrybl@truman.gov>
**Sent:** Friday, December 13, 2019 8:16 AM
**To:** Lee, Cindy <Cindy.Lee@mail.house.gov>
**Subject:** Re: Congressional Casework- Brendan Schultz

Dear Ms. Lee,

Thank you very much for reaching out to share Mr. Schultz's engagement with your office.

Mr. Schultz participated in our annual Truman Scholars competition last spring and unfortunately was not successful in being named a 2019 Truman Scholar. Last year we received a record number of applications: over 840 college juniors were nominated from 364 different schools. Of these, we selected 62. On April 23, 2019, Mr. Schultz contacted our office regarding his interview. On April 25, 2019, we responded and provided information regarding our grievance procedures.

In his email, he referenced our civil rights policies, located at the bottom of our website ([www.truman.gov](www.truman.gov)). Our EEO process is on the same page of the website, so we clarified with him that some of the procedures listed relate to individuals applying for employment at the Foundation. At that time, he did not divulge the details of his interview experience, but we began an investigation into the panel's actions on that day in accordance with our normal grievance process.

Mr. Schultz's application materials focused on his faith and the role his faith plays in public service. He does admirable work with Jewish communities worldwide. We found the panel did inquire into these

activities and asked critical questions regarding Mr. Schultz's activities and future policy goals. We did not find evidence of discrimination.

Our normal process for a complaint of this nature is for the Deputy Executive Secretary to begin an investigation and provide their findings to the Executive Secretary for review. During the summer of 2019, the Foundation was in the process of finding a new Executive Secretary. I arrived in July of 2019, learned of Mr. Schultz's concerns, and followed our stated protocol to review the findings of the Deputy Executive Secretary and conduct my own investigation. I responded to Mr. Schultz in detail shortly after I arrived.

As part of our process, we then turned the investigation over to our outside legal counsel. In doing so, I thought it important to manage Mr. Schultz's expectations that this process could take some time but that no further action was required of him.

We can certainly understand Mr. Schultz's disappointment upon not being awarded a Truman Scholarship; however, we struggle to understand his continued efforts to challenge the result of our annual selection process and are disheartened to learn he would mischaracterize his interview experience to you and your office. Here at the Harry S. Truman Scholarship Foundation, my colleagues and I do not take concerns about discrimination lightly. As a Jewish American whose family came to this country as a direct result of pogroms in Eastern Europe, a claim of anti-Semitism is particularly concerning.

We take our responsibility to the American public very seriously and appreciate that you and your team do likewise. Please let us know if you require any additional information in your efforts to assist Mr. Schultz.

Yours in service,
TBL

--
Dr. Terry Babcock-Lumish
Executive Secretary

Harry S. Truman Scholarship Foundation
712 Jackson Place, NW
Washington, DC 20006

TerryBL@truman.gov
www.truman.gov

Please consider the environment before printing this email.

---

**From:** Lee, Cindy < do not>
**Sent:** Wednesday, December 11, 2019 4:10 PM
**To:** Dr. Terry Babcock-Lumish <terrybl@truman.gov>
**Subject:** Congressional Casework- Brendan Schultz

Good Afternoon Dr. Terry Babcock-Lumish,

[redacted]

USA000018



Thank you for your help with this matter.

**Cindy Lee**
Field Representative & Caseworker
Office of Congresswoman Judy Chu (CA-27)
527 S. Lake Ave. Ste. 250
Pasadena, CA 91101
Phone: (626) 304-0110
Fax: (626) 304-0132

Subscribe to periodic e-mail updates from Rep. Chu at chu.house.gov/signup

Connect with Rep. Chu
