Case No.: 3:20-cv-04058-MMC
PLTF Exhibit No.: 23
Date Admitted: _____
Signature: _____

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ADRIENNE ZACK (CABN 291629)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7167
    FAX: (415) 436-7169
    adrienne.zack@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN SCHULTZ,<br><br>    Plaintiff<br><br>    v.<br><br>THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION,<br><br>    Defendant | Case No. 3:20-cv-04058-MMC<br><br>**DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION**<br><br>**Set No. 1** |

    **PROPOUNDING PARTY:  BRENDAN SCHULTZ**

    **RESPONDING PARTY:**    **Defendant the Harry S. Truman Scholarship Foundation**

    **SET NUMBER:**          **ONE**

    Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant the Harry S. Truman Scholarship Foundation ("Defendant") hereby responds to the First Set of Interrogatories served by Plaintiff.  Defendant's responses are based on information reasonably available to it at this time. Defendant continues to investigate the facts underlying this case and discovery is ongoing.  Defendant thus reserves the right to supplement these responses in accordance with Federal Rule of Civil Procedure 26(e).

1  ████████████████████████████████████████████████████
2  █ ██████████████████████████████████████████████████████████
3  ████████████████████████████████████████████████████████████
4  ████████████████████████
5  █ ██████████████████████████████████████████████████
6  █████████████████████████████████████████████████████
7  ███████████████████████████████████████████████████████████
8  ██████████████████████████████████████████████████████
9  ███████████████████████████████████████████████████████████
10 ███████████████████████████████████████████████████████████
11 ████████████████████████████████████████████████████████████
12 ██████████████████████████████████████████████
13 █ ███████████████████████████████████████████████████████
14 ███████████████████████████████████████████████████████
15 ███████████████████████████████████████████████████████
16 ████████████████████████
17 █ ██████████████████████████████████████████████████████
18 █████████████████████████████████████████████████
19 ███████████████████████████████████████████████
20 █ ██████████████████████████████████████████████████
21 ████████████████████
22 ████████████████████████████████████████████████████
23 ██████████████████████████████████████████████████
24 ████████
25 ████████████████████████████████████████████████████████
26 ██████████████████████████████████████████████████████
27 ██████████████
28

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC

1  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5  ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
8  ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
9  ▮▮▮▮▮▮▮▮▮▮
10 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮
15 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮
22 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
23 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
25 ▮▮▮
26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
27
28

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC

**RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 3:**

Please provide the name, application year, regional selection committee, email address, and phone number of any Truman Scholarship Finalist who was laughed at, scoffed at, or smirked at by a member of a Truman Scholar regional review panel?

**RESPONSE TO INTERROGATORY NO. 3:**

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4   Subject to and without waiving the foregoing objection(s), Defendant responds that it is not
5 aware of any other instances or allegations of a Truman Scholar Regional Review panelist "laughing,"
6 "scoffing," or "smirking" at a Truman Scholarship Finalist.

7 **INTERROGATORY NO. 4:**
8 Over the past ten years, how many Truman Scholarship Recipients were not initially selected as Truman
9 Finalists but were made finalists on appeal and subsequently selected as Truman Scholars by their
10 respective regional review panels? Please provide this breakdown by year of selection.

11 **RESPONSE TO INTERROGATORY NO. 4:**

12 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
16 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
17 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
19 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22   Subject to and without waiving the foregoing objection(s), Defendant responds that once a
23 candidate who successfully appeals is invited to interview, they are recorded and processed like any
24 other finalist. Defendant does not formally designate "Appeals Scholars" or "Appeals Finalists" and
25 information about who has been selected to interview after an appeal is not shared with the Regional
26 Review panelists. As a result, the information below is based on data that was recreated from original
27 records. For 2013 and 2014, some of the original records were inadvertently destroyed in 2014 during a

28

routine computer upgrade.  The numbers below represent the best information Defendant has with the limited data available for those two years.

Number of appeals candidates selected as Scholars by year:

2013: 9

2014: 5

2015: 3

2016: 5

2017: 5

2018: 5

2019: 3

2020: 5

2021: 3

2022: 5

2023: 9

28

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC



DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC



28

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC

[page content redacted]

28

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC

[REDACTED]

18 | DATED: May 30, 2023

For Objections:

ISMAIL J. RAMSEY
United States Attorney

*/s/ Michelle Lo*
ADRIENNE ZACK
MICHELLE LO
Assistant United States Attorneys

Attorneys for Defendant

DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC

# CERTIFICATE OF SERVICE

The undersigned certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION; VERIFICATION**

to be served this date by:

[ ]   FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

[ ]   PERSONAL SERVICE

[ ]   FEDERAL EXPRESS via Priority Overnight

[x ]   EMAIL pursuant to agreement of the parties to accept service by electronic mail

to the party(ies) addressed as follows: brendan.schultz1@gmail.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on May 30, 2023 at San Francisco, California.

/s/ *Michelle Lo*
MICHELLE LO
Assistant United States Attorney

**VERIFICATION OF INTERROGATORY RESPONSES**

I, Terry Babcock-Lumish, declare under penalty of perjury:

I am employed by the Harry S. Truman Scholarship Foundation as the Executive Secretary. I am authorized to make this verification on behalf of Defendant for its Responses to Plaintiff's First Set of Interrogatories.

I have read and know the contents of these Responses. These Responses were prepared after obtaining information reasonably available to the Harry S. Truman Scholarship Foundation through its officers and employees. These Responses, subject to inadvertent and undiscovered errors, are true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of May, 2023.



TERRY BABCOCK-LUMISH

DEFENDANTS' RESPONSES AND OBJECTIONS TO PLAINTIFF'S INTERROGATORIES TO THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION
3:20-cv-04058-MMC                                                                 1