1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
4  J. WESLEY SAMPLES (CABN 321845)
   Assistant United States Attorneys
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7031
       Fax: (415) 436-6748
8      adrienne.zack@usdoj.gov
       wes.samples@usdoj.gov
9
10 Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN SCHULTZ, | Case No. 3:20-cv-04058-MMC |
| Plaintiff, | **DECLARATION OF J. WESLEY SAMPLES IN SUPPORT OF DEFENDANT'S BILL OF COSTS** |
| v. | |
| THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 1746, I, J. Wesley Samples, declare and state as follows:

1.      I am an Assistant United States Attorney in the Northern District of California and counsel of record for Defendant the Harry S. Truman Scholarship Foundation ("Defendant") in the above-captioned action.

2.      This declaration is being filed in support of the Bill of Costs submitted by Defendant.

3.      Defendant is seeking the costs incurred for obtaining deposition transcripts and exhibits as well as otherwise permitted by 28 U.S.C. § 1821 and Civil Local Rule 54-3.  These costs are itemized

1   in the spreadsheet entitled "Itemization to the Bill of Costs," attached as Exhibit 1 hereto.

2         4.      On April 3, 2024, Assistant United States Attorney Adrienne Zack took Plaintiff Brendan

3   Schultz's deposition and incurred $2,025.00 for the cost of Brendan Schultz's deposition transcript,

4   $115.80 for the cost of the exhibits used in the deposition, and $675.00 for reporter attendance.

5         5.      Attached as Exhibit 2 is a true and correct copy of the April 29, 2024, invoice for the

6   April 3, 2024, deposition taken by Assistant United States Attorney Adrienne Zack of Plaintiff Brendan

7   Shultz.

8         6.      Attached as Exhibit 3 is a true and correct copy of the United States Attorney Northern

9   District of California Fact-Witness Reimbursement Form signed by Sanjay Basu, M.D., on June 28,

10   2024, with personal information redacted and omitted, totaling $25.72 in relation to his day of trial

11   attendance. *See* Dkt. No. 135.

12         7.      Attached as Exhibit 4 is a true and correct copy of United States Department of Justice,

13   Justice Management Division, Fact Witness Voucher, Form DOJ-3, approved for Sanjay Basu, M.D.,

14   with personal information redacted, indicating that Dr. Basu will receive the $40 attendance fee for the

15   trial day on which he was in attendance in the courtroom, thereby increasing the total amount of costs

16   associated with Dr. Basu's attendance to $65.72.

17         8.      Attached as Exhibit 5 is a true and correct and copy of the United States Attorney for the

18   Northern District of California Fact-Witness Reimbursement Form signed by Rujuta Srivastava, M.D.,

19   on July 5, 2024, with supporting documentation and with personal information redacted and omitted,

20   totaling $86.42 in relation to her day of trial attendance.  As indicated in Exhibit 5, the $86.42 total

21   includes the $40 attendance fee for the trial day on which Dr. Srivastava was in attendance in the

22   courtroom. *See* Dkt. No. 135; *see also* Exhibit 18 (setting privately owned vehicle milage

23   reimbursement at $0.67).

24         9.      Attached as Exhibit 6 is a true and correct copy of United States Department of Justice,

25   Justice Management Division, Fact Witness Voucher, Form DOJ-3, approved for Rujuta Srivastava,

26   M.D., with personal information redacted, indicating that included in the $86.42 total is the $40.00

27   attendance fee for the trial day Dr. Srivastava was in attendance in the courtroom.

28

10.     Attached as Exhibit 7 is a true and correct copy of the United States Attorney Northern District of California Fact-Witness Reimbursement Form signed by Brooks Allen on June 28, 2024, with personal information redacted and omitted, totaling $102.35 in relation to his day of trial attendance. *See* Dkt. No. 135.

11.     Attached as Exhibit 8 is a true and correct copy of United States Department of Justice, Justice Management Division, Fact Witness Voucher, Form DOJ-3, approved for Brooks Allen, with personal information redacted, indicating that Mr. Allen will receive the $40 attendance fee for the trial day on which he was in attendance in the courtroom, thereby increasing the total amount of costs associated with Mr. Allen's attendance to $142.35.

12.     Attached as Exhibit 9 is a true and correct copy of the United States Attorney Northern District of California Fact-Witness Reimbursement Form signed by Heidi Williams, Ph.D., on June 30, 2024, with supporting documentation and with personal information redacted and omitted, totaling $199.91 in relation to her day of trial attendance.  *See* Dkt. No. 134.

13.     Attached as Exhibit 10 is a true and correct copy of United States Department of Justice, Justice Management Division, Fact Witness Voucher, Form DOJ-3, approved for Heidi Williams, Ph.D., with personal information redacted, indicating that included in the $199.91 total is the $40 attendance fee for the trial day on which she was in attendance in the courtroom, as well as $79 for meals and incidentals because she was traveling away from her home in New Hampshire on the day she attended the trial in San Francisco.  *See* Exhibit 17 (per diem rates for San Francisco California set by the U.S. General Services Administration, effective for fiscal year 2024).

