# EXHIBIT 1

BRENDAN SCHULTZ v. THE HARRY S. TRUMAN SCHOLARSHIP FOUNDATION, CASE NO. 3:20-cv-04058-MMC

# ITEMIZATION TO THE BILL OF COSTS

| Exhibit Nos. | Type of Cost | Invoice Date | Service(s) | Description(s) | Amount |
|---|---|---|---|---|---|
| 2 | 28 USC § 1920, Deposition of Plaintiff, Brendan Schultz | 4/29/2024 | Behmke Reporting and Video Services, Inc. | Transcript with Exhibits for 4/3/2024 Deposition | $2,815.80 |
| **Subtotal for Deposition Transcripts and Exhibits** | | | | | **$2,815.80** |
| 3, 4 | 28 USC § 1821, Witness Expenses and Attendance Fee for Sanjay Basu, M.D. | 6/28/2024 | Ride-Hailing Apps | Transpiration on day of trial attendance; attendance fee | $65.72 |
| 5, 6 | 28 USC § 1821, Witness Expenses and Attendance Fee for Rujuta Srivastava, M.D. | 7/5/2024 | Parking and Privately Owned Vehicle Milage | Transportation in Privately Owned Vehicle and parking on day of trial attendance; attendance fee | $86.42 |
| 7, 8 | 28 USC § 1821, Witness Expenses and Attendance Fee for Brooks Allen | 6/28/2024 | Parking and Privately Owned Vehicle Milage | Transportation in Privately Owned Vehicle and parking on day of trial attendance; attendance fee | $142.35 |
| 9, 10 | 28 USC § 1821, Witness Expenses and Attendance Fee for Heidi Williams, Ph.D. | 6/30/2024 | Ride-Hailing Apps | Transportation on day of trial attendance; attendance fee; M&IE (1 trial day while on travel) | $199.91 |
| 11, 12 | 28 USC § 1821, Witness Expenses and Attendance Fee for Judge Kevin Higgins, including travel | 7/2/2024 | United Airlines air travel | Economy Air Travel to facilitate trial attendance; attendance fee; M&IE (two ½ days of travel & one trial day while on travel) | $1,195.55 |

| 13, 14 | 28 USC § 1821, Witness Expense for Tara Yglesias travel | 6/13/2024, 6/20/2024 | Alaska and United Airlines air travel | Economy class travel to facilitate trial attendance | $602.70 |
| --- | --- | --- | --- | --- | --- |
| 15, 16 | 28 USC § 1821, Witness Expense for Terry Babcock-Lumish, Ph.D., travel | 6/13/2024, 6/26/2024 | Alaska and United Airlines air travel | Economy class travel to facilitate trial attendance | $602.70 |
| **Subtotal for 28 USC § 1821 Witness Expenses** | | | | | **$2,895.35** |
| **Total Costs** | | | | | **$5,711.15** |