# EXHIBIT 2

# Behmke Reporting and Video Services, Inc.    Invoice

*** PLEASE NOTE OUR NEW SUITE NUMBER ***

455 Market Street
Suite 1800
San Francisco, CA  94105
Phone: (415) 597-5600         Fax: (415) 597-5606

| Invoice Date | Invoice # |
|---|---|
| Monday, April 29, 2024 | 74934AC |

Adrienne Zack
U.S. Attorney's Office - SF
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Phone:    (415) 436-7155    Fax:

| | |
|---|---|
| **Witness:** | Brendan Schultz |
| **Case:** | Brendan Schultz v. The Harry S. Truman Scholarship Foundation |
| **Venue:** | U.S. District Court Northern District of CA, SF |
| **Case #:** | 3:20-cv-04058-MMC |
| **Date:** | 4/3/2024 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 1:45 PM |
| **Reporter:** | Mark McClure |
| **Claim #:** | D-00000128 WO # 369 |
| **File #:** | 42529 |

*34480SC*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| USND5020D | Regular Transcript | $10.00 | 128 | $1,280.00 |
| USND5024MS | Condensed Transcript | $1.25 | 128 | $160.00 |
| USND5025WI | Word Index | $1.25 | 18 | $22.50 |
| USND5027AEXH | Exhibits - PDF | $0.40 | 25 | $10.00 |
| USND5027EXH | Exhibits - Hard | $0.40 | 62 | $24.80 |
| USND5028ACOLOR | Exhibits - Color PDF | $3.00 | 9 | $27.00 |
| USND5028COLOR | Exhibits - Color - Hard | $3.00 | 18 | $54.00 |
| USND5032VHRX | Remote Videoconferencing fee | $125.00 | 4.5 | $562.50 |
| USND5033DATTEND | Attendance Fee - 3 hr minimum | $150.00 | 4.5 | $675.00 |
| | | **Sub Total** | | $2,815.80 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $2,815.80 |

**15JA05-19-D-00000128 WO # 369**

Fed. I.D. # 45-2048307

*Terms:  Payable upon receipt.  Accounts unpaid after 30 days subject to a 1.5% late fee per month.*