# EXHIBIT 3



United States Attorney
Northern District of California

# FACT-WITNESS REIMBURSEMENT FORM

**Directions:** Please fill out the entire form below. Be sure to sign, date and <u>attach a clear copy of your photo identification</u>. Additionally, please attach receipts for expenses over $75.

**E-Mail, Mail or Fax completed form to:**
Maureen French, Victim-Witness Unit
450 Golden Gate Avenue, Floor 11
San Francisco, CA 94102
Email: maureen.french@usdoj.gov Phone: (415) 436-6834/ Fax: (415) 436-7218

**Case Name/Number:** Schultz v. The Harry S. Truman Scholarship Foundation

**Assistant US Attorney Name:** Adrienne Zack

**Witness Name:** Sanjay Basu

**Travel Companion Name** (requires prior approval):

**Home Address:** ███████

**Phone:** ███████

**Email:** ███████

**Social Security #:** ███████

**Citizen of the United States?** (Yes or No): Yes

(if not a citizen, please provide an Alien Registration Record Number, Passport Number or Visa Number)

SOCIAL SECURITY NUMBER/PRIVACY ACT NOTICE: Disclosure of your Social Security number is mandatory for Federal income tax reporting purposes under the authority of 26 CFR Section 301-6109-1, in order to ensure the accuracy of income computation by the Internal Revenue Service. This information will be used to identify an individual who is compensated by funds of the Department of Justice. Failure to provide this information may result in delay of your compensation, and the Department of Justice will be required to notify the Internal Revenue Service that your number is unknown. This information is being provided on Form 1099 to the Internal Revenue Service.

Falsification of an item may constitute a forfeiture of claim (28 U.S.C., Section 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both (18 U.S.C. 287).

**Appearance Dates -** Monday June 24, 2024
**Deposition/Pretrial:**

**Air Travel -** (if applicable)
**Arrival Date:**

**Trial Testimony:** Monday June 24, 2024

**Departure Date:**

I, Sanjay Basu, request reimbursement for reimbursable expenses indicated on
**Fact-Witness Name (Print)**
the OBD-2 Form provided to me. Receipts for expenses over $75 and a copy of a valid government issued photo ID are attached.

**Fact-Witness Signature:** _[signature]_   **Date:** June 28, 2024

## Expense List-

### Deposition/Pretrial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Trial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| Uber | Monday June 24, 2024 | $14.54 |
| Waymo | Monday June 24, 2024 | $11.18 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |