# EXHIBIT 5



United States Attorney
Northern District of California

# FACT-WITNESS REIMBURSEMENT FORM

**Directions:** Please fill out the entire form below. Be sure to sign, date and <u>attach a clear copy of your photo identification</u>. Additionally, please attach receipts for expenses over $75.

**E-Mail, Mail or Fax completed form to:**
Maureen French, Victim-Witness Unit
450 Golden Gate Avenue, Floor 11
San Francisco, CA 94102
Email: maureen.french@usdoj.gov Phone: (415) 436-6834/ Fax: (415) 436-7218

**Case Name/Number:** 20-cv-04058-MMC   **Assistant US Attorney Name:** ADRIENNE ZACK

**Witness Name:** RUJUTA SRIVASTAVA   **Travel Companion Name** (requires prior approval): N/A

**Home Address:** [redacted]   **Phone:** [redacted]

**Email:** [redacted]

**Social Security #:** [redacted]   **Citizen of the United States?** (Yes or No): [redacted]
*(if not a citizen, please provide an Alien Registration Record Number, Passport Number or Visa Number)*

**SOCIAL SECURITY NUMBER/PRIVACY ACT NOTICE:** Disclosure of your Social Security number is mandatory for Federal income tax reporting purposes under the authority of 26 CFR Section 301-6109-1, in order to ensure the accuracy of income computation by the Internal Revenue Service. This information will be used to identify an individual who is compensated by funds of the Department of Justice. Failure to provide this information may result in delay of your compensation, and the Department of Justice will be required to notify the Internal Revenue Service that your number is unknown. This information is being provided on Form 1099 to the Internal Revenue Service.

Falsification of an item may constitute a forfeiture of claim (28 U.S.C., Section 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both (18 U.S.C. 287).

**Appearance Dates-**
**Deposition/Pretrial:** JUNE 11, 2024

**Trial Testimony:** JUNE 24, 2024

**Air Travel** - (if applicable) N/A
**Arrival Date:**

**Departure Date:**

I, RUJUTA SRIVASTAVA request reimbursement for reimbursable expenses indicated on
   **Fact-Witness Name (Print)**
the OBD-2 Form provided to me. Receipts for expenses over $75 and a copy of a valid government issued photo ID are attached.

**Fact-Witness Signature:** _Rujuta B. Srivastava_   **Date:** 7/5/2024

## Expense List-

### Deposition/Pretrial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| TOLL | 6/11/24 | $7.00 |
| MILEAGE x 26 miles @ $0.67/mile | 6/11/24 | $17.42 |
| PARKING | 6/11/24 | $1.50 |
| ATTENDANCE FEE | 6/11/24 | $40.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

### Trial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| TOLL | 6/24/24 | $7.00 |
| MILEAGE x 26 miles @ $0.67/mile | 6/24/24 | $17.42 |
| PARKING | 6/24/24 | $22.00 |
| ATTENDANCE FEE | 6/24/24 | $40.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**EXPIRE TIME**

**2024-06-11**
**5:00 pm**

ENTRY   3:00 pm   2024-06-11
Location: 563-03001

**PLATE: 8DYV546**

Fee Paid
$1.50
Visa
***3406

---

US Hastings College of Law
200 MCALLISTER ST

*-----------EFTPOS-----------*
24 Jun 24 10:17
Contactless VISA
AID              A0000000031010
APP LABEL             CHASE VISA
CARD            ************3406
PAN SEQ Number              01
AUTHORISATION           05624C
REFERENCE               126446
PURCHASE              USD22.00
TOTAL                 USD22.00

APPROVED

NO CARDHOLDER VERIFICATION

*----------------------------*
CUSTOMER COPY

PLEASE RETAIN
FOR YOUR RECORDS