# EXHIBIT 7



United States Attorney
Northern District of California

# FACT-WITNESS REIMBURSEMENT FORM

**Directions:** Please fill out the entire form below. Be sure to sign, date and <u>attach a clear copy of your photo identification</u>. Additionally, please attach receipts for expenses over $75.

**E-Mail, Mail or Fax completed form to:**
Maureen French, Victim-Witness Unit
450 Golden Gate Avenue, Floor 11
San Francisco, CA 94102
Email: maureen.french@usdoj.gov Phone: (415) 436-6834/ Fax: (415) 436-7218

**Case Name/Number:** CIVIL ACTION No. 20-cv-04058-MMC   **Assistant US Attorney Name:** ADRIENNE ZACK

**Witness Name:** BROOKS ALLEN

**Travel Companion Name** (requires prior approval):

**Home Address:** LOS GATOS, CA 95032

**Phone:** [redacted]

**Email:** [redacted]

**Social Security #:** [redacted]

**Citizen of the United States?** (Yes or No): [redacted]

*(if not a citizen, please provide an Alien Registration Record Number, Passport Number or Visa Number)*

SOCIAL SECURITY NUMBER/PRIVACY ACT NOTICE: Disclosure of your Social Security number is mandatory for Federal income tax reporting purposes under the authority of 26 CFR Section 301-6109-1, in order to ensure the accuracy of income computation by the Internal Revenue Service. This information will be used to identify an individual who is compensated by funds of the Department of Justice. Failure to provide this information may result in delay of your compensation, and the Department of Justice will be required to notify the Internal Revenue Service that your number is unknown. This information is being provided on Form 1099 to the Internal Revenue Service.

Falsification of an item may constitute a forfeiture of claim (28 U.S.C., Section 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both (18 U.S.C. 287).

**Appearance Dates-**
**Deposition/Pretrial:** June 5, 2024

**Trial Testimony:** June 20, 2024
June 24, 2024

**Air Travel-** (if applicable)
**Arrival Date:**

**Departure Date:**

I, BROOKS ALLEN request reimbursement for reimbursable expenses indicated on
**Fact-Witness Name (Print)**
the OBD-2 Form provided to me. Receipts for expenses over $75 and a copy of a valid government issued photo ID are attached.

**Fact-Witness Signature:** [signed] **Date:** 6/28/24

## Expense List-

### Deposition/Pretrial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| Parking | 6/5/24 | $22 |
| mileage   105mi x 0.67/mi = 70.35 | 6/5/24 | $70.35 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

### Trial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| parking | 6/20/24 | $22 |
| parking | 6/24/24 | $32 |
| mileage   105 mi x 0.67/mi = 70.35 | 6/20/24 | $70.35 |
| mileage   105 mi x 0.67/mi = 70.35 | 6/24/24 | $70.35 |
| | | |
| | | |
| | | |
| | | |



 Los Gatos, CA 95032 to 450 Golden Gate Avenue, San Francisco, CA   Drive 55.0 miles, 1 hr 9 min

via I-280 N — 1 hr 9 min
Fastest route now, avoids slowdown on US-101 N — 55.0 miles

via I-280 N and US-101 N — 1 hr 13 min
Some traffic, as usual — 52.3 miles