# EXHIBIT 9



*United States Attorney's Office*
*Northern District of California*

# FACT-WITNESS REIMBURSEMENT FORM

**Directions:** Please fill out the entire form below. Be sure to sign, date and <u>attach a clear and up-to-date copy of your photo identification</u>. Additionally, please attach receipts for expenses over $75.

**E-Mail, Mail or Fax Completed Form to:**

Maureen French, Victim-Witness Unit
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Email (preferred): Maureen.French@usdoj.gov | Phone: (415) 436-6834 | Fax: (415) 436-7218

**Case Name/Number:** U.S. v. Schultz    **Attorney Name:** zak

**Witness Name:** Williams    **Travel Companion Name** (requires prior approval): N/A

**Home Address:** ▮▮▮▮▮ Hanover NH 03755    **Phone:** ▮▮▮▮▮

**Email:** ▮▮▮▮▮

**Social Security #** ▮▮▮▮▮    itizen of the United States? (Yes or No)
*(if not a citizen, please* ▮▮▮▮▮ *Number, Passport Number or Visa Number)*

> **SOCIAL SECURITY NUMBER/PRIVACY ACT NOTICE:** Disclosure of your Social Security number is mandatory for Federal income tax reporting purposes under the authority of 26 CFR Section 301-6109-1, in order to ensure the accuracy of income computation by the Internal Revenue Service. This information will be used to identify an individual who is compensated by funds of the Department of Justice. Failure to provide this information may result in delay of your compensation, and the Department of Justice will be required to notify the Internal Revenue Service that your number is unknown. This information is being provided on Form 1099 to the Internal Revenue Service.
>
> Falsification of an item may constitute a forfeiture of claim (28 U.S.C., Section 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both (18 U.S.C. 287).

**Appearance Dates-**    **Air Travel-** (if applicable)

**Pre-trial Meeting:**    **Arrival Date:**
Sunday 16-June    June 15, 2024

**Trial or Grand Jury Testimony:**    **Departure Date:**
Schultz v. The Harry S. Truman Scholarship Foundation    June 29, 2024

Heidi Williams

**Fact-Witness Name (Print)**

I, ▮▮▮▮▮ request reimbursement for reimbursable expenses indicated on the OBD-2 Form provided to me. Receipts for expenses over $75 and a copy of a clear and up-to-date government issued photo ID are attached.

**Fact-Witness Signature:** ▮▮▮▮▮    **Date:** June 30, 2024

**(Ink Signature Required)**

*Heidi Lie Williams*

**Expense List**-

**Pre-Trial Attendance**

| Expense Description: | Date: | Amount: |
|---|---|---|
| see attached spreadsheet | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Trial or Grand Jury Attendance**

| Expense Description: | Date: | Amount: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

 Gmail

**Heidi Williams** ▇▇▇▇▇▇▇▇▇▇▇▇

---

## [Personal] Your Friday morning trip with Uber
2 messages

---

**Uber Receipts** <noreply@uber.com>                                    Fri, Jun 21, 2024 at 11:56 AM
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

### Uber

Total $66.96
June 21, 2024

# Thanks for riding, Heidi

We hope you enjoyed your ride
this morning.



# Total                                    $66.96

| | |
|---|---|
| Trip fare | $53.47 |
| | |
| Subtotal | $53.47 |
| Access for All Fee ❓ | $0.10 |
| CA Driver Benefits ❓ | $0.32 |
| Booking Fee ❓ | $13.07 |

Trip ID: 1396b8b8 2fa5 49e8 93f2 994e46dddb2f

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You
will receive a trip receipt when the payment is processed with payment information.

# You rode with Andy

4.99 ★ Rating                           Has passed a multi step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: 8WMZ887

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

---

UberX    35.34 miles | 39 min

■    8:17 AM

███████████████, Portola Valley, CA

▮    8:56 AM

399 Golden Gate Ave, San Francisco, CA



Report lost item  ›              Contact support  ›              My trips  ›

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

---

**Uber Receipts** <noreply@uber.com>                                    Fri, Jun 21, 2024 at 10:10 PM
To: ██████████████████████████

# Uber                                                    Total $66.96
                                                          June 21, 2024

# Thanks for riding, Heidi

We hope you enjoyed your ride
this morning.



