# EXHIBIT 11



United States Attorney's Office
Northern District of California

# FACT-WITNESS REIMBURSEMENT FORM

**Directions:** Please fill out the entire form below. Be sure to sign, date and <u>attach a clear and up-to-date copy of your photo identification</u>. Additionally, please attach receipts for expenses over $75.

**E-Mail, Mail or Fax Completed Form to:**

Maureen French, Victim-Witness Unit
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Email (preferred): Maureen.French@usdoj.gov | Phone: (415) 436-6834 | Fax: (415) 436-7218

**Case Name/Number:** U.S. v. 20-CV-04058-MMC   **Attorney Name:** Adrienne Zack

**Witness Name:** Kevin Higgins   **Travel Companion Name** (requires prior approval):

**Home Address:** [redacted] Sparks, NV 89436   **Phone:** [redacted]   **Email:** [redacted]

**Social Security #:** [redacted]   **Citizen of the United States?** (Yes or No): [redacted]
*(if not a citizen, please provide an Alien Registration Record Number, Passport Number or Visa Number)*

**SOCIAL SECURITY NUMBER/PRIVACY ACT NOTICE:** Disclosure of your Social Security number is mandatory for Federal income tax reporting purposes under the authority of 26 CFR Section 301-6109-1, in order to ensure the accuracy of income computation by the Internal Revenue Service. This information will be used to identify an individual who is compensated by funds of the Department of Justice. Failure to provide this information may result in delay of your compensation, and the Department of Justice will be required to notify the Internal Revenue Service that your number is unknown. This information is being provided on Form 1099 to the Internal Revenue Service.

Falsification of an item may constitute a forfeiture of claim (28 U.S.C., Section 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both (18 U.S.C. 287).

**Appearance Dates-**
**Pre-trial Meeting:** June 16, 2024
**Trial or Grand Jury Testimony:** June 21, 2024

**Air Travel-** (if applicable)
**Arrival Date:** ~~July 2, 2024~~ Jun 16, 2024
**Departure Date:** June 21, 2024

I, **Kevin Higgins** request reimbursement for reimbursable expenses indicated on the OBD-2 Form provided to me. Receipts for expenses over $75 and a copy of a clear and up-to-date government issued photo ID are attached.

**Fact-Witness Signature:** [signature]   **Date:** July 2, 2024
*(Ink Signature Required)*

## Expense List-

### Pre-Trial Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| Checked Baggage Fee | 06/16/2024 | 40.00 |
| Uber | 06/16/2024 | 108.36 |
| Muni Pass | 06/17/2024 | 13.00 |
| Uber | 06/18/2024 | 35.32 |
| Muni Pass | 06/18/2024 | 13.00 |
| Uber | 06/19/2024 | 18.97 |
| Uber | 06/20/2024 | 64.25 |
| Meals | 06/16/2024 | 39.50 |
| Meals | 06/17/2024 | 79.00 |
| Meals | 06/18/2024 | 79.00 |

### Trial or Grand Jury Attendance

| Expense Description: | Date: | Amount: |
|---|---|---|
| Meals | 06/19/2024 | 79.00 |
| Meals | 06/20/2024 | 79.00 |
| Meals | 06/21/2024 | 39.50 |
| Uber | 06/21/2024 | 65.60 |
| Checked Bag Fee | 06/21/2024 | 40.00 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**CWT SatoTravel | Your Itinerary**

**Trip on Jun 21, 2024**                    Locator: **HREPYP**     Date: **Jun 20, 2024**

| | |
|---|---|
| Traveler | **KEVIN G HIGGINS** |
| | FACT WITNESS |
| | THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL PLEASE RETAIN FOR VOUCHERING OR REIMBURSEMENT PURPOSES. |
| Customer Number | 643SR7F |
| Agent | EL |

```
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
******************************************
*TICKET PURCHASE WITH CA......
```

```
***********EXCHANGE TICKET INFORMATION****************
EXCHANGED TKT 0167077422094  OLD TKT VALUE   417.10
NEW TICKET 0167078560565    TOTAL VALUE  417.10
AIRLINE PENALTY/REISSUE FEE....................0.00
LOST RESIDUAL.................................0.00
ADDITIONAL AMOUNT CHARGED......................0.00
REFUND BACK TO ORIGINAL FOP...................-0.00
RESIDUAL NONREFUNDABLE MCO.....................0.00
********************************************************
***********EXCHANGE TICKET INFORMATION****************
EXCHANGED TKT 0167078560565  OLD TKT VALUE   417.10
NEW TICKET 0167079246884    TOTAL VALUE  417.10
AIRLINE PENALTY/REISSUE FEE....................0.00
LOST RESIDUAL.................................0.00
ADDITIONAL AMOUNT CHARGED......................0.00
REFUND BACK TO ORIGINAL FOP...................-0.00
RESIDUAL NONREFUNDABLE MCO.....................0.00
********************************************************
FEES TOTALING 40.84PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD40.84PP-AIR AGENT INITIATED DOMESTIC
***********EXCHANGE TICKET INFORMATION****************
EXCHANGED TKT 0167079246884  OLD TKT VALUE   417.10
NEW TICKET 0167079342555    TOTAL VALUE  417.10
AIRLINE PENALTY/REISSUE FEE....................0.00
LOST RESIDUAL.................................0.00
ADDITIONAL AMOUNT CHARGED......................0.00
REFUND BACK TO ORIGINAL FOP...................-0.00
RESIDUAL NONREFUNDABLE MCO.....................0.00
********************************************************
```

