# EXHIBIT 13

## 13 JUN 2024 ▸ 19 JUN 2024 TRIP TO SAN FRANCISCO, CA

| PREPARED FOR<br>**YGLESIAS/TARA** |  | **Manassas Travel/Travel Leaders**<br>1-800-585-2232<br>UT@MANASSASTRAVEL.COM |
|---|---|---|

**RESERVATION CODE**   IDLQKG
**AIRLINE RESERVATION CODE**   LRTHEZ (AS), DCUA (UA)

 **DEPARTURE: THURSDAY 13 JUN** Please verify flight times prior to departure

| ALASKA AIRLINES<br>**AS 0007**<br><br>Duration:<br>5hr(s) 57min(s)<br><br>Cabin:<br>Economy<br><br>Status:<br>Confirmed | DCA<br>WASHINGTON REAGAN, DC<br><br>Departing At:<br>**5:11pm**<br><br>Terminal:<br>TERMINAL 2 | ▸ SFO<br>SAN FRANCISCO, CA<br><br>Arriving At:<br>**8:08pm**<br><br>Terminal:<br>TERMINAL 1 | Aircraft:<br>BOEING 737 800 JET<br><br>Distance (in Miles): 2442<br>Est. emission:<br>264.20 kg $CO_2$ |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: |
|---|---|
| » YGLESIAS/TARA | 15A |

|  CHECK IN: **THURSDAY 13 JUN** | ▸ CHECK OUT: **TUESDAY 18 JUN** | ▸ 5 NIGHT(S) |
|---|---|---|
| **JW MARRIOTT SAN FRAN UNION SQ (MARRIOTT HOTELS)**<br>**Phone** 1-415-7718600<br>**Fax** 1-415-3980267<br>515 MASON STREET<br>SAN FRANCISCO CA 94102<br>Confirmation:<br>84618437<br>Status:<br>Confirmed | Room Details:<br>FEDROOMS FEDROOMS, 15 SPECIAL BREAKFAST OFFER STAYS MARCH 1 - MAY 31, 2024, WIFI, GUEST ROOM, 1 KING DAILY DESTINATION FEE INCL. ACTIVITIES ETC. FEE WILL BE ADDED TO REDEMPTION STAYS, CANNOT PAY WITH POINTS. MAX OCCUPANCY- 3 GUESTS SOPHISTICATED AND STYLISH GUESTROOMS APPOINTED WITH JW AMENITIES, 1 KING, 360SQFT 32SQM, WIRELESS INTERNET, FOR A FEE - RATE IS BASED ON THE CURRENT APPLICABLE FEDERAL GOVERNMENT PER DIEM RATE AND IS SUBJECT TO INCREASE IF THE US GENERAL SERVICES ADMINISTRATION INCREASES THE APPLICABLE FEDERAL GOVERNMENT PER DIEM RATE ON OR THE GUESTS ARRIVAL DATE. - AVAILABLE TO US FEDERAL GOVERNMENT AND ACTIVE MILITARY ONLY. - MUST SHOW VALID FEDERAL GOVERNMENT OR MILITARY ID AT CHECK IN - VALID ID CONSISTS OF FEDERAL GOVERNMENT ISSUED VISA, MASTERCARD, AMERICAN EXPRESS, OR FEDERAL GOVERNMENT PICTURE ID, OR TRAVEL ORDER. - COMPLIMENTARY INTERNET INCLUDED.<br><br>Room(s): 1   Guest(s): 1<br><br>Rate:<br>VARIED**<br><br>Approx. Total Price:<br>1363.40 USD<br>INCLUDES TAXES AND SURCHARGES | Cancellation Information:<br>Cancel by 4:00pm on day of arrival to avoid a penalty<br><br>Guarantee:<br>Room is guaranteed |

**\*\*RATES AND EFFECTIVE DATES (USD)**

| 269.00 | 44.39 TAX | 1.00 SURCHARGE | EFFECTIVE 13JUN - 14JUN |
|---|---|---|---|
| 209.00 | 3.00 TAX | 34.48 SURCHARGE | EFFECTIVE 14JUN - 17JUN |
| 270.00 | EFFECTIVE 17JUN - 18JUN | | |

