# EXHIBIT 14

# 18 JUN 2024 ▸ 21 JUN 2024 TRIP TO WASHINGTON DULLES, DC

| PREPARED FOR<br>**YGLESIAS/TARA** |  | **Manassas Travel/Travel Leaders**<br>1-800-585-2232<br>UT@MANASSASTRAVEL.COM |
|---|---|---|

RESERVATION CODE   IDLQKG
AIRLINE RESERVATION CODE   M0HWD0 (UA)

| 🛏 CHECK IN: **TUESDAY 18 JUN** | ▸ CHECK OUT: **THURSDAY 20 JUN** | ▸ 2 NIGHT(S) |
|---|---|---|
| **JW MARRIOTT SAN FRAN UNION SQ (MARRIOTT HOTELS)**<br>**Phone** 1-415-7718600<br>**Fax** 1-415-3980267<br>515 Mason Street<br>San Francisco CA 94102<br>Confirmation:<br>78121440<br>Status:<br>Confirmed | Room(s): 1   Guest(s): 1<br><br>Rate:<br>270.00 USD / night<br><br>Approx. Total Price:<br>631.10 USD<br>INCLUDES_TAXES_AND_SURCHARG<br><br>Room Type: FEDROOMS<br><br>Room Details: FEDROOMS, WIFI, GUEST ROOM, 1 KING DAILY DESTINATION FEE INCL. ACTIVITIES ETC. FEE WILL BE ADDED TO REDEMPTION STAYS, CANNOT PAY WITH POINTS. MAX OCCUPANCY- 3 GUESTS SOPHISTICATED AND STYLISH GUESTROOMS APPOINTED WITH JW AMENITIES, 1 KING, 360SQFT/32SQM, WIRELESS INTERNET, FOR A FEE - RATE IS BASED ON THE CURRENT APPLICABLE FEDERAL GOVERNMENT PER DIEM RATE AND IS SUBJECT TO INCREASE IF THE US GENERAL SERVICES ADMINISTRATION INCREASES THE APPLICABLE FEDERAL GOVERNMENT PER DIEM RATE ON OR THE GUESTS ARRIVAL DATE. - AVAILABLE TO US FEDERAL GOVERNMENT AND ACTIVE MILITARY ONLY. - MUST SHOW VALID FEDERAL GOVERNMENT OR MILITARY ID AT CHECK IN - VALID ID CONSISTS OF FEDERAL GOVERNMENT ISSUED VISA, MASTERCARD, AMERICAN EXPRESS, OR FEDERAL GOVERNMENT PICTURE ID, OR TRAVEL ORDER. - COMPLIMENTARY INTERNET INCLUDED. | Cancellation Information:<br>Cancel by 4:00pm on day of arrival to avoid a penalty (04P) (CANCEL BY 4 PM DAY OF ARRIVAL)<br><br>Guarantee:<br>Room is guaranteed |

**TAX AND/OR SURCHARGE INFORMATION (USD)**

|       |                     |
|------:|---------------------|
| 13.50 | CONVENTION TOURIS   |
| 75.60 | OCCUPANCY TAX       |

**TOTAL TAX 89.10**

|      |                     |
|-----:|---------------------|
| 2.00 | CONVENTION TOURISM  |

**TOTAL SURCHARGE 2.00**

Additional Details:

- INCLUDES TAXES AND SURCHARGES
- CANCEL PERMITTED UP TO 4 PM DAY OF ARRIVAL
- 314.55 USD CANCEL FEE PER ROOM
- UPON EARLY DEPARTURE, AN EARLY DEPARTURE CHARGE OF ONE NIGHT
- ROOM AND APPLICABLE TAX APPLIES.
- COMMITMENT-HTTPS//CLEAN*MARRIOTT*COM


**DEPARTURE: THURSDAY 20 JUN** ▶ **ARRIVAL: FRIDAY 21 JUN**
Please verify flight times prior to departure

| UNITED AIRLINES **UA 2117** | SFO SAN FRANCISCO, CA ▶ IAD WASHINGTON DULLES, DC | Aircraft: Air |
|---|---|---|
| Duration: 5hr(s) 19min(s) | Departing At: **9:04pm** **(Thu, Jun 20)** / Arriving At: **5:23am** **(Fri, Jun 21)** | Distance (in Miles): 2419 Meals: Food - Beverage for Purchase Est. emission: 209.81 kg CO2 |
| Cabin: Economy | | |
| Status: Confirmed | Terminal: TERMINAL 3 / Terminal: Not Available | |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: | eTicket Receipt(s): |
|---|---|---|
| » YGLESIAS/TARA | 39F | 0167073925825 |

**OTHER: MONDAY 30 SEP**

| OTHER | Information: SERVICE FEE IS 28.60 | |
|---|---|---|
| Status: Confirmed | | |

**Notes**
RESERVATION ASSISTANCE MON-FRI 830A-530P EST
800-766-2232 OR 703-361-2232
********THANK YOU FOR BOOKING WITH MANASSAS TRAVEL*******
AFTERHOURS-NON EMERGENCY CALLS
ARE SUBJECT TO ADDITIONAL FEES
*******************IMPORTANT INFORMATION*****************
CAREFULLY REVIEW ITINERARY AND ETICKET DETAILS
FARES ARE NOT GUARANTEED UNTIL TICKETED
AGENCY WILL NOT BE RESPONSIBLE FOR ERRORS NOT
REPORTED WITHIN 24 HOURS OF BOOKING
---------------CHECK IN INFORMATION--------------------
WE RECOMMEND THAT YOU CONTACT AIRLINES 24 HOURS PRIOR
TO YOUR FLIGHT TO CHECK FOR CHANGES OR UPDATES
GOVERNMENT ISSUED PHOTO ID REQUIRED FOR CHECK IN
RECOMMENDED CHECK IN TIME-DOMESTIC 2 HOURS/INTL 3 HOURS
SEATS WILL *CANCEL* IF NOT CHECKED IN 1 HR PRIOR
CONTACT AIRLINES DIRECT FOR BAGGAGE RULES AND FEES.
----------------CHANGES/CANCELLATIONS------------------
NON REFUNDABLE / PENALTY FARE RULES CAN APPLY
SUBJECT TO ADDITIONAL CHANGE/CANCELLATION PENALTIES.
CANCEL BEFORE DEPARTURE TO RETAIN CREDIT FOR FUTURE USE
AN ADDITIONAL SERVICE FEE WILL APPLY FOR ALL NEW
TICKET REISSUES AND EXCHANGES.
ALL TICKETS ARE NON TRANSFERABLE.
----------------INTERNATIONAL TRAVEL-------------------
RECOMMENDED CHECK IN IS 3 HOURS PRIOR TO DEPARTURE
WWW.STATE.GOV FOR ENTRY REQUIREMENTS AND ADVISORIES
PASSPORT/VISA DISCOUNTS 800-929-2428 USE CODE 43685
---------------BAGGAGE INFORMATION-------------------
CONTACT EACH AIRLINE DIRECTLY FOR RULES AND FEES

**Manassas Travel/Travel Leaders**
1-800-585-2232
UT@MANASSASTRAVEL.COM