# EXHIBIT 15

# 13 JUN 2024 ▸ 19 JUN 2024 TRIP TO SAN FRANCISCO, CA

**PREPARED FOR**
**BABCOCKLUMISH/TERRY**



Manassas Travel/Travel Leaders
1-800-585-2232
UT@MANASSASTRAVEL.COM

**RESERVATION CODE**   IBMILP
**AIRLINE RESERVATION CODE**   YLCEJC (AS), MZ5MRS (UA)

 **DEPARTURE: THURSDAY 13 JUN** Please verify flight times prior to departure

| ALASKA AIRLINES<br>AS 0007<br><br>Duration:<br>5hr(s) 57min(s)<br><br>Cabin:<br>Economy<br><br>Status:<br>Confirmed | DCA<br>WASHINGTON REAGAN, DC<br><br>Departing At:<br>5:11pm<br><br>Terminal:<br>TERMINAL 2 | ▸ SFO<br>SAN FRANCISCO, CA<br><br>Arriving At:<br>8:08pm<br><br>Terminal:<br>TERMINAL 1 | Aircraft:<br>BOEING 737 800 JET<br><br>Distance (in Miles): 2442<br>Est. emission:<br>264.20 kg CO2 |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: |
|---|---|
| » BABCOCKLUMISH/TERRY | 24C |

| CHECK IN: **THURSDAY 13 JUN** | CHECK OUT: **TUESDAY 18 JUN** | ▶ 5 NIGHT(S) |
|---|---|---|

| | Room Details: | Member ID: 719240376 |
|---|---|---|
| **JW MARRIOTT SAN FRAN UNION SQ (MARRIOTT HOTELS)** | FEDROOMS FEDROOMS, 15 SPECIAL BREAKFAST OFFER STAYS MARCH 1 - MAY 31, 2024, WIFI, GUEST ROOM, 1 KING DAILY DESTINATION FEE INCL. ACTIVITIES ETC. FEE WILL BE ADDED TO REDEMPTION STAYS, CANNOT PAY WITH POINTS. MAX OCCUPANCY- 3 GUESTS SOPHISTICATED AND STYLISH GUESTROOMS APPOINTED WITH JW AMENITIES, 1 KING, 360SQFT 32SQM, WIRELESS INTERNET, FOR A FEE - RATE IS BASED ON THE CURRENT APPLICABLE FEDERAL GOVERNMENT PER DIEM RATE AND IS SUBJECT TO INCREASE IF THE US GENERAL SERVICES ADMINISTRATION INCREASES THE APPLICABLE FEDERAL GOVERNMENT PER DIEM RATE ON OR THE GUESTS ARRIVAL DATE. - AVAILABLE TO US FEDERAL GOVERNMENT AND ACTIVE MILITARY ONLY. - MUST SHOW VALID FEDERAL GOVERNMENT OR MILITARY ID AT CHECK IN - VALID ID CONSISTS OF FEDERAL GOVERNMENT ISSUED VISA, MASTERCARD, AMERICAN EXPRESS, OR FEDERAL GOVERNMENT PICTURE ID, OR TRAVEL ORDER. - COMPLIMENTARY INTERNET INCLUDED.<br><br>Room(s): 1   Guest(s): 1<br><br>Rate:<br>VARIED**<br><br>Approx. Total Price:<br>1363.40 USD<br>INCLUDES TAXES AND SURCHARGES | Cancellation Information: Cancel by 4:00pm on day of arrival to avoid a penalty<br><br>Guarantee:<br>Room is guaranteed |
| **Phone**           1-415-7718600 | | |
| **Fax**                1-415-3980267 | | |
| 515 MASON STREET<br>SAN FRANCISCO CA 94102 | | |
| Confirmation:<br>84602991 | | |
| Status:<br>Confirmed | | |

**\*\*RATES AND EFFECTIVE DATES (USD)**

| 269.00 | 44.39 TAX | 1.00 SURCHARGE | EFFECTIVE 13JUN - 14JUN |
|---|---|---|---|
| 209.00 | 3.00 TAX | 34.48 SURCHARGE | EFFECTIVE 14JUN - 17JUN |
| 270.00 | EFFECTIVE 17JUN - 18JUN | | |

**TAX AND/OR SURCHARGE INFORMATION (USD)**

    29.15   CONVENTION TOURISM
  163.24   OCCUPANCY TAX
**TOTAL TAX 192.40**
     5.00   CONVENTION TOURISM
**TOTAL SURCHARGE 5.00**



