# EXHIBIT 16

**26 JUN 2024 ▶ 26 JUN 2024 TRIP TO WASHINGTON DULLES, DC**

PREPARED FOR
**BABCOCKLUMISH/TERRY**



Manassas Travel/Travel Leaders
1-800-585-2232
UT@MANASSASTRAVEL.COM

RESERVATION CODE   IBMILP
AIRLINE RESERVATION CODE    MZ5MRS (UA)

 **DEPARTURE: WEDNESDAY 26 JUN** Please verify flight times prior to departure

| UNITED AIRLINES<br>**UA 1322**<br><br>Duration:<br>5hr(s) 5min(s)<br><br>Cabin:<br>Economy<br><br>Status:<br>Confirmed | SFO ▶ IAD<br>SAN FRANCISCO, CA   WASHINGTON DULLES, DC<br><br>Departing At: 8:15am  Arriving At: 4:20pm<br><br>Terminal: TERMINAL 3   Terminal: Not Available | Aircraft:<br>BOEING 777 JET<br><br>Distance (in Miles): 2419<br>Meals:<br>Food for Purchase<br>Est. emission:<br>269.47 kg CO2 |

Checked Baggage: Adult, 0 pieces
Cabin Baggage: Adult, 1 piece

| Passenger Name: | Seats: | Frequent Flyer #: | eTicket Receipt(s): |
|---|---|---|---|
| » BABCOCKLUMISH/TERRY | 41J | ▇▇▇▇▇▇▇▇ | 0167073925839 |

**○OTHER: WEDNESDAY 30 OCT**

| OTHER<br><br>Status:<br>Confirmed | Information:<br>AIRFARE IS 422.10 | |

**○OTHER: WEDNESDAY 30 OCT**

| OTHER<br><br>Status:<br>Confirmed | Information:<br>SERVICE FEE IS 28.60 | |

**Notes**
RESERVATION ASSISTANCE MON-FRI 830A-530P EST
800-766-2232 OR 703-361-2232
********THANK YOU FOR BOOKING WITH MANASSAS TRAVEL*******
AFTERHOURS-NON EMERGENCY CALLS
ARE SUBJECT TO ADDITIONAL FEES
*******************IMPORTANT INFORMATION******************
CAREFULLY REVIEW ITINERARY AND ETICKET DETAILS
FARES ARE NOT GUARANTEED UNTIL TICKETED
AGENCY WILL NOT BE RESPONSIBLE FOR ERRORS NOT
REPORTED WITHIN 24 HOURS OF BOOKING
----------------CHECK IN INFORMATION--------------------
WE RECOMMEND THAT YOU CONTACT AIRLINES 24 HOURS PRIOR
TO YOUR FLIGHT TO CHECK FOR CHANGES OR UPDATES
GOVERNMENT ISSUED PHOTO ID REQUIRED FOR CHECK IN
RECOMMENDED CHECK IN TIME-DOMESTIC 2 HOURS/INTL 3 HOURS
SEATS WILL *CANCEL* IF NOT CHECKED IN 1 HR PRIOR
CONTACT AIRLINES DIRECT FOR BAGGAGE RULES AND FEES.
----------------CHANGES/CANCELLATIONS------------------
NON REFUNDABLE / PENALTY FARE RULES CAN APPLY
SUBJECT TO ADDITIONAL CHANGE/CANCELLATION PENALTIES.
CANCEL BEFORE DEPARTURE TO RETAIN CREDIT FOR FUTURE USE
AN ADDITIONAL SERVICE FEE WILL APPLY FOR ALL NEW

TICKET REISSUES AND EXCHANGES.
ALL TICKETS ARE NON TRANSFERABLE.
----------------INTERNATIONAL TRAVEL-------------------
RECOMMENDED CHECK IN IS 3 HOURS PRIOR TO DEPARTURE
WWW.STATE.GOV FOR ENTRY REQUIREMENTS AND ADVISORIES
PASSPORT/VISA DISCOUNTS 800-929-2428 USE CODE 43685
---------------BAGGAGE INFORMATION--------------------
CONTACT EACH AIRLINE DIRECTLY FOR RULES AND FEES

**Manassas Travel/Travel Leaders**
1-800-585-2232
UT@MANASSASTRAVEL.COM