# EXHIBIT 17



An official website of the United States government



U.S. General Services Administration

# FY 2024 Per Diem Rates for San Francisco, California

Change fiscal year:  **or**

**New Search**

**Daily lodging rates (excluding taxes) | October 2023 - September 2024**

Cities not appearing below may be located within a county for which rates are listed. To determine the county a destination is located in, visit the Census Geocoder.

| Primary Destination ⓘ | County ⓘ | 2023 Oct | Nov | Dec | 2024 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| San Francisco | San Francisco | $288 | $288 | $288 | $333 | $333 | $333 | $270 | $270 | $270 | $270 | $270 | $288 |

**Meals & Incidentals (M&IE) rates and breakdown** ⓘ

Use this table to find the following information for federal employee travel:

**M&IE Total** - the full daily amount received for a single calendar day of travel when that day is neither the first nor last day of travel.

**Breakfast, lunch, dinner, incidentals** - Separate amounts for meals and incidentals. M&IE Total = Breakfast + Lunch + Dinner + Incidentals. Sometimes meal amounts must be deducted from trip voucher. See More Information

**First & last day of travel** - amount received on the first and last day of travel and equals 75% of total M&IE.

| Primary Destination ⓘ | County ⓘ | M&IE Total | Continental Breakfast/Breakfast | Lunch | Dinner | Incidental Expenses | First & Last Day of Travel ⓘ |
|---|---|---|---|---|---|---|---|
| San Francisco | San Francisco | $79 | $18 | $20 | $36 | $5 | $59.25 |

**Additional per diem topics**

- [Meals & Incidental Expenses breakdown (M&IE)](#)
- [FAQs](#)
- [State tax exemption forms](#)
- [Factors influencing lodging rates](#)
- [Per diem highlights](#)
- [Fire safe hotels](#) ⧉
- [Have a per diem question?](#)
- [Downloadable per diem files](#)

**Need more information?**

- [Rates for Alaska, Hawaii, U.S. territories and possessions (set by DoD)](#) ⧉
- [Rates in foreign countries (set by State Dept.)](#) ⧉
- [Federal travel regulations](#)

**Related topics**

- [Travel resources](#)
- [E-Gov Travel](#)
- [FedRooms](#)
- [POV mileage reimbursement rates](#)

Last reviewed: 2023-12-23

| Primary Destination | County ⓘ | M&IE Total | Continental Breakfast/Breakfast | Lunch | Dinner | Incidental Expenses | First & Last Day of Travel ⓘ |
|---|---|---|---|---|---|---|---|