1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  SHARANYA MOHAN (NYRN 5027768)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7198
6      Fax: (415) 436-6748
       Email: sharanya.mohan@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12 | BRENDAN SCHULTZ,                          | Case No. 3:20-cv-04058-MMC
13 |     Plaintiff,                            | [PROPOSED] ORDER GRANTING
                                               | DEFENDANT'S ADMINISTRATIVE
14 | v.                                        | MOTION TO SEAL PORTIONS OF
                                               | TRIAL TRANSCRIPT
15 | THE HARRY S. TRUMAN SCHOLARSHIP
   | FOUNDATION,
16 |
   |     Defendant.
17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON DEFENDANT'S ADMIN. MOT. TO SEAL
Case No. 3:20-cv-04058-MMC

It is hereby ORDERED that Defendant's request to seal the following excerpts of the trial transcript in this matter is GRANTED and that these excerpts are hereby sealed:

| Date | Volume | Page and Line Numbers |
|---|---|---|
| June 17, 2024 | 1 | 150:4-5 |
| June 17, 2024 | 1 | 150:20-24 |
| June 17, 2024 | 1 | 151:12-17 |
| June 17, 2024 | 1 | 151:22-152:9 |
| June 17, 2024 | 1 | 153:23-154:14 |
| June 20, 2024 | 3 | 645:21-646:8 |
| June 20, 2024 | 3 | 646:20-647:19 |
| June 21, 2024 | 4 | 713:11-12 |
| June 21, 2024 | 4 | 715:8-16 |
| June 21, 2024 | 4 | 715:23-716:12 |
| June 21, 2024 | 4 | 716:21-719:5 |
| June 21, 2024 | 4 | 721:2-4 |
| June 21, 2024 | 4 | 732:19-20 |
| June 21, 2024 | 4 | 762:11-764:7 |
| June 24, 2024 | 5 | 846:23-25 |
| June 24, 2024 | 5 | 847:2-3 |
| June 24, 2024 | 5 | 848:2-13 |
| June 24, 2024 | 5 | 887:21-890:4 |
| June 24, 2024 | 5 | 922:9-923:6 |
| June 25, 2024 | 6 | 1094:17-1095:12 |
| June 25, 2024 | 6 | 1095:23-1096:1 |

1  IT IS SO ORDERED.

2  Date: September 30, 2024

3  _____
   HONORABLE MAXINE M. CHESNEY
4  UNITED STATES DISTRICT JUDGE