14.     Attached as Exhibit 11 is a true and correct copy of the United States Attorney Northern District of California Fact-Witness Reimbursement Form signed by Judge Kevin Higgins on July 2, 2024, with supporting documentation and with personal information redacted and omitted, totaling $1,195.55 associated with his day of trial attendance, including $997.55 for his round-trip economy class air travel to and from his home in Nevada so that he could attend trial.  *See* Dkt. No. 134

15.     Attached as Exhibit 12 is a true and correct copy of United States Department of Justice, Justice Management Division, Fact Witness Voucher, Form DOJ-3, approved for Judge Kevin Higgins,

with personal information redacted, indicating that included in the $1,195.55 total is the $40 attendance fee in relation to his day of trial attendance, as well as $158 for meals and incidentals because Judge Higgins was traveling away from his home on the day he attended the trial and because he incurred one travel day traveling each way to and from his home in Nevada to attend the trial. *See* Exhibit 17 (per diem rates for San Francisco California set by the U.S. General Services Administration, effective for fiscal year 2024).

16.    Attached as Exhibit 13 is a true and correct copy of the travel expenditures for Tara Yglesias as originally booked before trial began, to facilitate her attendance at trial. As indicated in Exhibit 13, Ms. Yglesias booked a round-trip from her home in Washington, D.C., to San Francisco via economy class on Alaska and United Airlines to facilitate her day of attendance at trial. As shown in Exhibit 13 the cost for Ms. Yglesias' round-trip economy air travel to facilitate her day of attendance at trial was $602.70.

17.    Attached as Exhibit 14 is a true and correct copy of the modifications made to Ms. Yglesias' travel plans during the course of trial, in order to facilitate her full day of attendance at trial. *See* Dkt. No. 133. As shown in Exhibit 14, these changes did not impact the expense of her round-trip economy class air travel as shown in Exhibit 13.

18.    Attached as Exhibit 15 is a true and correct copy of the travel expenditures for Terry Babcock-Lumish, Ph.D., as originally booked before trial began, to facilitate her attendance at trial, with her frequent flyer number redacted. As indicated in Exhibit 15, Dr. Babcock-Lumish booked a round-trip from her home in Washington, D.C., to San Francisco via economy class on Alaska and United Airlines to facilitate her day of attendance at trial. As shown in Exhibit 15 the cost for Dr. Babcock-Lumish's round-trip economy class air travel to facilitate her attendance at trial was $602.70.

19.    Attached as Exhibit 16 is a true and correct copy of the modifications made to Dr. Babcock-Lumish's travel plans during the course of trial, in order to facilitate her two days of trial attendance, with her frequent flyer number redacted. *See* Dkt. Nos. 135, 136. These changes did not ultimately impact the expense of her round-trip economy class air travel shown in Exhibit 15.

20.    Attached as Exhibit 17 is a true and correct copy of the per diem rates for San Francisco

California set by the U.S. General Services Administration, effective for fiscal year 2024, as downloaded by the undersigned from the www.gsa.gov website on July 9, 2024.  *See* https://www.gsa.gov/travel/plan-book/per-diem-rates/per-diem-rates-results?action=perdiems_report&fiscal_year=2024&state=CA&city=San%20Francisco&zip=; *see also* 5 U.S.C. § 5702.

21.    Attached as Exhibit 18 is a true and correct copy of the privately owned vehicle milage reimbursement rates set by the U.S. General Services Administration, effective as of January 1, 2024, as downloaded by the undersigned from the www.gsa.gov website on July 9, 2024.  *See* https://www.gsa.gov/travel/plan-a-trip/transportation-airfare-rates-pov-rates-etc/privately-owned-vehicle-pov-mileage-reimbursement; *see also* 5 U.S.C. § 5702.

22.    Defendant is not at this time seeking any costs associated with non-party witnesses Holly Teliska or Ronald Towns.  *See* Dkt. Nos. 132, 134.

23.    Defendant is not at this time seeking any hotel stay costs as provided for in 28 U.S.C. § 1821(d).

24.    In view of the foregoing, and as shown in Exhibit 1, Defendant is seeking a total of $5,711.15 in connection with costs incurred for the transcripts in this matter as well as the other costs incurred pursuant to 28 U.S.C. § 1821.  *See* Exhibits 1-16; *see also* Civil Local Rule 54-3(e) (citing 28 U.S.C. § 1821).  These costs are correctly stated, were necessarily incurred, and are recoverable by Defendant in accordance with 28 U.S.C. § 1821, 28 U.S.C. § 1920, 28 U.S.C. § 1924, Federal Rule of Civil Procedure 54(d), and this Court's Civil Local Rules 54-3(c)(1), 54-3(c)(3), 54-3(c)(5), and 54-3(e).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed in San Francisco, California, July 10, 2024.

/s/ *J. Wesley Samples*
J. WESLEY SAMPLES
Assistant United States Attorney

Attorney for Defendant