# Total                                    # $66.96

Trip fare                                                          $53.47

Subtotal                                                           $53.47



Access for All Fee ⍰                                    $0.10

CA Driver Benefits ⍰                                   $0.32

Booking Fee ⍰                                          $13.07

Payments

**VISA** **Visa** ▮▮▮▮                                 $66.96
6/21/24 7:10 PM

Trip ID: 1396b8b8 2fa5 49e8 93f2 994e46dddb2f

Switch Payment Method

Download PDF

# You rode with Andy

4.99 ★ Rating                          👤 Has passed a multi step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: 8WMZ887

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX    35.34 miles | 39 min

■ **8:17 AM**

█████████, Portola Valley, CA

⌐ **8:56 AM**

399 Golden Gate Ave, San Francisco, CA



Report lost item  ❯              Contact support  ❯              My trips  ❯

Forgot password

Privacy

Terms

Uber Technologies
1725 3rd Street,
San Francisco,
California
94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

 Gmail

**Heidi Williams** ███████████████

---

**[Personal] Your Friday afternoon trip with Uber**
2 messages

---

**Uber Receipts** <noreply@uber.com>                                      Fri, Jun 21, 2024 at 3:56 PM
To: ████████████████████

## Uber

Total $13.95
June 21, 2024

# Thanks for riding, Heidi

We hope you enjoyed your ride
this afternoon.



# Total                                          $13.95

Trip fare                                                                $11.13

Subtotal                                                                 $11.13

Booking Fee ❓                                                           $1.97

CA Driver Benefits ❓                                                    $0.32

Access for All Fee ❓                                                    $0.10

San Francisco City Tax ❓                                               $0.43

Trip ID: add78f03-784a-4f15-b092-7041508335d5

Download PDF

This is not a payment receipt. It is a trip summary to acknowledge the completion of the trip. You will receive a trip receipt when the payment is processed with payment information.

## You rode with SENAIT

4.93★ Rating            Has passed a multi step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: 9HRD873

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ›

UberX     2.45 miles | 12 min

■    12:43 PM
450 Golden Gate Ave, San Francisco, CA

⌐    12:56 PM
1 Ferry Building, San Francisco, CA



Report lost item  ›          Contact support  ›          My trips  ›

Forgot password                    Uber Technologies
                                    1725 3rd Street,
Privacy                             San Francisco,
                                    California
Terms                               94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

---

**Uber Receipts** <noreply@uber.com>                    Sat, Jun 22, 2024 at 2:38 AM
To: ███████████████████████████

# Uber

Total $13.95
June 21, 2024

# Thanks for riding, Heidi

We hope you enjoyed your ride
this afternoon.



# Total                              $13.95

Trip fare                                            $11.13

| | |
|---|---|
| Subtotal | $11.13 |
| Booking Fee  | $1.97 |
| CA Driver Benefits | $0.32 |
| Access for All Fee | $0.10 |
| San Francisco City Tax | $0.43 |

Payments

 **Visa** ▉▉▉▉       $13.95
6/21/24 11:38 PM

Trip ID: add78f03-784a-4f15-b092-7041508335d5

Switch Payment Method

Download PDF

## You rode with SENAIT

4.93 ★ Rating         Has passed a multi-step safety screen

Drivers are critical to communities right now. Say thanks with a tip.



License Plate: 9HRD873

When you ride with Uber, your trips are insured in case of a covered accident.

Learn more ❯

UberX     2.45 miles | 12 min

■     12:43 PM

6/30/24, 11 32 AM
Uber Receipt for Friday afternoon Uber
Case 3:20-cv-04058-MMC   Document 144-10   Filed 07/10/24   Page 13 of 15



450 Golden Gate Ave, San
Francisco, CA

12:56 PM
1 Ferry Building, San
Francisco, CA

Report lost item  ❯          Contact support  ❯                My trips  ❯

Forgot password                    Uber Technologies

Privacy                            1725 3rd Street,
                                   San Francisco,
Terms                              California
                                   94158

Read about our zero tolerance policy. Report a zero tolerance complaint by visiting help.uber.com

|           |        |                   | attendance fee | meals  | airfare |
|-----------|--------|-------------------|----------------|--------|---------|
| Saturday  | 15-Jun | travel day        | 40.00          | 39.50  | 867.21  |
| Sunday    | 16-Jun | meeting           | 40.00          | 79.00  |         |
| Monday    | 17-Jun | at risk to testify| 40.00          | 79.00  |         |
| Tuesday   | 18-Jun | at risk to testify| 40.00          | 79.00  |         |
| Wednesday | 19-Jun | at risk to testify| 40.00          | 79.00  |         |
| Thursday  | 20-Jun | at risk to testify| 40.00          | 79.00  |         |
| Friday    | 21-Jun | testified         | 40.00          | 79.00  |         |
| Saturday  | 29-Jun | travel day        | 40.00          | 39.50  |         |
|           |        | sub-totals        | 320.00         | 553.00 | 867.21  |
|           |        | total             |                |        |         |

| housing | uber to SF | uber from SF | |
|---|---|---|---|
| 187.00 | | | |
| 187.00 | 98.73 | | |
| 187.00 | | | |
| 187.00 | | | |
| 187.00 | | | |
| 187.00 | 76.09 | 100.32 | |
| 187.00 | 66.96 | 13.95 | |
| 187.00 | | | |
| | | | |
| 1,496.00 | 241.78 | 114.27 | |
| | | | 3,592.26 |