**Friday, June 21, 2024**                              Confirmation **E9LEFN**

✈ **Flight UNITED AIRLINES 2334**

| DEPARTURE | ARRIVAL |
|---|---|
| **SAN FRANCISCO/SFO** | **RENO, NV** |
| 4:33 PM, Jun 21, 2024 | 5:41 PM, Jun 21, 2024 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:08 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | No Meal Service |
| Reserved Seats | 31C |
| Frequent Flyer | UAJYE72685 |

| | Notes | DEP-TERMINAL 3 CABIN-ECONOMY. | | | | | |
|---|---|---|---|---|---|---|---|
| <u>Name</u> | | <u>Invoice / Ticket / Date</u> | <u>Base</u> | <u>Tax 1</u> | <u>Tax 2</u> | <u>Tax 3</u> | <u>Total</u> |
| HIGGINS KEVIN G | | 3714133/0167079342555/20JUN24 | | | | | 0.00 |
| HIGGINS K | | 3714133/000SFCTRF/20JUN24 | 40.84 | | | | 40.84 |
| HIGGINS KEVIN G | | 3713977/0167079246884/20JUN24 | | | | | 0.00 |
| HIGGINS K | | 3713977/000SFCTRF/20JUN24 | 40.84 | | | | 40.84 |
| HIGGINS KEVIN G | | 3710339/0167078560565/17JUN24 | | | | | 0.00 |
| HIGGINS K | | 3710339/000SFCTRF/17JUN24 | 40.84 | | | | 40.84 |
| HIGGINS K | | 3707137/000SFCTRF/12JUN24 | 40.84 | | | | 40.84 |
| HIGGINS KEVIN G | | 3707137/0167077422094/12JUN24 | 747.90 | 86.29 | | | 834.19 |
| | | | | | **Total Amount** | | **997.55** |

Form of Payment: CAXXXXXXXXXXXX

**GENERAL INFORMATION**
******************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
*****************CWTSATOTRAVEL.COM********************
......................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
......................................
TRANSACTION FEES ARE NONREFUNDABLE
......................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
......................................
GOVERNMENT ISSUED ID IS REQUIRED
......................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
......................................
......................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
......................................
U.S.CITIZENS AND LAWFUL PERMANENT RESIDENTS WHO TRAVEL
DIRECTLY BETWEEN PARTS OF THE UNITED STATES, WHICH
INCLUDES GUAM, PUERTO RICO, U.S. VIRGIN ISLANDS,
AMERICAN SAMOA, SWAINS ISLAND AND THE COMMONWEALTH
OF THE NORTHERN MARIANA ISLANDS-CNMI, WITHOUT
TOUCHING AT A FOREIGN PORT OR PLACE, ARE NOT REQUIRED
TO PRESENT A VALID U.S. PASSPORT OR U.S. GREEN CARD.
HOWEVER, IT IS RECOMMENDED THAT TRAVELERS BRING A
GOVERNMENT ISSUED PHOTO ID AND COPY OF BIRTH
CERTIFICATE.
.
ATTORNEY NAME-ZACK
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 800-718-8836 MON-FRI 600A-900P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-800-718-8836 AND PRESS OPTION 1
---------------------------------------------
PLEASE VISIT WWW.MYCWT.COM/AIRLINEBAGGAGEFEES
FOR BAGGAGE FEE INFORMATION. CHECK OPERATING CARRIER
FOR ALLOWANCE IF TRAVELING ON CODE SHARE FLIGHT.
---------------------------------------------
.
***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**