**TAX AND/OR SURCHARGE INFORMATION (USD)**

| 29.15 | CONVENTION TOURISM |
|---|---|
| 163.24 | OCCUPANCY TAX |

**TOTAL TAX 192.40**

| 5.00 | CONVENTION TOURISM |
|---|---|

**TOTAL SURCHARGE 5.00**

 **DEPARTURE: TUESDAY 18 JUN** ▶ **ARRIVAL: WEDNESDAY 19 JUN**
Please verify flight times prior to departure

| UNITED AIRLINES **UA 1494** | SFO SAN FRANCISCO, CA | ▶ ORD CHICAGO OHARE, IL | Aircraft: Air |
|---|---|---|---|
| Duration: 4hr(s) 20min(s) | Departing At: **10:35pm** **(Tue, Jun 18)** | Arriving At: **4:55am** **(Wed, Jun 19)** | Distance (in Miles): 1846 Meals: Food - Beverage for Purchase Est. emission: 163.55 kg CO2 |
| Cabin: Economy Status: Confirmed | Terminal: TERMINAL 3 | Terminal: TERMINAL 1 | |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: |
|---|---|
| » YGLESIAS/TARA | 34E |

 **DEPARTURE: WEDNESDAY 19 JUN** Please verify flight times prior to departure

| UNITED AIRLINES **UA 0493** | ORD CHICAGO OHARE, IL | ▶ DCA WASHINGTON REAGAN, DC | Aircraft: AIRBUS INDUSTRIE A319 JET |
|---|---|---|---|
| Duration: 1hr(s) 52min(s) | Departing At: **6:30am** | Arriving At: **9:22am** | Distance (in Miles): 612 Meals: No Meal Service Est. emission: 105.53 kg CO2 |
| Cabin: Economy Status: Confirmed | Terminal: TERMINAL 1 | Terminal: TERMINAL 2 | |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: |
|---|---|
| » YGLESIAS/TARA | 35D |

**OTHER: MONDAY 30 SEP**

| OTHER Status: Confirmed | Information: AIRFARE IS 602.70 | |
|---|---|---|

**OTHER: MONDAY 30 SEP**

| OTHER Status: Confirmed | Information: SERVICE FEE IS 28.60 | |
|---|---|---|

**Notes**
RESERVATION ASSISTANCE MON-FRI 830A-530P EST
800-766-2232 OR 703-361-2232
*******THANK YOU FOR BOOKING WITH MANASSAS TRAVEL*******
AFTERHOURS-NON EMERGENCY CALLS
ARE SUBJECT TO ADDITIONAL FEES
*******************IMPORTANT INFORMATION******************

```
CAREFULLY REVIEW ITINERARY AND ETICKET DETAILS
FARES ARE NOT GUARANTEED UNTIL TICKETED
AGENCY WILL NOT BE RESPONSIBLE FOR ERRORS NOT
REPORTED WITHIN 24 HOURS OF BOOKING
---------------CHECK IN INFORMATION--------------------
WE RECOMMEND THAT YOU CONTACT AIRLINES 24 HOURS PRIOR
TO YOUR FLIGHT TO CHECK FOR CHANGES OR UPDATES
GOVERNMENT ISSUED PHOTO ID REQUIRED FOR CHECK IN
RECOMMENDED CHECK IN TIME-DOMESTIC 2 HOURS/INTL 3 HOURS
SEATS WILL *CANCEL* IF NOT CHECKED IN 1 HR PRIOR
CONTACT AIRLINES DIRECT FOR BAGGAGE RULES AND FEES.
----------------CHANGES/CANCELLATIONS-------------------
NON REFUNDABLE / PENALTY FARE RULES CAN APPLY
SUBJECT TO ADDITIONAL CHANGE/CANCELLATION PENALTIES.
CANCEL BEFORE DEPARTURE TO RETAIN CREDIT FOR FUTURE USE
AN ADDITIONAL SERVICE FEE WILL APPLY FOR ALL NEW
TICKET REISSUES AND EXCHANGES.
ALL TICKETS ARE NON TRANSFERABLE.
----------------INTERNATIONAL TRAVEL-------------------
RECOMMENDED CHECK IN IS 3 HOURS PRIOR TO DEPARTURE
WWW.STATE.GOV FOR ENTRY REQUIREMENTS AND ADVISORIES
PASSPORT/VISA DISCOUNTS 800-929-2428 USE CODE 43685
---------------BAGGAGE INFORMATION--------------------
CONTACT EACH AIRLINE DIRECTLY FOR RULES AND FEES
```

**Manassas Travel/Travel Leaders**
1-800-585-2232
UT@MANASSASTRAVEL.COM