**DEPARTURE: TUESDAY 18 JUN ▶ ARRIVAL: WEDNESDAY 19 JUN**
Please verify flight times prior to departure

| UNITED AIRLINES<br>UA 1494<br>Duration:<br>4hr(s) 20min(s)<br>Cabin:<br>Economy<br>Status:<br>Confirmed | SFO<br>SAN FRANCISCO, CA<br>Departing At:<br>10:35pm<br>(Tue, Jun 18)<br>Terminal:<br>TERMINAL 3 | ORD<br>CHICAGO OHARE, IL<br>Arriving At:<br>4:55am<br>(Wed, Jun 19)<br>Terminal:<br>TERMINAL 1 | Aircraft:<br>Air<br>Distance (in Miles): 1846<br>Meals:<br>Food - Beverage for Purchase<br>Est. emission:<br>163.55 kg $CO_2$ |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: | Frequent Flyer #: |
|---|---|---|
| » BABCOCKLUMISH/TERRY | 37D | ████████ |



**DEPARTURE: WEDNESDAY 19 JUN** Please verify flight times prior to departure

| UNITED AIRLINES<br>UA 0493<br>Duration:<br>1hr(s) 52min(s)<br>Cabin:<br>Economy<br>Status:<br>Confirmed | ORD<br>CHICAGO OHARE, IL<br>Departing At:<br>6:30am<br>Terminal:<br>TERMINAL 1 | DCA<br>WASHINGTON REAGAN, DC<br>Arriving At:<br>9:22am<br>Terminal:<br>TERMINAL 2 | Aircraft:<br>AIRBUS INDUSTRIE A319 JET<br>Distance (in Miles): 612<br>Meals:<br>No Meal Service<br>Est. emission:<br>105.53 kg $CO_2$ |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: | Frequent Flyer #: |
|---|---|---|
| » BABCOCKLUMISH/TERRY | 35C | ████████ |

**○OTHER: MONDAY 30 SEP**

| OTHER<br>Status:<br>Confirmed | Information:<br>AIRFARE IS 602.70 | |

**○OTHER: MONDAY 30 SEP**

| OTHER<br>Status:<br>Confirmed | Information:<br>SERVICE FEE IS 28.60 | |

**Notes**
RESERVATION ASSISTANCE MON-FRI 830A-530P EST
800-766-2232 OR 703-361-2232
********THANK YOU FOR BOOKING WITH MANASSAS TRAVEL*******
AFTERHOURS-NON EMERGENCY CALLS
ARE SUBJECT TO ADDITIONAL FEES
********************IMPORTANT INFORMATION******************

```
CAREFULLY REVIEW ITINERARY AND ETICKET DETAILS
FARES ARE NOT GUARANTEED UNTIL TICKETED
AGENCY WILL NOT BE RESPONSIBLE FOR ERRORS NOT
REPORTED WITHIN 24 HOURS OF BOOKING
          CHECK IN INFORMATION
WE RECOMMEND THAT YOU CONTACT AIRLINES 24 HOURS PRIOR
TO YOUR FLIGHT TO CHECK FOR CHANGES OR UPDATES
GOVERNMENT ISSUED PHOTO ID REQUIRED FOR CHECK IN
RECOMMENDED CHECK IN TIME DOMESTIC 2 HOURS/INTL 3 HOURS
SEATS WILL *CANCEL* IF NOT CHECKED IN 1 HR PRIOR
CONTACT AIRLINES DIRECT FOR BAGGAGE RULES AND FEES.
            CHANGES/CANCELLATIONS
NON REFUNDABLE / PENALTY FARE RULES CAN APPLY
SUBJECT TO ADDITIONAL CHANGE/CANCELLATION PENALTIES.
CANCEL BEFORE DEPARTURE TO RETAIN CREDIT FOR FUTURE USE
AN ADDITIONAL SERVICE FEE WILL APPLY FOR ALL NEW
TICKET REISSUES AND EXCHANGES.
ALL TICKETS ARE NON TRANSFERABLE.
             INTERNATIONAL TRAVEL
RECOMMENDED CHECK IN IS 3 HOURS PRIOR TO DEPARTURE
WWW.STATE.GOV FOR ENTRY REQUIREMENTS AND ADVISORIES
PASSPORT/VISA DISCOUNTS 800 929 2428 USE CODE 43685
           BAGGAGE INFORMATION
CONTACT EACH AIRLINE DIRECTLY FOR RULES AND FEES
```

**Manassas Travel/Travel Leaders**
1-800-585-2232
UT@MANASSASTRAVEL.COM